**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1.  **Debtor's name**  —  **Chris Pettit & Associates, P.C.**

2.  **All other names debtor used in the last 8 years**

    Include any assumed names, trade names and *doing business as* names

3.  **Debtor's federal Employer Identification Number (EIN)**  —  7  4  –  2  8  0  1  2  6  7

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11902 Rustic Lane** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **San Antonio**    **TX**    **78230** | |
| City    State    ZIP Code | City    State    ZIP Code |
| **BEXAR** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

5.  **Debtor's website (URL)**

6.  **Type of debtor**

    ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☑ Partnership (excluding LLP)
    ☐ Other.  Specify: _____

Debtor  **Chris Pettit & Associates, P.C.** _____  Case number (if known) _____

| | |
|---|---|
| **7.  Describe debtor's business** | *A.  Check one:* |

        ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
        ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
        ☐ Railroad (as defined in 11 U.S.C. § 101(44))
        ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
        ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
        ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
        ☒ None of the above

*B.  Check all that apply:*

        ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
        ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
        ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

      \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

| | |
|---|---|
| **8.  Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

        ☐ Chapter 7
        ☐ Chapter 9
        ☒ Chapter 11.  *Check all that apply:*

            ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

            ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

            ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

            ☐ A plan is being filed with this petition.

            ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

            ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

            ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

        ☐ Chapter 12

Debtor  **Chris Pettit & Associates, P.C.** _____  Case number (if known) _____

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ | No | | | | | |
|----|----|----|----|----|----|----|----|----|

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY

District _____ When _____ Case number _____
                                  MM / DD / YYYY

District _____ When _____ Case number _____
                                  MM / DD / YYYY

If more than 2 cases, attach a separate list.

10.  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                  MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                  MM / DD / YYYY

Case number, if known _____

List all cases.  If more than 1, attach a separate list.

11.  **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Chris Pettit & Associates, P.C.** _____     Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number     Street

                         _____

                         _____
                         City                          State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

### ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000     ☐ 50,001-100,000
☑ 100-199       ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☑ $100,000,001-$500 million   ☐ More than $50 billion

Debtor  **Chris Pettit & Associates, P.C.** _____    Case number (if known) _____

| | |
|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/01/2022**
MM / DD / YYYY

X **/s/ Christopher John Pettit** _____
Signature of authorized representative of debtor

**Christopher John Pettit** _____
Printed name

**President** _____
Title

**18.  Signature of attorney**

X **/s/ MICHAEL G. COLVARD** _____    Date **06/01/2022** _____
Signature of attorney for debtor                                               MM / DD / YYYY

**MICHAEL G. COLVARD** _____
Printed name

**Martin & Drought, P.C.** _____
Firm name

**Weston Centre** _____
Number        Street

**112 East Pecan Street** _____

**San Antonio** _____    **TX** _____    **78205** _____
City                                               State        ZIP Code

**(210) 227-7591** _____    **mcolvard@mdtlaw.com** _____
Contact phone                                               Email address

**04629200** _____    _____
Bar number                                               State

| **Fill in this information to identify the case:** |
| --- |

| Debtor name | **Chris Pettit & Associates, P.C.** |
| --- | --- |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Frank & Emma Persyn Family Ltd. P. c/o Leslie Ann Persyn 7607 UTSA Drive San Antonio, TX 78249 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | 14,438,183.00 |
| 2  Sallie Mae Waclawczyk 771 Linda Lou Dr. San Antonio, TX 78223 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $6,967,539.07 |
| 3  Bruce H. Bengel 5502 Pioneer Creek San Antonio, TX 78245 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $5,186,633.31 |
| 4  Eddie and Lou Ann Dreamkowski 427 Scotty San Antonio, TX 78227 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $5,064,274.45 |
| 5  Kenneth W. Paris 11495 FM 443 Shiner, TX 77984-6337 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $4,340,852.15 |

Debtor  **Chris Pettit & Associates, P.C.** _____  Case number (if known) _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  George Pilgrim Pilgrim Mortgage, LLC 1270 North Loop 1604 East Suite 1101 San Antonio, TX 78232 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $3,550,208.98 |
| 7  James and Carol Armstrong 6723 Lake Cliff Street San Antonio, TX 78244 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $3,154,199.47 |
| 8  Mark and Robin Verstuyft 13235 Watson Road Von Ormy, TX 78073 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,860,000.00 |
| 9  Michael Halay 15300 CR 261C Nathrop, CO 81236 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,827,894.52 |
| 10  Frank G.Persyn, Jr. 6106 Ridge Arbor San Antonio, TX 78250 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,638,342.35 |
| 11  Michael Kotzur 4218 Treehouse Drive San Antonio, TX 78222 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,574,789.92 |
| 12  Henry J. Persyn 8788 Reed Road San Antonio, TX 78251 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,481,300.33 |
| 13  Richard and Rhonda Mylnar 796 S. Highway 16 S. Jourdanton, TX 78026 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,318,737.15 |

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Betty N. Nelson 11639-2 Bolero Circle San Antonio, TX 78230 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,301,778.79 |
| 15  Mrs. Theo Pilgrim 796 SH 16 S. Jourdanton, TX 78026 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,154,707.98 |
| 16  Michael Archer 226 Colwyn Pass San Antonio, TX 78216 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,154,707.98 |
| 17  Rosalie Ann Molina 364 Big Oak Drive Adkins, TX 78101 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,112,769.15 |
| 18  Manfred Lee Marshall 4318 Wolf Creek Court Corpus Christi, TX 78410 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,112,769.15 |
| 19  Dwight Marshall P.O. Box 263 Refugio, TX 78377 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,112,769.15 |
| 20  Sharon A. Brimhall 7510 Fair Oaks Parkway Fair Oaks Ranch, TX 78015 | | ACCOUNT BALANCE | Contingent Unliquidated Disputed | | | $2,028,702.09 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Chris Pettit & Associates, P.C.**                      CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/1/2022 _____            Signature   **/s/ Christopher John Pettit** _____
                                                        ***Christopher John Pettit***
                                                        ***President***

Date _____            Signature _____

Albert Cardenas Trust
c/o Jesus and Elena Cardenas
187 Olga, San Antonio, TX 78237


Alberto Rodriguez
11902 Rustic Lane
San Antonio, TX 78230


Amy Pridgen
11902 Rustic Lane
San Antonio, TX 78230


Andrea L. Uresti Barr
RMO, LLP
12 Greenway Plaza #1100
Houston, TX 77046


Angelita Vossler
P.O. Box 1248
Leaky, TX 78873


Apple Card/GS Bank USA
Lockbox 6112
P.O. Box 7247
Philadelphia, PA 19170


Arlene Becker
504 Schweppe Street
Boerne, TX 78006


Arlene Kreitz Hengst Trust
15611 Thrush Gate Lane
San Antonio, TX 78248


Bank of America
P.O. Box 982238
El Paso, TX 79998

Barbara Fuller
6870 Heuemann Rd., Apt. 7003
San Antonio, TX 78256-9657


Barbara Morales
143 Summertime Drive
San Antonio, TX 78216


Belinda Stanush
321 Blue Bonnet Blvd.
San Antonio, TX 78209-4632


Betty June Krahn
6870 Heuermass Road
San Antonio, TX 78256


Betty N. Nelson
11639-2 Bolero Circle
San Antonio, TX 78230


Bexar County Tax Assessor-Collector
P.O.Box 2903
San Antonio, TX 78299-2903


Bill Kingman
Law Offices of William B. Kingman, PC
3511 Broadway Street
San Antonio, TX 78209


Brady Wise
11902 Rustic Lane
San Antonio, TX 78230


Brenda Nickels Living Trust
Brenda Kay Nickles, Trustee
2606 Indian Ridge Drive
San Antonio, TX 78231

```
Brenda O'Brien
205 West St.
Bayside, TX 78340



Bruce H. Bengel
5502 Pioneer Creek
San Antonio, TX 78245



C. John Muller IV
Ezekiel John Perez
CJ Muller & Associates, PLLC
111 W. Sunset Road
San Antonio, TX 78209

CAP1/NEIMN
P.O. BOX 31293
SALT LAKE CITY, UT 84131



Carol Melott
27933 Bonnn Mountain Street
San Antonio, TX 78260



Carolyn Oglesby
The Legacy at Falcon Point
1520 Katy Gap Rd., Room 208
Katy, TX 77494



Charmaigne Benson
1025 Trail Court
Mandeville, LA 70448



Christine Dailey
c/o William C. Dailey, Jr.
18640 Knollwood Blvd.
Monument, CO 80132



Christine McQueary
13514 Carlton Oaks
San Antonio, TX 78232
```

Christopher Eardley
11902 Rustic Lane
San Antonio, TX 78230


Christopher Jean-Caude Pettit
Irrevocable Trust
11902 Rustic Lane
San Antonio, TX 78230


Connie F. Gonzales
11200 Perrin Bietel Rd., #123
San Antonio, TX 78217


Counsel Financial
500 Pearl Street
Suite 820
Buffalo, NY 14202


Craig M. Crockett
The Crockett Firm
5201 Camp Bowie Blvd., Suite 200
Fort Worth, TX 76107


Credit Human-HL
P.O. Box 1356
San Antonio, TX 78295


Dan and Diana Ibarra Mendez
2313 Lockhill Selma Rd.
Suite 253
San Antonio, TX 78230


David and Helen Landman
1951 Carrizo Gorge Rd.
Jacumba, CA 91934


David Day
2412 SW Loop 410
San Antonio, TX 78227

David N. Deaconson
Pakis, Giotes, Page & Burleson, P.C.
400 Austin Avenue, Suite 400
Waco, TX 76701


Deidre Persyn
13980 Tobiano Trail
Helotes, TX 78023-2836


Diane P. Hengst
15611 Thrush Gate Lane
San Antonio, TX 78248


Dr. Robbie W. Henwood
6315 Pickering
San Antonio, TX 78238


Dr. Salvador Ortiz
29719 No Le Hace Drive
Fair Oaks Ranch, TX 78015


Dwight Marshall
P.O. Box 263
Refugio, TX 78377


Eddie and Lou Ann Dreamkowski
427 Scotty
San Antonio, TX 78227


Edie Tyler
1501 Waterloo Trail
Austin, TX 78704


Emily Samuel Special Needs Trust
Emily Samuel
6211 Panorama Vista Drive
Austin, TX 78735

Estrada Factor
11902 Rustic Lane
San Antonio, TX 78230


Eva Corbo
2702 Prague
San Antonio, TX 78230


Felicia C. Morales
4975 View Drive
San Antonio, TX 78228


Frank & Emma Persyn Family Ltd. P.
c/o Leslie Ann Persyn
7607 UTSA Drive
San Antonio, TX 78249


Frank G.Persyn, Jr.
6106 Ridge Arbor
San Antonio, TX 78250


Galen Lee
27933 Bonn Mountain Street
San Antonio, TX 78260


Gary Archer
226 Colwyn Pass
San Antonio, TX 78216


George Pilgrim
Pilgrim Mortgage, LLC
1270 North Loop 1604 East
Suite 1101
San Antonio, TX 78232

Gladys Stein Estate
11902 Rustic Lane
San Antonio, TX 78230

Gordon & Wendy Kuenemann
409 Riviera Dr.
Canyon Lake, Texas 78133


Henry J. Persyn
8788 Reed Road
San Antonio, TX 78251


Hughes Estate
11902 Rustic Lane
San Antonio, TX 78230


INTERNAL REVENUE SERVICE
Special Procedures - Insolvency
P.O. BOX 21126
PHILADELPHIA, PA  19114


IRM Capital, LLC
1770 W. County Line Rd., Ste. 204
Lakewood, New Jersey 08701


Irma Castiglione and Eddie Molina
417 E. Wright Blvd.
Universal City, TX 78148


Jacqueline Rios
11902 Rustic Lane
San Antonio, TX 78230


Jacquie Brown
7048 Via Blanca
San Jose, CA 95139


James and Adelmire Nolte
2048 Martinez Road
Yoakum, TX 77995

James and Carol Armstrong
6723 Lake Cliff Street
San Antonio, TX 78244


James C. Horan
19 Angel Dove Pl.
The Woodlands, TX 77382-2730


James Maverick McNeel
F. Matthew Flores
Chamberlain, Hrdlicka, White, Williams
112 East Pecan, Suite 1450
San Antonio, TX 78205

Jamie Spears Montelongo
1907 Town Oak Drive
San Antonio, TX 78232


Jason & Ashley Forsyth
3258 Bending Creek
San Antonio, TX 78261


Jeff Halay
15300 CR 261C
Nathrop, CO 81236


Jessica A. Newill / Carol W. Saxon
Gardner Law
745 E. Mulberry Ave., Suite 500
San Antonio, TX 78212


John R. Lane, Jr. / Matthew J. Countryma
Lane & Countryman
8526 N. New Braunfels Ave.
San Antonio, TX 78217


Justin Hebert
15315 Gilligan Cour
Winter Park, FL 34787

Karen Hengst May
3429 Estes Park Lane
McKinney, TX 75070


Karen Seifert
15608 Fair Lane
Selma, TX 78154


Kathryn Dailey
c/o William C. Dailey, Jr.
18640 Knollwood Blvd.
Monument, CO 80132


Ken & Shelli Scott
2702 Prague
San Antonio, TX 78230


Ken and Joyce Locke
3303 Sable Creek
San Antonio, TX 78259


Kenneth Scott
2702 Prague
San Antonio, TX 78230


Kenneth W. Paris
11495 FM 443
Shiner, TX 77984-6337


Kiernan McAlpine
Daspit Law Firm
440 Louisiana Street, Suite 1400
Houston, TX 77002


Laura Kubesh
30860 Venturer
Fair Oaks Ranch, TX 78015

Lawrence Wayne Hengst
210 E. Sonterra Blvd., Apt. 919
San Antonio, TX 78258


Lee Elms
Sarah R. Minter
Elms Macchia, PLLC
2703 Treble Creek
San Antonio, TX 78258

Lee Skinner
2792 W. Peppercorn Circle
Taylorsville, UT 84129


Libertas
382 Greenwich Avenue
Greenwich, CT 06830


Linda Bausch Nickels
P.O. Box 747
McQueeny, TX 78123


Linda Mae Wehmeyer
5708 Goldstone Court
Mustang, Oklahoma 73064


Linda Wetz
173 Laura Drive
Martin, GA 30557


Louise Lacari
11902 Rustic Lane
San Antonio, TX 78230


Luis and Maxine Elizondo
519 Paschal St.
San Antonio, TX 78212

M&M Marble
11902 Rustic Lane
San Antonio, TX 78230


Malcolm R. Gildart Irrevocable Trust
11902 Rustic Lane
San Antonio, TX 78230


Manfred Lee Marshall
4318 Wolf Creek Court
Corpus Christi, TX 78410


Marilee D. Hazel
Hazel Brown Law Firm, PLLC
163 W. Bridge Street
New Braunfels, TX 78130


Mark and Robin Verstuyft
13235 Watson Road
Von Ormy, TX 78073


Mary Jane Staudt
521 Serene Woods Circle
Canyon Lake, TX 78133


Mary Kay Holly
16911 San Pedro
Number 36
San Antonio, TX 78232


Mary L. Skaines
8535 Northview Pass
Fair Oaks Ranch, TX 78015


Michael and Paula Kastis
3017 Fall Brook Manor
Bulverde, TX 78163

Michael Archer
226 Colwyn Pass
San Antonio, TX 78216


Michael Halay
15300 CR 261C
Nathrop, CO 81236


Michael J. Villa
Villa and White, LLP
1100 N.W. Loop 410, Suite 802
San Antonio, TX 78213


Michael Kotzur
4218 Treehouse Drive
San Antonio, TX 78222


Michael L. Gayler
Law Office of Michael L. Gayler, PLLC
814 Arion Parkway, Suite 301
San Antonio, TX 78216-2837


Michael L. Reed
P.O. Box 8033
Ft. Worth, TX 76145


Michael Morales
10923 West Avenue
San Antonio, TX 78213


Michael Pilgrim
1270 N. Loop 1604 Easst
Ste. 1101
San Antonio, TX 78232


Mickey Gayler
Law Office of Michael L. Gayler PLLC
1415 Fawn Creek
San Antonio, TX 78248-1568

Monica Castillo
1114 Mesa Blanca
San Antonio, TX 78248


Mr. and Mrs. Robert C. Kintigh
10807 Axis Crossing
San Antonio, TX 78245


Mrs. Theo Pilgrim
796 SH 16 S.
Jourdanton, TX 78026


Ms. Cheryl Dailey
c/o William C. Dailey, Jr.
18640 Knollwood Blvd.
Monument, CO 80132


Ms. Leigh Sibley
8333 Triple Crown
Fair Oaks Ranch, TX 78015


Neiman Marcus
Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0287


Nikels Living Trust
Brenda Kay Nickles, Trustee
P.O. Box 747
McQueeney, TX 78123


Pettit Living Trust
11902 Rustic Lane
San Antonio, TX 78230


Pilar Lopez
109 Saltillo
Carrizo Springs, TX 78834

Pilgrim Mortgage
1270 N. Loop 1604 East
Ste. 1101
San Antonio, TX 78232


Pogue & Company dba JLP Builders, Inc.
P.O. Box 312053
New Braunfels, TX 78131-2053



Red Leaf Servicing
aka Source Capital
600 West Broadway, Suite 700
San Diego, CA 92101


Red Rope Limited
11902 Rustic Lane
San Antonio, TX 78230



Rhonda Mylnar
796 S. Highway 16 S.
Jourdanton, TX 78026



Richard and Rhonda Mylnar
796 S. Highway 16 S.
Jourdanton, TX 78026



Richard Forsyth
3258 Bending Creek
San Antonio, TX 78261



Richard Warncke
1618 Hillcrest
San Antonio, TX 78228



Rick L. Mylnar
796 S. Highway 16 S.
Jourdanton, TX 78026

Robbie and Beverley Henwood
6315 Pickering
San Antonio, TX 78238


Robert and Tara Jaeckle
1315 Greer Street
San Antonio, TX 78210


Robert Kintigh
10807 Access Crossing
San Antonio, TX 78257


Robert Walsh
The Law Offices of Robert E. Walsh
16601 Blanco Road, Ste. 214
San Antonio, TX 78232


Rosalie Ann Molina
364 Big Oak Drive
Adkins, TX 78101


Rosenbusch Farm & Ranch, Inc.
c/o David Rosenbusch
228 Westheim Drive
Castroville, TX 78009


Sallie Mae Waclawczyk
771 Linda Lou Dr.
San Antonio, TX 78223


Salvador Ortiz Irrevocable Trust
29719 No Le Hace Drive
Fair Oaks Ranch, TX 78015


Sam V. Farace, Jr./Camile J. Farace
Farace Living Trust
43 Twynbrige
San Antonio, TX 78259

Sandra Dailey
18640 Knollwood Blvd.
Monument, CO 80132


Scott Bishop
1270 N. Loop 1604 East
Ste. 1101
San Antonio, TX 78232


Sean B. McNelis
McNelis + Associates, PLLC
143 W. Sunset, Suite 200
San Antonio, TX 78209


Shannon Edwards
11902 Rustic Lane
San Antonio, TX 78230


Sharon A. Brimhall
7510 Fair Oaks Parkway
Fair Oaks Ranch, TX 78015


Sharon A. Rakowitz
527 CR 352
Karnes City, TX 78118


Sibley Living Trust
c/o Leigh Sibley
8333 Triple Crown
Fair Oaks Ranch, TX 78015


Sin Reposo, LLC
10101 Reunion Pl.
San Antonio, TX 78216


SST
4315 PICKETT ROAD
P.O. BOX 3999
ST. JOSEPH, MO 64503-0999

Stephen E. Luna
10914 Cedar Elm
San Antonio, TX 78230


SYNCB/PPC
P.O. BOX 530975
ORLANDO, FL 32896


Taylor Living Trust
c/o Ronald Taylor
531 County Road 1812
Clifton, TX 76634


Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528


The Douglas McDougal Estate and Trust
1304 Rodalyn
Boerne, TX 78006


The Estate of Mary Luna Arratia
11902 Rustic Lane
San Antonio, TX 78230


The Estate of Schaumann
11902 Rustic Lane
San Antonio, TX 78230


Tiffany & Co.
Fifth Avenue Hotel
200 5th Ave.
New York, NY 10010


Tom Dowling
Dowling Living Trust
4443 Bayliss Street
San Antonio, TX 78233

U.S. Attorney's Office
601 Northwest Loop 410, #600
San Antonio, TX 78216


U.S. Bank
P.O. Box 3447
Oshkosh, WI 54903


UFS
525 Railway Street
Suite 202
Whitefish, MT 59937


Valerie C. Morris
17323 Fountain Mist
San Antonio, TX 78248


Wayne & Barbara Benke
6850 Talley Road
San Antonio, TX 78253


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306


Westwood Funding Solutions
4601 Sheridan Street, Suite 501
Hollywood, FL 33021


William C. Dailey, III
2338 Navajo Circle
Bishop, CA 93514


William C. Dailey, Jr.
18640 Knollwood Blvd.
Monument, CO 80132

Winnie Bongalis
806 Highgate
Universal City, TX 78148


Winter Park National Bank
201 N. New York, Suite 100
Winter Park, FL 32789


Yvonne Gibbens
11902 Rustin Lane
San Antonio, TX 78230