# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-50591-CAG |
| CHRIS PETTIT & ASSOCIATES, P.C. | § | |
| AND CHRISTOPHER JOHN PETTIT, | § | (JOINTLY ADMINISTERED) |
| | § | |
| DEBTORS | § | CHAPTER 11 |
| | § | |

## CREDITORS' MOTION TO COMPEL DEBTOR TO COMPLY WITH DUTIES IMPOSED BY 11 U.S.C. §521
### (To Disclose Debts and Concealed Assets)

**TO THE HONORABLE CRAIG A. GARGOTTA, U.S. BANKRUPTCY JUDGE:**

James V. Nolte, Adilmira Nolte, individually and as Trustees of the Nolte Living Trust, creditors and parties at interest herein, respectfully represent:

### *Background*

1.     The Movants, James V. Nolte, Adilmira Nolte individually and as Trustees of the Nolte Living Trust, are senior citizens residing in Yoakum, Texas, who hired Mr. Pettit to create the Nolte Living Trust and to manage their investments, file their personal tax returns, pay their personal and ad valorem taxes and invest the proceeds of their monthly oil and gas revenues in securities.

2.     Mr. Pettit, upon information and belief, administered over $800,000.00 of the Movants' funds. Their substantial monthly oil run proceeds were deposited by Conoco directly into Mr. Pettit's Frost Bank trust account for years. Their monthly checks from other oil companies were hand-delivered to Mr. Pettit for investment including in publicly traded securities on a monthly basis since 2014. He failed to

prepare their personal income tax returns or pay their estimated federal income tax or their ad valorem taxes for several years resulting in interest and penalties. He claimed to have invested their money, but on information and belief, he embezzled their money which they entrusted to him and failed and refused to account for the same or to return their files. While acting in such capacity, he was also licensed as an investment advisor and provided investment advisory services as a member of and agent of a third party investment advisory company.

3.      The debtor, Christopher Pettit, is an estate planning, financial counselor and personal injury attorney who filed for relief under Chapter 11 of the Bankruptcy Code on June 1, 2022. He did so after many clients sued him for misappropriation of trust funds. Various judgments were rendered against him prior to his bankruptcy filing for millions of dollars. Some of the judgments awarded punitive damages and directed the establishment of constructive trusts on property obtained by him from the monies which he had embezzled from clients.

4.      He has surrendered his law license and was ordered by the Texas Supreme Court to notify his clients of the same and to return their files and money. This he has not done. His law firm and business is now closed. His employees have quit. There is no longer a business enterprise to operate or to reorganize.

5.      The debtor operated a Maddoff-like Ponzi scheme for years. He embezzled client funds and transferred millions of dollars to corporations and trusts owned and/or controlled by him. Upon information and belief, he used the proceeds

2

of his ill-gotten gains to purchase real estate, vehicles, stock and other investments both individually, through his corporation and his son's trust. He concealed this pattern and practice from his clients and from this Court. For example, in 2018, he purchased a property located at 9849 Blaine Ct., Orlando, Fl. and on July 22, 2021, sold it for $3,400,000.00[1]. He did not disclose this on his statement of financial affairs. He transferred[2] millions of dollars in real property to Sin Reposo, LLC just before he filed this case and just before millions of dollars in abstracts of judgments[3] were filed against him. He concealed and failed to schedule these transfers on his statement of financial affairs and concealed the debts which he paid with the proceeds of such sales.

6.      Mr. Pettit listed $115,198,279.27 in debts and $27,751,036.05 in assets on his bankruptcy schedules. Upon information and belief, Mr. Pettit acquired many of his assets with funds misappropriated from clients such as the Movants.

7.      He surrendered his law license to the Texas Supreme Court on June 6, 2022, at which time the Court ordered him to notify his clients of his cessation of the practice of law to return his clients' files to them and to report to the State Bar of Texas that he had done so.

---

[1] See attached true copy of Orange County, Fl. Appraiser's Property Record and Deed copy from Mr. Pettit to Golden Apple House, LLC. dated July 22, 2021, reflecting the sale amount (for Florida tax purposes) at $3,200,000.00, marked as Exhibit "A".

[2] See attached true copies of Deeds to Sin Reposo, LLC and option to purchase granted by Mr. Pettit in April, 2022, marked as Exhibit "B".

[3] See attached true copies of Abstracts of Judgments filed a few days after the Sin Reposo, LLC deeds in April, 2022, marked as Exhibit "C".

8.     He had both a fiduciary duty and Court ordered obligation to notify his clients and former clients and to return their files and funds.  In failing to do so he breached his fiduciary duties to his clients given each a claim against him. He chose not to schedule all of them as required by law.

9.     He failed to schedule all of his creditors including his clients, their current cases (executory contracts).  He listed a $150,000.00 boat located in Florida but failed to schedule the lienholder on his schedules.  He listed a payment of $27,000.00 which he made on a  jewelry store credit card shortly before his bankruptcy filing but failed to schedule the assets acquired from such charges or disclose to whom he may have transferred them.  He disclosed a $13,800,000.00 payment to a client made to a client in February of 2022, but failed to list the client's address or the details of such lawsuit or the source of the funds used to make such payment.  He disclosed a $225,000.00 "donation" to the Antonian school shortly before filing but did not disclose the terms or its purpose or what consideration he received such as possible prepayment for son's school tuition.

10.     Mr. Pettit did not schedule millions of dollars in pre-petition income from real estate sales in 2021 and 2022 and his disposition of the proceeds thereof.

11.     On June 17, 2022, Mr. Eric Terry was appointed as Chapter 11 Trustee in the Debtors cases. An order has not yet been entered in such regard.

4

### *Grounds for Relief*

12.     Pursuant to 11 U.S.C. §521 and Rule 1007 Bankruptcy Rules of Procedure, the debtor has a duty to file complete and accurate schedules and statement of financial affairs. "It goes without saying that the Bankruptcy Code and Rules impose upon bankruptcy debtors an express, affirmative duty to disclose all assets, including contingent and unliquidated claims." *In the Matter of Coastal Plains, Inc.,* 179 F.3d 197, 207–208 (5th Cir. 1999*)* (emphasis in original). The duty to disclose is continuous. *Id.* The debtor must also file amended schedules where appropriate and may be compelled to do so by Court Order upon a motion filed by creditors pursuant to Rule 1009, Bankruptcy Rules of Procedure. Since the debtor has not complied with these duties the Movants request that the Court Order him to do so.

13.     An attorney's right to compensation pursuant to a contingency fee agreement is a property right determined under applicable state law. *Barnhill v. Johnson,* 503 U.S. 393, 112 S.Ct. 1386, 1389, 118 L.Ed.2d 39 (1992); *Butner v. United States,* 440 U.S. 48, 54, 99 S.Ct. 914, 918, 59 L.Ed.2d 136 (1979). The debtor has not listed any property interests under his client fee agreements. They are not reflected as required on schedules B or G.

14.     Some of the information which the debtor has omitted from his sworn schedules and statement of financial affairs and concealed from the Court and creditors consists of the following:

***Missing or concealed information on the Debtor's Schedules***

**Schedule B:**

Question No. 3.

1.   2021 Loma Tandem trailer Lic #63AXZ

2.   2021 MERCEDES BENZ
     Body Style:  SUV 4D 5P
     VIN: 4JGFB8KB8MA515065
     Model/Series:     GLE CLASS GLE63 AMG S
     Primary Color:     BLACK

3.   2021 MERCEDES BENZ
     Body Style:  CABRIOLET 2D
     Model/Series:     E CLASS E53 AMG
     Primary Color:     RED
     License Plate Number:   PGB9070

4.   2020 PORSCHE
     Body Style:  SUV 4D 5P
     Model/Series:     MACAN S
     Primary Color:     BLUE
     VIN: WP1AB2A54LLB37612
     License Plate Number:   PLNQ46

5.   2020 PORSCHE
     Body Style:  SUV 4D 5P
     Model/Series:     MACAN S
     Primary Color:     BLUE
     VIN:  WP1AB2A53LLB37780
     License Plate Number:   PLNQ47

6.   2020 MERCEDES BENZ
     Body Style:  SUV 4D 7P
     Model/Series:     GLS GLS 450
     Primary Color:     BLUE
     VIN: 4JGFF5KEXLA127072
     License Plate Number:   MTR2276

7.    2015 MERCEDES BENZ
      Body Style: SUV 4D 7P
      Model/Series:    GL CLASS GL 450 4MATIC
      Primary Color:    BLACK
      VIN: 4JGDF6EEXFA487570
      License Plate Number:    FLB1289

Question No. 18.

   Stock in Paleo and Resources

Question No. 19.

   Interests in non publicly traded stocks

Question No. 25.

   Ownership interest in son's trust

Question No. 31.

   Failed to list professional malpractice insurance and errors and omissions insurance policies (including tail coverage from licensed advisory firm for which debtor worked as an investment advisor) as well as insurance policies of debtor's various properties and auto insurance policies on vehicles both scheduled and concealed.

Question No. 35.

   The proceeds of funds embezzled from numerous clients. Receivables from property sold prepetition. This represents the bulk of the debtor's alleged $100,000,000.00 debt.

Question No. 43.

**Schedule H:**

   Failed to list his personal guarantees.

**Schedule F:**

    1.    Failed to list when the debts were incurred

    2.    Failed to list creditors such as clients and former clients, medical providers to whom he issued letters of protection secured creditors such as the lienholder on debtor's $150,000.00 boat.

**Schedule G:**

Failed to list Attorney client and investor contracts, rental agreements.

Client lists and their confidential personal information.

*Missing or concealed information on the Debtor's Statement of Financial Affairs sworn to under penalty of perjury:*

Question No. 5:

Does not include: (1) income misappropriated from clients; (2) does not include proceeds of sales of real property and vehicles or for rent or options received, including many properties sold to Sin Reposo just before this bankruptcy filing, the property at 488 E. Olmos Dr., San Antonio, TX, and related property held in the name of the debtor's son's trust for which the debtor acts as trustee and on his own behalf, the $3,200,000.00 sale of 9849 Blaine Ct. Orlando, Fl. on July 22, 2021 to Golden Apple House, LLC. The debtor conceals millions of dollars in sales proceeds of real and personal properties sold just before his bankruptcy filing.

Question No. 6

Does not show the dates of payment for the transfers disclosed and addresses for each transferee or the balance still owed in each case. Fails to disclose and conceals the payment of indebtedness on each of the properties sold within 90 days of filing including those which he personally guaranteed for his son's trust. These amount to hundreds of thousands of dollars.

Question No. 7

Does not list payments made to debtor's brother on behalf of son's trust or for Roble Dorado, LLC or to his various corporations.

Question No. 8

Does not list the $975,000.00 mortgage paid to the Gougers in April, 2022 on the debt which he owed and guaranteed for his (alleged) son's trust.

Question No. 12.

Does not list transfers to son's trust, debtor's brother, or to his companies including Roble Dorado, LLC. and its capitalization including the funding of its acquisition of 10285 Summer Meadow Way, Orlando, Fl.

Question No. 14.

Does not list the address, a description of what was contributed or the date of the contribution for the $2,000.00 church and $225,000.00 private school alleged charitable donations made in 2022 and his insider status with those organizations including payments towards the campus building which bears his and/or his family name.

Question No. 18.

1.  Failed to list the payments he made to the seller of his multimillion dollar home in Orlando, Fl or to his corporation Roble Dorado, LLC through which he acquired the home and then refinanced the note.

2.  Failed to list the payment of a $562,000 note to the Bank of San Antonio in April 2022 and similar payments made by the debtor or on his behalf.

3.  Failed to list the address for the Salvador Ortiz Irrevocable Trust or the trustee through who the trust operates.

4.  Failed to list the payments made on behalf of his son's trust for which he acts as trustee including his guarantee of a $975,000.00 note for the trust including the final payment which released the lien in favor of Mr. and Mrs. Gouger in April of 2022.

5.  Failed to list multiple sales of his real property within the ninety days before his bankruptcy filing including the sales of his real properties in April of 2022, located at 15715 Deer Crest, San Antonio,TX, 4211, 4203 and 4118 Honeycomb St., San Antonio, TX, 814 Ottawa Way,

San Antonio, TX, 711 Contour Drive, San Antonio,TX, 772 Lake Breeze Drive, Canyon Lake, TX, 200 Alameda Circle, San Antonio, TX and 11902 and 11923 Rustic Lane, San Antonio, TX. to Sin Reposo, LLC.

6. Failed to list a $2,500,000 loan secured by his home at 11 Champions Run, San Antonio, Texas and his office building on Huebner Road, San Antonio, both of which he represented he did not occupy and would not occupy as his homestead and specifically disclaiming them as his homestead.

7. Failed to list and concealed the sale of his vehicles and the proceeds of the sales thereof including:

8. Failed to list Vehicle transfers to the debtor's friend, accountant and client:

2014  MERCEDES BENZ
Body Style: CONVERTIBLE 2D
Model/Series:      E CLASS E 550
Primary Color:      RED
License Plate Number:   RPC5192
Previous Plate Number:  GPJ9098
sold on or about   04/26/2022 to:
Name:      AMALIO L. SOTO
Mailing Address:   14465 SANTA RITA
HELOTES, TX 78023-2871

2010  PORSCHE
Body Style: SUV 4D 5P
Model/Series:      CAYENNE GTS GTS PD EDITION 3
Primary Color:      WHITE
VIN:  WP1AD2AP4ALA60488
License Plate Number:   PVJ5296
Previous Plate Number:  BL1C436
Registrant(s) Since:      07/23/2021
Name:      AMALIO L. SOTO
Mailing Address:   14465 SANTA RITA
HELOTES, TX 78023-2871

9.   Failed to list the transfers of moneys which he previously held in trust for clients including but not limited to oil runs which he received on behalf of Mr. and Mrs. Nolte and their family trust including monthly payments made by Conoco directly into Mr. Pettit's Frost Bank trust account since 2014 and continuing through the present.

10.   Concealed and failed to list his sale of 9849 Blaine Ct., Orlando, Fl. To Golden Apple House, LLC on July 22, 2021 for $3,200,000.00 or the income from such sale.

11.   Failed to list the 2022 and 2021 security agreements pledging his assets to Westwood Funding Solutions, LLC and Boat Finance, LLC.

12.   Failed to schedule the option given by the debtor to Sin Reposo, LLC to purchase the debtor's property at 555 Argyle, San Antonio, Texas on April 12, 2022.

Question No 19.

Failed to list the transfers to: his son's trust known as the Christopher Jean Claude Paul Pettit Irrevocable Trust and on its behalf, various pension accounts, various corporations in which he owns an interest.

Question No. 20.

Failed to list the addresses and account numbers for each closed account.

Question No. 21.

Failed to list the property stored in his various homes and offices. Failed to list the means of storage and location of the records of his financial investments, tax records, account records, client trust fund and management fund records and the locations of paper and electronic files showing the receipt and disposition of client funds and the proceeds thereof including the closing documents for each acquisition and sale of real and personal property by him, through his corporation or various trusts which he administered including his son's trust, including copies of documents sent to clients detailing the investments and securities which he allegedly acquired for them and the interest or profits which accrued from such securities and other investments.

Question No. 23.

1.    Failed to list all of the clients and their correct address (rather than using his office address so the clients would not receive notice) for whom he holds property in trust including personal injury clients, their trust funds and their files, trust clients, their trust funds and their files, hundreds if not thousands of client files held or stored for the clients and their addresses. The Texas Supreme Court has ordered the debtor to notify all clients and to return their files which he has not done. He concealed the amount held for each client including the funds from cases which he settled and failed to turn over settlement proceeds to clients.

2.    Failed to list the properties both real and personal administered and controlled by the debtor including those held in the name of his various businesses and ostensibly as trustee of his son's trust whose debts the debtor guaranteed and other undisclosed trusts in which he serves as trustee including client trust and wealth management accounts. Failed to list hundreds of thousands dollars in stock held outright or as trustee in various oil and gas companies including but not limited to: EF Energy Funders Ventures, Inc. and Paleo Resources, Inc.

3.    Failed to list Chris Pettit & Associates PC, controlled by Mr. Pettit, a director of the company, as trustee of a trust, acquired 55,225,714 Common Shares pursuant to the conversion, representing 23.47% of the issued and outstanding Common Shares of Paleo Resources, Inc.

Question No. 27.

1.    Failed to list and to fully identify by name, address, nature of business, name of accountant or bookkeeper, employer identification number and dates of operation each of his businesses and trusts, including his directorship of EF Energy Funders Ventures, Inc. (Publicly traded company) and his directorship of Paleo Resources, Inc. (Publicly traded company) and directorship in Oak Hills Financial Group, Inc., etc.

2.    Failed to list his affiliation and ownership in PPBHT Royalty, LLC. Formed on March 20, 2020, and directorship therein.

Question No. 28.

Failed to list and concealed information disclosing the financial statements about his businesses in the last two years including those given to creditors to

acquire a home in Orlando, Florida and to refinance the same under his Florida company, Roble Dorado, LLC (to Stonebridge Homes, Inc. and Winter Park National Bank) and the refinance of his Huebner Road office building cross collateralized by his home at 11 Champions Run, San Antonio, Texas for $2,500,000.00. Failed to list the financial statements for each high value items of property given to creditors including those who extended credit for items such as his $150,000 Florida boat, his vehicles property purchased through his companies and through his son's trust which he personally guaranteed and financial information disclosed in settling various claims against he and his lawfirm.

WHEREFORE, PREMISES CONSIDERED, the Movants pray that the Debtor be directed to file with the Court amended full, complete and accurate schedules and statement of financial affairs, without disclaimer or qualification, under oath within ten days of the Court's order on this matter, upon penalty of contempt, and for such other and further relief to which the Movants may be entitled.

Dated : 20 June, 2022.

Respectfully submitted,

LAW OFFICES OF MARTIN SEIDLER
11107 Wurzbach Road, Suite 504
San Antonio, Texas 78230
Tel:   (210) 694-0300
Fax"  (210) 690-9886
Email: marty@seidlerlaw.com

By:   /s/ Martin Seidler
    MARTIN SEIDLER, #18000800
ATTORNEY FOR JAMES V. NOLTE,
ADILMIRA NOLTE AND
NOLTE LIVING TRUST

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served by email and/or first class mail on this 20TH day of June, 2022 to the following and all other parties in interest registered to receive electronic notice of filings in this case via this Court's ECF notification system.

Christopher John Pettit
11 Champions Run
San Antonio, TX 78258

Chris Pettit & Associates, PC
11902 Rustic Lane
San Antonio, TX 78230

Michael G. Colvard
MARTIN & DROUGHT, PC
112 E. Pecan St., Suite 1616
San Antonio, TX 78205

U.S. Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205

_/s/ Martin Seidler_
MARTIN SEIDLER

9849 Blaine Ct                                                     https://ocpaservices.ocpafl.org/Searches/ParcelInfoPrinterFriendly.aspx/PFSettings/AA1AB1...

# Property Record - 18-24-28-3103-00-300

Orange County Property Appraiser  •
http://www.ocpafl.org

## Property Summary as of 06/20/2022

**Property Name**
9849 Blaine Ct

**Names**
Golden Apple House LLC

**Municipality**
ORG - Un-Incorporated

**Property Use**
0106 - Single Fam Class Vi

**Mailing Address**
6601 Malta Ln
Mclean, VA 22101-2232

**Physical Address**
9849 Blaine Ct
Orlando, FL 32836



QR Code For Mobile Phone



9849 BLAINE CT, ORLANDO, FL 32836   1/27/2015 8:25 AM



1 of 7

6/20/2022, 10:11 AM



EXHIBIT

"A"

9849 Blaine Ct

https://ocpaservices.ocpafl.org/Searches/ParcelInfoPrinterFriendly.aspx/PFSettings/AA1AB1...



## Value and Taxes

### Historical Value and Tax Benefits

| Tax Year Values | | Land | | Building(s) | | Feature(s) | Market Value | Assessed Value |
|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ MKT | $425,000 | + | $1,551,776 | + | $36,280 = | $2,013,056 (-.58%) | $2,013,056 (-.58%) |
| 2020 | ✓ MKT | $425,000 | + | $1,563,115 | + | $36,780 = | $2,024,895 (-.41%) | $2,024,895 (-.41%) |
| 2019 | ✓ MKT | $425,000 | + | $1,574,453 | + | $33,780 = | $2,033,233 (-2.0%) | $2,033,233 (-2.0%) |
| 2018 | ✓ MKT | $425,000 | + | $1,599,487 | + | $50,000 = | $2,074,487 | $2,074,487 |

### 2021 Taxable Value and Certified Taxes

| Taxing Authority | Assd Value | Exemption | Tax Value | Millage Rate | Taxes | % |
|---|---|---|---|---|---|---|
| Public Schools: By State Law (Rle) | $2,013,056 | $0 | $2,013,056 | 3.4890 (-3.33%) | $7,023.55 | 22 % |
| Public Schools: By Local Board | $2,013,056 | $0 | $2,013,056 | 3.2480 (0.00%) | $6,538.41 | 20 % |
| Orange County (General) | $2,013,056 | $0 | $2,013,056 | 4.4347 (0.00%) | $8,927.30 | 28 % |
| Unincorporated County Fire | $2,013,056 | $0 | $2,013,056 | 2.2437 (0.00%) | $4,516.69 | 14 % |
| Unincorporated Taxing District | $2,013,056 | $0 | $2,013,056 | 1.8043 (0.00%) | $3,632.16 | 11 % |
| Library - Operating Budget | $2,013,056 | $0 | $2,013,056 | 0.3748 (0.00%) | $754.49 | 2 % |
| South Florida Water Management District | $2,013,056 | $0 | $2,013,056 | 0.1061 (-3.81%) | $213.59 | 1 % |
| South Florida Wmd Okeechobee Basin | $2,013,056 | $0 | $2,013,056 | 0.1146 (-3.86%) | $230.70 | 1 % |
| South Florida Wmd Everglades Const | $2,013,056 | $0 | $2,013,056 | 0.0365 (-3.95%) | $73.48 | 0 % |
| | | | | 15.8517 | $31,910.37 | |

6/20/2022, 10:11 AM

## 2021 Non-Ad Valorem Assessments

| Levying Authority | Assessment Description | Units | Rate | Assessment |
|---|---|---|---|---|
| COUNTY SPECIAL ASSESSMENT | WASTE PRO - GARBAGE - (407)836-6601 | 1.00 | $250.00 | $250.00 |
| | | | | $250.00 |

## Property Features

### Property Description

GOLDEN OAK PHASE 1C 75/44 LOT 30

### Total Land Area

| 8,210 sqft (+/-) | 0.19 acres (+/-) | GIS Calculated |
|---|---|---|

### Land

| Land Use Code | Zoning | Land Units | Unit Price | Land Value | Class Unit Price | Class Value |
|---|---|---|---|---|---|---|
| 0100 - Single Family | P-D | 1 LOT(S) | working... | working... | working... | working... |

### Buildings

| Subarea Description | Sqft | Value |
|---|---|---|
| BAS - Base Area | 3089 | working... |
| FGR - Fin Garage | 671 | working... |
| FOP - F/Opn Prch | 177 | working... |
| FSP - F/Scr Prch | 448 | working... |
| FUS - F/Up Story | 1131 | working... |
| OPN - Open Area | 92 | working... |

9849 Blaine Ct

https://ocpaservices.ocpafl.org/Searches/ParcelInfoPrinterFriendly.aspx/PFSettings/AA1AB1...

| | |
|---|---|
| Model Code | 01 - Single Fam Residence |
| Type Code | 0106 - Single Fam Class Vi |
| Building Value | working... |
| Estimated New Cost | working... |
| Actual Year Built | 2014 |
| Beds | 5 |
| Baths | 4.5 |
| Floors | 2 |
| Gross Area | 5608 sqft |
| Living Area | 4220 sqft |
| Exterior Wall | Cb.Stucco |
| Interior Wall | Dec.Wall.C |



## Extra Features

| Description | Date Built | Units | Unit Price | XFOB Value |
|---|---|---|---|---|
| SKT2 - Summer Kitchen 2 | 12/31/2014 | 1 Unit(s) | working... | working... |
| FPL2 - Fireplace 2 | 12/31/2014 | 1 Unit(s) | working... | working... |
| PL2 - Pool 2 | 12/31/2014 | 1 Unit(s) | working... | working... |
| WLDC - Wall Dec | 12/31/2014 | 64 Unit(s) | working... | working... |
| SPA2 - Spa 2 | 12/31/2014 | 1 Unit(s) | working... | working... |

## Sales

### Sales History

| Sale Date | Sale Amount | Instrument # | Book/Page | Deed Code | Seller(s) | Buyer(s) | Vac/Imp |
|---|---|---|---|---|---|---|---|
| 07/22/2021 | $3,200,000 | 20210453701 | / | Warranty Deed | Pettit Christopher John | Golden Apple House LLC | Improved |
| 01/17/2018 | $2,200,000 | 20180044083 | / | Warranty Deed | Jusas Brian J<br>Jusas Lisa M | Pettit Christopher John | Improved |
| 04/04/2013 | $499,100 | 20130183244 | 10548 / 7460 | Special Warranty | Golden Oak Development LLC | Jusas Brian J<br>Jusas Lisa M | Vacant |



Prepared by
Judith Parker, an employee of
**First American Title Insurance Company**
931 South Orlando Avenue
Maitland, Florida 32751
(877)727-5915

Return to: Grantee

File No.: 2020-2705987

DOC # 20210453701
07/28/2021 08:35 AM Page 1 of 2
Rec Fee: $18.50
Deed Doc Tax: $22,400.00
Mortgage Doc Tax: $0.00
Intangible Tax: $0.00
Phil Diamond, Comptroller
Orange County, FL
Ret To: ERECORDING PARTNERS NETWORK

## WARRANTY DEED

THIS INDENTURE, executed on July 22 , 2021, between

**Christopher John Pettit, a single person**

whose mailing address is: 11 Champions Run, San Antonio, TX 78258,
hereinafter called the "grantor", and

**Golden Apple House LLC, a Delaware limited liability company**

whose mailing address is: 6601 Malta Lane, McLean, VA 22101,
hereinafter called the "grantee":

(Which terms "Grantor" and "Grantee" shall include singular or plural, corporation or individual, and either sex, and shall include heirs, legal representatives, successors and assigns of the same)

**WITNESSETH:** The grantor, for and in consideration of the sum of $10.00 and other good and valuable consideration, receipt whereof is hereby acknowledged, by these presents does grant, bargain, release, convey and confirms unto the grantee, their heirs and assigns, all that certain land situate in **Orange** County, **FL**, to-wit:

Lot 30 of GOLDEN OAK PHASE 1C, according to the Plat thereof as recorded in Plat Book 75, Pages 44, of the Public Records of Orange County, Florida.

Parcel Identification Number: **18-24-28-3103-00300**

**Subject to** all reservations, covenants, conditions, restrictions and easements of record and to all applicable zoning ordinances and/or restrictions imposed by governmental authorities, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in any way appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31st of 2020.

**In Witness Whereof,** the grantor has hereunto set their hand(s) and seal(s) the day and year first above written.

Christopher John Pettit

*Signed, sealed and delivered in our presence:*

Witness Signature                     Witness Signature

SOPHIA D. Gonzales            Alice Ellis
Print Name                              Print Name

State of **Texas**

County of Bexar

**The Foregoing Instrument Was Acknowledged** before me by means of ☒ physical presence or ☐ online notarization, on **July 22nd, 2021**, by **Christopher John Pettit, a single person** .

Notary Public

Samuel A. Sanchez
(Printed Name)

My Commission expires: *01-04-2025*

Personally Known ☐ OR Produced Identification ☒
Type of Identification Produced a valid driver's license

SAMUEL A. SANCHEZ
Notary Public, State of Texas
Comm. Expires 01-04-2025
Notary ID 129248367

*{Notarial Seal}*

ATC 4000412200039

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

### WARRANTY DEED WITH VENDOR'S LIEN

Dated Effective as of: **January 13, 2022**

Grantor: **Christopher J. Pettit**

Grantor's Mailing Address: **200 Alameda Cir
Olmos Park, Texas 78212**

Grantee: **SIN REPOSO, LLC, a Texas limited liability company**

Grantee's Mailing Address: **134 Brittany
San Antonio, Texas 78212**

Consideration:

Cash and note of even date executed by Grantee and payable to the order of **BHA Financial, L.P., a Texas limited partnership ("Lender")** in the principal amount of **One Million Twenty Thousand and No/100 Dollars ($1,020,000.00).** The note is secured by a first and superior vendor's lien and superior title retained in this deed and by a first lien deed of trust dated the same date as this deed in favor of Lender.

Property (including any improvements):

**Lot 5, Block 9, Olmos Park Estates, in the City of Olmos Park, Bexar County, Texas, according to plat thereof recorded in Volume 980, Pages 16-17, Deed and Plat Records of Bexar County, Texas.**

Reservations from Conveyance: **None**

All ad valorem taxes for the current and all subsequent years, zoning ordinances and utility district assessments, if any, applicable to and enforceable against the Property and all conditions, covenants, options, restrictions, easements, charges and liens for assessments, setbacks, encroachments, reservations, and mineral reservations affecting the Property that are shown in the Real Property Records of **Bexar** County, Texas.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

The vendor's lien against and superior title to the Property are retained until each note described is fully paid according to its terms, at which time this deed will become absolute.



EXHIBIT
"B"

(F.127) (2022-114-1) Revised 7/16/02

1

Lender, at Grantee's request, has paid in cash to Grantor that portion of the purchase price of the Property that is evidenced by the note. The first and superior vendor's lien against and superior title to the Property are retained for the benefit of Lender and are transferred to Lender without recourse against Grantor.

When the context requires, singular nouns and pronouns include the plural.

*Christopher John Pettit*
Christopher J. Pettit

THE STATE OF ___Virginia___ }                    (Acknowledgement)

COUNTY OF ___Prince William___ }

**Christopher J. Pettit** acknowledged this instrument before me on January 13, 2022.
This notarial act is an online notarization. The person(s) acknowledging is/are appearing before me by an interactive two-way audio and video communication that meets the online notarization requirements under Subchapter C, Chapter 406, TX Government Code, and rules adopted under that subchapter.



Teneisha Monae Richburg

REGISTRATION NUMBER
7910327

COMMISSION EXPIRES
February 28, 2026

_Teneisha Monae Richburg_
Notary Public
Notarized online using audio-video communication

AFTER RECORDING RETURN TO:
**SIN REPOSO, LLC, a Texas limited liability company**
**134 Brittany, San Antonio, Texas 78212**

2

File Information

eFILED IN THE OFFICIAL PUBLIC eRECORDS OF BEXAR COUNTY
LUCY ADAME-CLARK, BEXAR COUNTY CLERK

Document Number:                    20220012033

Recorded Date:                      January 14, 2022

Recorded Time:                      3:48 PM

Total Pages:                        3

Total Fees:                         $30.00

** THIS PAGE IS PART OF THE DOCUMENT **

** Do Not Remove **

Any provision herein which restricts the sale or use of the described real property because of race is invalid
and unenforceable under Federal law

STATE OF TEXAS, COUNTY OF BEXAR

I hereby Certify that this instrument was eFILED in File Number Sequence on this date and at the time
stamped hereon by me and was duly eRECORDED in the Official Public Record of Bexar County, Texas on:
1/14/2022 3:48 PM

*Lucy Adame-Clark*
Lucy Adame-Clark
Bexar County Clerk

LINCOLN HGTS
GF # 4000032200121

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER

**Warranty Deed with Vendor's Lien**

Date: April __7__, 2022

Grantor: Olmos Park Properties, Inc., a Texas corporation (as to Tract I), and Christopher John Pettit, Trustee of the Christopher Jean Claude Pettit Irrevocable Trust (as to Tract II)

Grantor's Mailing Address:

Grantee: Sin Reposo, LLC

Grantee's Mailing Address: 134 Brittany, San Antonio, TX 78212

Consideration: Ten and no/100 ($10.00) Dollars and other good and valuable consideration to the undersigned paid by the Grantee herein named, the receipt of which is hereby acknowledged, and for the further consideration of the execution and delivery by said grantee of that one certain promissory note of even date herewith in the principal sum of Two Million Five Hundred Fifty Thousand and 00/100 Dollars ($2,550,000.00) payable to the order of BHA Financial, L.P., a Texas limited partnership, upon terms and bearing interest as therein provided, and providing for the acceleration of maturity in the event of default and for attorney's fee, the payment of which note is secured by the vendor's lien herein retained and is additionally secured by a Deed of Trust of even date herewith to Jack E. Biegler, Trustee.

Property (including any improvements): Tract 1: Lot 1, Block 1, PARK PLACE, City of Olmos Park, Bexar County, Texas, according to the plat thereof recorded in Volume 980, Page 68, Deed and Plat Records of Bexar County, Texas; SAVE AND EXCEPT the West 3 feet of said lot, and being the same property conveyed by Rebecca G. Martinez, Individually and as Independent Executrix of the Estate of Joe B. Martinez, Jr., Deceased to Roy G. Martinez and Sylvia A. Ferris, f/k/a Sylvia M. Meadows by General Warranty Deed dated October 16, 2002 recorded under Document No. 20020445960, Real Property Records, Bexar County, Texas.

Tract 2: Lot 11, Block 13, Olmos Park Estates, in the City of Olmos Park, Bexar County, Texas, according to the map or plat thereof recorded in Volume 980, Pages 16-17, Deed and Plat Records, Bexar County, Texas.

Reservations from and Exceptions to Conveyance and Warranty: This conveyance, however, is made and accepted subject to the following matters, to the extent same are in effect at this time: any and all restrictions, covenants, assessments, reservations, outstanding mineral interests held by third parties, conditions, and easements, if any, relating to the hereinabove described property, but only to the extent they are still in effect and shown of record in the hereinabove mentioned County and State or to the extent that they are apparent upon reasonable inspection of the property; and to all zoning laws, regulations and ordinances of municipal and/or other governmental authorities, if any, but only to the extent they are still in effect and relating to the hereinabove described property.

The Contract between Grantor as the Seller and Grantee as the Buyer, if any, may contain limitations as to warranty or other agreed matters; to the extent that the Contract provides for any such limitations or other agreed matters to survive closing and this conveyance, then such limitations or other agreed matters are hereby deemed incorporated by reference. The warranty of title contained in this Deed is hereby expressly excluded from the limitations or other agreed matters referenced in this paragraph.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

BHA Financial, L.P., a Texas limited partnership at the instance and request of the Grantee herein, having advanced and paid in cash to the Grantor herein that portion of the purchase price of the herein described property, as is evidenced by the hereinbefore described $2,550,000.00 note. The first and superior Vendor's Lien, as well as the Superior Title to said property is retained herein for the benefit of the said BHA Financial, L.P., a Texas limited partnership, its successors or assigns and shall have the right to release said Vendor's Lien upon the payment of said Note. The Vendor's Lien against and superior title to the property are retained until each note described is fully paid according to its term, at which time this deed will become absolute.

When the context requires, singular nouns and pronouns include the plural.



EXHIBIT
"A"

Page 1 of 2
4000032200121

Olmos Park Properties, Inc.,
a Texas corporation

By: _____

Its: _President_


_____
Christopher John Pettit, Trustee of the Christopher Jean
Claude Pettit Irrevocable Trust


STATE OF TEXAS

COUNTY OF _Bexar_

This instrument was acknowledged before me on this __7__ day of April 2022, by _Christopher Pettit , Trustee_
of Olmos Park Properties, Inc., a Texas corporation, on behalf of said corporation.

Toni Coleman Altum
My Commission Expires
04/17/2023
ID No. 11927533

_____
Notary Public, State of Texas


STATE OF TEXAS

COUNTY OF Bexar

This instrument was acknowledged before me on this __7__ day of April 2022, by Christopher John Pettit,
Trustee of the Christopher Jean Claude Pettit Irrevocable Trust.

Toni Coleman Altum
My Commission Expires
04/17/2023
ID No. 11927533

_____
Notary Public, State of Texas


AFTER RECORDING RETURN TO:
Sin Reposo, LLC
134 Brittany
San Antonio, TX 78212


Page 2 of 2
4000032200121

File Information

eFILED IN THE OFFICIAL PUBLIC eRECORDS OF BEXAR COUNTY
LUCY ADAME-CLARK, BEXAR COUNTY CLERK

Document Number:             20220088904

Recorded Date:               April 11, 2022

Recorded Time:               7:26 AM

Total Pages:                 3

Total Fees:                  $30.00

## ** THIS PAGE IS PART OF THE DOCUMENT **

### ** Do Not Remove **

Any provision herein which restricts the sale or use of the described real property because of race is invalid and unenforceable under Federal law

STATE OF TEXAS, COUNTY OF BEXAR

I hereby Certify that this instrument was eFILED in File Number Sequence on this date and at the time stamped hereon by me and was duly eRECORDED in the Official Public Record of Bexar County, Texas on: 4/11/2022 7:26 AM

Lucy Adame-Clark
Lucy Adame-Clark
Bexar County Clerk

GF # 40000322001145

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER

**Warranty Deed with Vendor's Lien**

Date: April 7, 2022

Grantor: Christopher J. Pettit aka Christopher John Pettit, a single person

Grantor's Mailing Address:

Grantee: Sin Reposo, LLC

Grantee's Mailing Address: 134 Brittany, San Antonio, Bexar County, Texas 78212-1720

Consideration: Ten and no/100 ($10.00) Dollars and other good and valuable consideration to the undersigned paid by the Grantee herein named, the receipt of which is here acknowledged, and two notes of even date executed by Grantee and referred to as the first-lien note and the second-lien note. The first-lien note is payable to the order of Great Central Mortgage Acceptance Company, Ltd. in the principal amount of Five Hundred Seventy Six Thousand and 00/100 Dollars ($576,000.00). The first-lien note is secured by the first and superior vendor's lien against, and superior title to, the Property retained in this deed in favor of Great Central Mortgage Acceptance Company, Ltd. and is also secured by a first-lien deed of trust of even date from Grantee to Sara E. Dysart, Trustee. The second-lien note is payable to the order of Great Central Mortgage Acceptance Company, Ltd., in the principal amount of One Hundred Forty Four Thousand and 00/100 Dollars ($144,000.00). The second-lien note is secured by a second and inferior vendor's lien against, and superior title to, the Property retained in this deed in favor of Central Mortgage Acceptance Company, Ltd., and is also secured by a second-lien deed of trust of even date from Grantee to Sara E. Dysart, Trustee.

Property (including any improvements): Tract 1: Lot 16, Block 11, New City Block 18361, Deerfield Subdivision, Unit 2, in the City of San Antonio, Bexar County, Texas, according to the map or plat thereof recorded in Volume 9506, Page 213, amended in Volume 9509, Page 104, Deed and Plat Records, Bexar County, Texas.

Tract 2: Lot 2360, Canyon Lake Hills Unit No. 6, in Comal County, Texas, according to the map or plat thereof recorded in Volume 2, Page 39, Map and Plat Records, Comal County, Texas.

Tract 3: Lot 4, Block 10, New City Block 14720, WOOD LAND MANOR UNIT NO. 2, in the City of San Antonio, Bexar County, Texas, according to the map or plat thereof recorded in Volume 2805, Page 233, Deed and Plat Records of Bexar County, Texas.

Reservations from and Exceptions to Conveyance and Warranty: This conveyance, however, is made and accepted subject to the following matters, to the extent same are in effect at this time: any and all restrictions, covenants, assessments, reservations, outstanding mineral interests held by third parties, conditions, and easements, if any, relating to the hereinabove described property, but only to the extent they are still in effect and shown of record in the hereinabove mentioned County and State or to the extent that they are apparent upon reasonable inspection of the property; and to all zoning laws, regulations and ordinances of municipal and/or other governmental authorities, if any, but only to the extent they are still in effect and relating to the hereinabove described property.

The Contract between Grantor as the Seller and Grantee as the Buyer, if any, may contain limitations as to warranty or other agreed matters; to the extent that the Contract provides for any such limitations or other agreed matters to survive closing and this conveyance, then such limitations or other agreed matters are hereby deemed incorporated by reference. The warranty of title contained in this Deed is hereby expressly excluded from the limitations or other agreed matters referenced in this paragraph.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

Great Central Mortgage Acceptance Company, Ltd. at Grantee's request, has paid in cash to Grantor, that portion of the purchase price of the property that is evidenced by the first-lien note. The first and superior vendor's lien against and superior title to the Property are retained for the benefit Great Central Mortgage Acceptance Company, Ltd. and are transferred to Great Central Mortgage Acceptance Company, Ltd., without recourse on Grantor to secure the first-lien note. Great Central Mortgage Acceptance Company,

Ltd. at Grantee's request has paid in cash to Grantor that portion of the purchase price of the Property that is evidenced by the second-lien note. The second and inferior vendor's lien against and superior title to the Property are retained for the benefit **Great Central Mortgage Acceptance Company, Ltd.** and are transferred to **Great Central Mortgage Acceptance Company, Ltd.**, without recourse on Grantor to secure the second-lien note. The second and inferior vendor's lien against and superior title to the Property are and will remain subordinate and inferior to all liens securing the first-lien note, regardless of the frequency or manner of renewal, extension, or alteration of any part of the first-lien note or the liens securing it.

When the context requires, singular nouns and pronouns include the plural.

Christopher J. Pettit
aka Christopher John Pettit

STATE OF TEXAS

COUNTY OF Bexar

This instrument was acknowledged before me on this ___7___ day of April 2022, by Christopher J. Pettit aka Christopher John Pettit.

Notary Public, State of Texas

Toni Coleman Altum
My Commission Expires
04/17/2023
ID No. 11927533

AFTER RECORDING RETURN TO:
Sui Reposo, LLC
134 Brittany
San Antonio, Texas 78212-1720

Page 2 of 2
4000032200145

File Information

eFILED IN THE OFFICIAL PUBLIC eRECORDS OF BEXAR COUNTY
LUCY ADAME-CLARK, BEXAR COUNTY CLERK

| | |
|---|---|
| Document Number: | 20220088995 |
| Recorded Date: | April 11, 2022 |
| Recorded Time: | 7:34 AM |
| Total Pages: | 3 |
| Total Fees: | $30.00 |

** THIS PAGE IS PART OF THE DOCUMENT **

** Do Not Remove **

Any provision herein which restricts the sale or use of the described real property because of race is invalid
and unenforceable under Federal law

STATE OF TEXAS, COUNTY OF BEXAR

I hereby Certify that this instrument was eFILED in File Number Sequence on this date and at the time
stamped hereon by me and was duly eRECORDED in the Official Public Record of Bexar County, Texas on:
4/11/2022 7:34 AM

Lucy Adame-Clark
Bexar County Clerk

GF # 4000032 22 00142

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER

**Warranty Deed with Vendor's Lien**

Date: April 7, 2022

Grantor: Christopher J. Pettit aka Christopher John Pettit, a single person

Grantor's Mailing Address:

Grantee: Sin Reposo, LLC

Grantee's Mailing Address: 134 Brittany, San Antonio, TX 78212

Consideration: Ten and no/100 ($10.00) Dollars and other good and valuable consideration to the undersigned paid by the Grantee herein named, the receipt of which is here acknowledged, and two notes of even date executed by Grantee and referred to as the first lien note and the second-lien note. The first-lien note is payable to the order of Great Central Mortgage Acceptance Company, Ltd. in the principal amount of Four Hundred Sixty-Four Thousand and 00/100 Dollars ($464,000.00). The first-lien note is secured by the first and superior vendor's lien against, and superior title to, the Property retained in this deed in favor of Great Central Mortgage Acceptance Company, Ltd., to the extent of $433,334.00, and is also secured by a first-lien deed of trust of even date from Grantee to Sara Dysart, Trustee. The second-lien note is payable to the order of Story Book Funding, LLC, in the principal amount of One Hundred Sixteen Thousand and 00/100 Dollars ($116,000.00). The second-lien note is secured by a second and inferior vendor's lien against, and superior title to, the Property retained in this deed in favor of Story Book Funding, LLC, and is also secured by a second-lien deed of trust of even date from Grantee to Sara Dysart, Trustee.

Great Central Mortgage Acceptance Company, Ltd., at Grantee's request, having paid in cash to Grantor that portion of the purchase price of the property that is evidenced by the note described, the vendor's lien to the extent of $433,334.00 and superior title to the property are retained for the benefit of Great Central Mortgage Acceptance Company, Ltd. and are transferred to Great Central Mortgage Acceptance Company, Ltd., without recourse on Grantor

Property (including any improvements): Tract I: Lot 1, Block 5, New City Block 14715, Wood Land Manor, Unit 1, in the City of San Antonio, Bexar County, Texas, according to the map or plat thereof recorded in Volume 2805, Page 219, Deed and Plat Records, Bexar County, Texas.

Tract II:
Lot 1, Block 10, New City Block 14720, Wood Land Manor Unit No. 2, in the City of San Antonio, Bexar County, Texas, according to map or plat thereof recorded in Volume 2805, Page 233, Deed and Plat Records of Bexar County, Texas.

Tract III:
Lots 11 and 12, Block 1, New City Block 14711, Wood Land Manor, Unit No. 1, in the City of San Antonio, Bexar County, Texas, according to the map or plat thereof recorded in Volume 2805, Page 219, Deed and Plat Records, Bexar County, Texas.

Reservations from and Exceptions to Conveyance and Warranty: This conveyance, however, is made and accepted subject to the following matters, to the extent same are in effect at this time: any and all restrictions, covenants, assessments, reservations, outstanding mineral interests held by third parties, conditions, and easements, if any, relating to the hereinabove described property, but only to the extent they are still in effect and shown of record in the hereinabove mentioned County and State or to the extent that they are apparent upon reasonable inspection of the property; and to all zoning laws, regulations and ordinances of municipal and/or other governmental authorities, if any, but only to the extent they are still in effect and relating to the hereinabove described property.

The Contract between Grantor as the Seller and Grantee as the Buyer, if any, may contain limitations as to warranty or other agreed matters; to the extent that the Contract provides for any such limitations or other agreed matters to survive closing and this conveyance, then such limitations or other agreed matters are hereby deemed incorporated by reference. The warranty of title contained in this Deed is hereby expressly excluded from the limitations or other agreed matters referenced in this paragraph.

Grantor, for the Consideration and subject to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and Grantor's heirs and

successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Reservations from Conveyance and the Exceptions to Conveyance and Warranty.

Great Central Mortgage Acceptance Company, Ltd. at Grantee's request, has paid in cash to Grantor, that portion of the purchase price of the property that is evidenced by the first lien note. The first and superior vendor's lien against and superior title to the Property are retained for the benefit Great Central Mortgage Acceptance Company, Ltd. and are transferred to Great Central Mortgage Acceptance Company, Ltd., without recourse on Grantor to secure the first lien note. Story Book Funding, LLC at Grantee's request has paid in cash to Grantor that portion of the purchase price of the Property that is evidenced by the second lien note. The second and inferior vendor's lien against and superior title to the Property are retained for the benefit Story Book Funding, LLC and are transferred to Story Book Funding, LLC, without recourse on Grantor to secure the second lien note. The second and inferior vendor's lien against and superior title to the Property are and will remain subordinate and inferior to all liens securing the first lien note, regardless of the frequency or manner of renewal, extension, or alteration of any part of the first lien note or the liens securing it.

When the context requires, singular nouns and pronouns include the plural.

_____
Christopher J. Pettit
aka Christopher John Pettit

STATE OF TEXAS

COUNTY OF ___Bexar___

This instrument was acknowledged before me on this ___7___ day of April 2022, by Christopher J. Pettit aka Christopher John Pettit.

_____
Notary Public, State of Texas

Toni Coleman Altum
My Commission Expires
04/17/2023
ID No. 11927533

AFTER RECORDING RETURN TO:
Sin Reposo, LLC
134 Brittany
San Antonio, TX 78212

Page 2 of 2
4000032200142

File Information

### eFILED IN THE OFFICIAL PUBLIC eRECORDS OF BEXAR COUNTY
### LUCY ADAME-CLARK, BEXAR COUNTY CLERK

| | |
|---|---|
| Document Number: | 20220088969 |
| Recorded Date: | April 11, 2022 |
| Recorded Time: | 7:32 AM |
| Total Pages: | 3 |
| Total Fees: | $30.00 |

### ** THIS PAGE IS PART OF THE DOCUMENT **

### ** Do Not Remove **

Any provision herein which restricts the sale or use of the described real property because of race is invalid and unenforceable under Federal law

STATE OF TEXAS, COUNTY OF BEXAR

I hereby Certify that this instrument was eFILED in File Number Sequence on this date and at the time stamped hereon by me and was duly eRECORDED in the Official Public Record of Bexar County, Texas on: 4/11/2022 7:32 AM

*Lucy Adame-Clark*
Lucy Adame-Clark
Bexar County Clerk

## MEMORANDUM OF OPTION AGREEMENT

|  |  |  |
|---|---|---|
| STATE OF TEXAS | § | Filed by ATC - Lincoln |
|  | § | GF# 40003220016H |
| COUNTY OF BEXAR | § | KNOW ALL PERSONS BY THESE PRESENTS: |

THIS MEMORANDUM OF OPTION AGREEMENT (this "Memorandum") is made and executed to be effective the date set forth below by and between Christopher J. Pettit, an individual residing in Texas ("Seller"), and Sin Reposo, LLC or assigns, a Texas limited liability company ("Buyer").

## W I T N E S S E T H:

A.      Seller and Buyer have entered into that certain Amended and Restated Side Letter Agreement ("SLA") by and between SR, as "Buyer," and Olmos Park Properties Inc., Oak Hills Financial Group, Inc. and Chris Pettit, individually and as trustee for the Christopher Jean-Claude Pettit Irrevocable Trust, which is incorporated herein by reference, dated as of even date herewith (the "Agreement"), whereby Seller has granted to Buyer the option to purchase a certain tract of land located in the City of Alamo Heights, Bexar County, Texas, more particularly described on Exhibit A attached hereto and incorporated herein by reference (hereinafter, together with the improvements constructed or to be constructed thereon, referred to as "Property"), upon the terms and conditions more particularly described in the Agreement, reference to which is hereby made for all purposes.

B.      Seller and Buyer desire to make and execute this Memorandum, and to have this Memorandum recorded in the Official Public Records of Bexar County, Texas, providing public record notice to all interested parties as to the existence of the Agreement and Option to purchase the Property.

NOW, THEREFORE, for and in consideration of the premises and other good and valuable consideration, the receipt and sufficiency of which are hereby expressly acknowledged by the parties hereto, Seller and Buyer do hereby confirm the following:

1.      Defined Terms.  Capitalized terms used in this Memorandum which are not otherwise defined herein are intended to have the same meanings ascribed to them as set forth in the Agreement.

2.      Option Agreement.  Pursuant to the terms of the Agreement, Seller has granted to Buyer the exclusive, irrevocable right, privilege and option to acquire the Property, exercisable (or not) by Buyer, in its sole and absolute discretion, during the Option Period, commencing on the Effective Date of the Agreement, April __, 2022 and continuing for one (1) year thereafter, and otherwise upon and subject to the terms and conditions set forth in the Agreement. If the Option has not been exercised within one year from the Effective Date, the Agreement shall terminate.

3.      Binding Effect of Agreement. The terms and provisions of the Agreement are binding upon Seller and Buyer, and their respective heirs, legal representatives, successors and assigns, including all subsequent owners of the Property.

1

5.    No Modification of Agreement. The purpose of this Memorandum is merely to make the existence of, and the nature of certain provisions contained in, the Agreement of public record, and nothing contained herein is intended, nor shall anything contained herein be deemed or construed, to alter or modify in any respect the terms, provisions, covenants and/or conditions contained in the Agreement. In the event of any conflict between this Memorandum and the Agreement, the Agreement controls.

IN WITNESS WHEREOF, Seller and Buyer have caused this Memorandum of Option Agreement to be executed on the dates of their respective acknowledgments below to be effective as of the date of the last such acknowledgement.

SELLER:

By: _____

     Chris Pettit,
     an individual residing in Texas


STATE OF TEXAS      §
                       §
COUNTY OF BEXAR     §

This instrument was acknowledged before me on this 1st day of April, 2022, by Christopher J. Pettit, an individual residing in the State of Texas.

_____
Notary Public, State of Texas

SAMUEL A. SANCHEZ
Notary Public, State of Texas
Comm. Expires 01-04-2025
Notary ID 129248367

3

BUYER:
SIN REPOSO LLC
a Texas limited liability company

By: _____
Print: 
Its: _____

STATE OF TEXAS          §
                        §
COUNTY OF BEXAR         §

   This instrument was acknowledged before me on this 12ᵗʰ day of April , 2022,
by Garrett Glass , as Sin Reposo, LLC, a Texas limited liability company, on behalf of said
limited liability company.

JAMES O'NEIL
My Notary ID # 133149136
Expires June 10, 2025

_____
Notary Public, State of Texas

Exhibit:

A - Description of the Property

4

GF#: SAT-03-4000032200184

## EXHIBIT A

Lot 9, Block 25, Grice Hill Subdivision, in the City of Alamo Heights, Bexar County, Texas, according to the map or plat thereof recorded in Volume 9504, Page 201, Deed and Plat Records, Bexar County, Texas

Alamo Title Company

**File Information**

**eFILED IN THE OFFICIAL PUBLIC eRECORDS OF BEXAR COUNTY
LUCY ADAME-CLARK, BEXAR COUNTY CLERK**

| | |
|---|---|
| **Document Number:** | 20220092818 |
| **Recorded Date:** | April 13, 2022 |
| **Recorded Time:** | 10:13 AM |
| **Total Pages:** | 6 |
| **Total Fees:** | $42.00 |

**\*\* THIS PAGE IS PART OF THE DOCUMENT \*\***

**\*\* Do Not Remove \*\***

Any provision herein which restricts the sale or use of the described real property because of race is invalid and unenforceable under Federal law

STATE OF TEXAS, COUNTY OF BEXAR

I hereby Certify that this instrument was eFILED in File Number Sequence on this date and at the time stamped hereon by me and was duly eRECORDED in the Official Public Record of Bexar County, Texas on: 4/13/2022 10:13 AM

Lucy Adame-Clark
Bexar County Clerk

**SCANNED**

# ABSTRACT OF JUDGMENT

Doc# 20220102075 04/22/2022 02:46 PM Page 1 of 2 Lucy Adame-Clark, Bexar County Clerk

## "THE STATE OF TEXAS"

Plaintiff(s), James Craig Horan and Gennifer Horan
Address: 109 Angel Dove Pl., Spring, Texas 77382

Defendant, Chris Petit & Associates, P.C.
Address: 11902 Rustic Lane, San Antonio, Texas 78230
DOB: not reasonably available  Driver's License No: XXXXXXnot reasonably available SSN: XXX-XX-X267

Defendant, Christopher J. Petitt
Address: 11 Champions Run, San Antonio, Texas 78258
DOB: April 13, 1967 Driver's License No: XXXXXX558 SSN: XXX-XX-Xnot reasonably available

Date of Judgment: April 6, 2022          Case Number: **2022-CI-06069**
Amount for which the judgment was rendered and the rate of interest specified in the judgment:

Jointly and severally for the sum of $908,148.47; Exemplary damages in the amount of $500,000.00; together with pre-judgment interest at the rate of 10% per 365 day year compounded annually from July 19, 2021 through the date of signing of this judgment; reasonable and necessary attorney's fees in the amount of $100,000.00; together with post-judgment interest at the rate of 10% per 365 day year compounded annually from the date of the signing of this judgment until all amounts are paid in full, plus court costs of $1,000.00.

Balance due: As shown above

    I, Mary Angie Garcia, Clerk of the District Courts of Bexar County, Texas, verify that the foregoing was prepared and Given Under My Hand and Seal of Office, at San Antonio, Texas, on April 22, 2022.

Mary Angie Garcia
Bexar County District Clerk



By: _____
Consuelo Gomez, Deputy

Return to:
F. Matthew Flores
112 E. Pecan St., Ste. 1450
San Antonio, Texas 78205
(210) 278-5815

**EXHIBIT**

"C"



*VG-61-2022-20220102075*

## File Information

**FILED IN THE OFFICIAL PUBLIC RECORDS OF BEXAR COUNTY**
**LUCY ADAME-CLARK, BEXAR COUNTY CLERK**

Document Number:        20220102075

Recorded Date:          April 22, 2022

Recorded Time:          2:46 PM

Total Pages:            2

Total Fees:             $26.00

### ** THIS PAGE IS PART OF THE DOCUMENT **

### ** Do Not Remove **

Any provision herein which restricts the sale or use of the described real property because of race is invalid and unenforceable under Federal law

STATE OF TEXAS, COUNTY OF BEXAR

I hereby Certify that this instrument was FILED in File Number Sequence on this date and at the time stamped hereon by me and was duly RECORDED in the Official Public Record of Bexar County, Texas on:
4/22/2022 2:46 PM



Lucy Adame-Clark
Bexar County Clerk

## ABSTRACT OF JUDGMENT

THE STATE OF TEXAS §
§
COUNTY OF BEXAR §

On the 18th day of April 2022, the Statutory Probate Court No. 1 of Bexar County, Texas, in cause entitled *Sharon Rakowitz, individually and as General Partner and Limited Partner of Bossy R, LP, Karen Varns, Agnes Mae Hartman and Peter Rakowitz v. Christopher J. Pettit and Christ Pettit & Associates, P.C.*, Cause No. 2022-PC-01235 on the docket of the Court, rendered judgment in favor of Sharon Rakowitz, individually and as General Partner and Limited Partner of Bossy R, LP, Karen Varns, Agnes Mae Hartman and Peter Rakowitz against Christopher J. Pettit and Christ Pettit & Associates, P.C.. The details of the judgment are as follows:

1.  The names and addresses of the Judgment – Creditors are Bossy R, LP, Sharon Rakowitz, Karen Varns, Agnes Mae Hartman and Peter Rakowitz, c/o their attorney, Jessica A. Newill, Gardner Law, 745 East Mulberry Avenue, Suite 500, San Antonio, Texas 78212, (210) 733-8191.

2.  The names and addresses of the Judgment – Debtors are Christopher J. Pettit and Chris Pettit & Associates, P.C.; 11902 Rustic Lane, San Antonio, Texas 78230

3.  The Judgment was rendered for the sum of $2,400,000.00; for a total Judgment amount of $2,400,000.00 plus post-judgment interest.

4.  Post-judgment interest at the rate of 5% per annum on the aggregate unpaid Judgment amount, as set forth above, shall accrue from the date of Judgment until such amounts are paid.

Signed on the _18th_ day of _April_, 2022.

**GARDNER LAW**
745 E Mulberry Ave, Ste 500
San Antonio, TX 78212-3149
(210) 733-8191 – Telephone
(210) 733-5538 – Facsimile

By: _____

Jessica A. Newill
State Bar No. 24081066
jnewill@gardnertx.com
Carol W. Saxon
State Bar No. 24058615
csaxon@gardnertx.com
**ATTORNEYS FOR PLAINTIFF**

BEFORE ME, the undersigned notary public, on this day personally appeared Jessica A. Newill, who, being by me duly sworn upon oath, said that she has read and signed the foregoing Abstract of Judgment, and that all the facts stated in it are within her personal knowledge and are true and correct.

_____
Jessica A. Newill

SWORN AND SUBSCRIBED before me by Jessica A. Newill this ___18th___ day of _April_ _____, 2022.

_____
Notary Public, State of Texas

> Brittany Rosemarie Watson
> NOTARY PUBLIC
> STATE OF TEXAS
> MY COMM. EXP 06-30-2022
> ID # 13170545-8

**AFTER RECORDING RETURN TO:**

GARDNER LAW
745 E. MULBERRY AVE., STE 500
SAN ANTONIO, TEXAS 78212

File Information

eFILED IN THE OFFICIAL PUBLIC eRECORDS OF BEXAR COUNTY
LUCY ADAME-CLARK, BEXAR COUNTY CLERK

Document Number:              20220097007

Recorded Date:                April 18, 2022

Recorded Time:                3:20 PM

Total Pages:                  3

Total Fees:                   $30.00

### ** THIS PAGE IS PART OF THE DOCUMENT **

### ** Do Not Remove **

Any provision herein which restricts the sale or use of the described real property because of race is invalid and unenforceable under Federal law

STATE OF TEXAS, COUNTY OF BEXAR

I hereby Certify that this instrument was eFILED in File Number Sequence on this date and at the time stamped hereon by me and was duly eRECORDED in the Official Public Record of Bexar County, Texas on: 4/18/2022 3:20 PM



Lucy Adame-Clark
Bexar County Clerk

Label Matrix for local noticing
0542-5
Case 22-50591-cag
Western District of Texas
San Antonio
Mon Jun 20 15:05:38 CDT 2022

Chris Pettit & Associates, P.C.
11902 Rustic Lane
San Antonio, TX 78230-1418

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

Adilmira Nolte
2048 Martinez Road
Yoakum, TX 77995-6357

Albert Cardenas Trust
c/o Jesus and Elena Cardenas
187 Olga, San Antonio, TX 78237

Alberto Rodriguez
11902 Rustic Lane
San Antonio, TX 78230-1418

Amy Pridgen
11902 Rustic Lane
San Antonio, TX 78230-1418

Andrea L. Uresti Barr
RMO, LLP
12 Greenway Plaza #1100
Houston, TX 77046-1201

Angelita Vossler
P.O. Box 1248
Leaky, TX 78873-1248

Apple Card/GS Bank USA
Lockbox 6112
P.O. Box 7247
Philadelphia, PA 19170-0001

Arlene Becker
504 Schweppe Street
Boerne, TX 78006-2939

Arlene Kreitz Hengst Trust
15611 Thrush Gate Lane
San Antonio, TX 78248-1749

Ashley Forsyth
c/o David A Jones
110 East Houston St 8th Fl
San Antonio, TX 78205-2991

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Barbara Fuller
6870 Heuemann Rd., Apt. 7003
San Antonio, TX 78256-9657

Barbara Morales
143 Summertime Drive
San Antonio, TX 78216-3553

Belinda Stanush
321 Blue Bonnet Blvd.
San Antonio, TX 78209-4632

Betty June Krahn
6870 Heuermass Road
San Antonio, TX 78256-9605

Betty N. Nelson
11639-2 Bolero Circle
San Antonio, TX 78230-2890

(p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Bexar County Tax Assessor-Collector
P.O.Box 2903
San Antonio, TX 78299-2903

Bill Kingman
Law Offices of William B. Kingman, PC
3511 Broadway Street
San Antonio, TX 78209-6513

Brady Wise
11902 Rustic Lane
San Antonio, TX 78230-1418

Brenda Nickels Living Trust
Brenda Kay Nickles, Trustee
2606 Indian Ridge Drive
San Antonio, TX 78231-1905

Brenda O'Brien
205 West St.
Bayside, TX 78340

Bruce H. Bengel
5502 Pioneer Creek
San Antonio, TX 78245-9675

Bruce H. and Mary Bengel
c/o David S. Gragg
Langley & Banack, Inc
745 E Mulberry Ave, Suite 700
San Antonio, TX 78212-3172

C. John Muller IV
Ezekiel John Perez
CJ Muller & Associates, PLLC
111 W. Sunset Road
San Antonio, TX 78209-2632

CAP1/NEIMN
P.O. BOX 31293
SALT LAKE CITY, UT 84131-0293

Carol Melott
27933 Bonnn Mountain Street
San Antonio, TX 78260-1407

Carolyn Oglesby
The Legacy at Falcon Point
1520 Katy Gap Rd., Room 208
Katy, TX 77494-7405

Charmaigne Benson
1025 Trail Court
Mandeville, LA 70448-8460

Christine Dailey
c/o William C. Dailey, Jr.
18640 Knollwood Blvd.
Monument, CO 80132-8970

Christine McQueary
13514 Carlton Oaks
San Antonio, TX 78232-4969

Christopher Eardley
11902 Rustic Lane
San Antonio, TX 78230-1418

Christopher Jean-Caude Pettit
Irrevocable Trust
11902 Rustic Lane
San Antonio, TX 78230-1418

Comal County
c/o Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269

Connie F. Gonzales
11200 Perrin Bietel Rd., #123
San Antonio, TX 78217-2543

Counsel Financial
500 Pearl Street
Suite 820
Buffalo, NY 14202-1912

Counsel Financial II LLC
c/o Pulman Cappuccio & Pullen LLP
Attn: Randall A. Pulman
2161 NW Military Hwy., Ste. 400
San Antonio, TX 78213-1844

Craig M. Crockett
The Crockett Firm
5201 Camp Bowie Blvd., Suite 200
Fort Worth, TX 76107-4878

Credit Human-HL
P.O. Box 1356
San Antonio, TX 78295-1356

Dan and Diana Ibarra Mendez
2313 Lockhill Selma Rd.
Suite 253
San Antonio, TX 78230-3007

David Day
2412 SW Loop 410
San Antonio, TX 78227-2543

David Day c/o Carl J. Kolb, P.C.
501 Congres Avenue, Suite 150
P.O. Box 309
Austin, Texas 78767-0309

David N. Deaconson
Pakis, Giotes, Page & Burleson, P.C.
400 Austin Avenue, Suite 400
Waco, TX 76701-2141

David and Helen Landman
1951 Carrizo Gorge Rd.
Jacumba, CA 91934-2142

Deidre Persyn
13980 Tobiano Trail
Helotes, TX 78023-2836

Diane P. Hengst
15611 Thrush Gate Lane
San Antonio, TX 78248-1749

Dr. Robbie W. Henwood
6315 Pickering
San Antonio, TX 78238-2338

Dr. Salvador Ortiz
29719 No Le Hace Drive
Fair Oaks Ranch, TX 78015-4562

Dwight Marshall
P.O. Box 263
Refugio, TX 78377-0263

Eddie and Lou Ann Dreamkowski
427 Scotty
San Antonio, TX 78227-3157

Edie Tyler
1501 Waterloo Trail
Austin, TX 78704-4866

Emily Samuel Special Needs Trust
Emily Samuel
6211 Panorama Vista Drive
Austin, TX 78735-8088

Estrada Factor
11902 Rustic Lane
San Antonio, TX 78230-1418

Eva Corbo
2702 Prague
San Antonio, TX 78230-2879

Felicia C. Morales
4975 View Drive
San Antonio, TX 78228-1731

Frank & Emma Persyn Family Ltd. P.
c/o Leslie Ann Persyn
7607 UTSA Drive
San Antonio, TX 78249-2529

Frank G. Persyn, Jr.
c/o Law Offices of William B. Kingman
3511 Broadway
San Antonio, TX 78209-6513

Frank G.Persyn, Jr.
6106 Ridge Arbor
San Antonio, TX 78250-4029

Frank and Emma Persyn Family
Limited Partnership
c/o Law Offices of William B. Kingman
3511 Broadway
San Antonio, TX 78209-6513

Galen Lee
27933 Bonn Mountain Street
San Antonio, TX 78260-1407

Gary Archer
226 Colwyn Pass
San Antonio, TX 78216-5101

George Pilgrim
Pilgrim Mortgage, LLC
1270 North Loop 1604 East
Suite 1101
San Antonio, TX 78232-1393

Gladys Stein Estate
11902 Rustic Lane
San Antonio, TX 78230-1418

Gordon & Wendy Kuenemann
409 Riviera Dr.
Canyon Lake, Texas 78133-4044

Henry J. Persyn
8788 Reed Road
San Antonio, TX 78251-3316

Henry J. Persyn
c/o Law Offices of William B. Kingman
3511 Broadway
San Antonio, TX 78209-6513

Hughes Estate
11902 Rustic Lane
San Antonio, TX 78230-1418

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

IRM Capital, LLC
1770 W. County Line Rd., Ste. 204
Lakewood, New Jersey 08701-1177

Irma Castiglione and Eddie Molina
417 E. Wright Blvd.
Universal City, TX 78148-4526

Jacqueline Rios
11902 Rustic Lane
San Antonio, TX 78230-1418

Jacquie Brown
7048 Via Blanca
San Jose, CA 95139-1122

James C. Horan
19 Angel Dove Pl.
The Woodlands, TX 77382-2730

James Craig Horan
Gennifer Horan
c/o Jarrod B. Martin
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4496

James Craig Horan & Gennifer Horan
c/o Jarrod B. Martin
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4496

James Maverick McNeel
F. Matthew Flores
Chamberlain, Hrdlicka, White, Williams
112 East Pecan, Suite 1450
San Antonio, TX 78205-1568

James V. Nolte
2048 Martinez Road
Yoakum, TX 77995-6357

James and Adelmire Nolte
2048 Martinez Road
Yoakum, TX 77995-6357

James and Carol Armstrong
6723 Lake Cliff Street
San Antonio, TX 78244-1663

Jamie Spears Montelongo
1907 Town Oak Drive
San Antonio, TX 78232-1545

Jason & Ashley Forsyth
3258 Bending Creek
San Antonio, TX 78261-2581

Jason Forsyth
c/o David A Jones
110 East Houston St 8th Fl
San Antonio, TX 78205-2991

Jason and Ashley Forsyth
3934 Cordoba Creek
San Antonio TX 78259-2476

Jeff Halay
15300 CR 261C
Nathrop, CO 81236-9783

Jeffery B Halay
c/o David A Jones
110 East Houston St 8th Fl
San Antonio, TX 78205-2991

Jeffery B. Halay
2555 16th Street, Unit 111
Denver, CO 80211-3964

Jess Pilgrim and Pam Pilgrim
c/o Dean W. Greer, Attorney
2929 Mossrock, Ste. 204
San Antonio TX 78230-5116

Jessica A. Newill / Carol W. Saxon
Gardner Law
745 E. Mulberry Ave., Suite 500
San Antonio, TX 78212-3154

John R. Lane, Jr. / Matthew J. Countryma
Lane & Countryman
8526 N. New Braunfels Ave.
San Antonio, TX 78217-6304

Joyce E. Locke
c/o Duane J. Brescia
720 Brazos Street, Suite 700
Austin, Texas 78701-2531


Justin Hebert
15315 Gilligan Cour
Winter Park, FL 34787-1781

Karen Hengst May
3429 Estes Park Lane
McKinney, TX 75070-2687

Karen Seifert
15608 Fair Lane
Selma, TX 78154-1872


Kathryn Dailey
c/o William C. Dailey, Jr.
18640 Knollwood Blvd.
Monument, CO 80132-8970

Ken & Shelli Scott
2702 Prague
San Antonio, TX 78230-2879

Ken and Joyce Locke
3303 Sable Creek
San Antonio, TX 78259-2219


Kenneth Scott
2702 Prague
San Antonio, TX 78230-2879

Kenneth W. Paris
11495 FM 443
Shiner, TX 77984-6337

Kiernan McAlpine
Daspit Law Firm
440 Louisiana Street, Suite 1400
Houston, TX 77002-1057


Laura Kubesh
30860 Venturer
Fair Oaks Ranch, TX 78015-4146

Laura Kubesh
c/o Law Offices of William B. Kingman
3511 Broadway
San Antonio, TX 78209-6513

Lawrence Wayne Hengst
210 E. Sonterra Blvd., Apt. 919
San Antonio, TX 78258-3957


Lee Elms
Sarah R. Minter
Elms Macchia, PLLC
2703 Treble Creek
San Antonio, TX 78258

Lee Skinner
2792 W. Peppercorn Circle
Taylorsville, UT 84129-2436

Lee Skinner
c/o David A Jones
110 East Houston St 8th Fl
San Antonio, TX 78205-2991


Lee and Tiffany Skinner
3169 East Walnut Way
Cottonwood Heights UT 84121-4431

Leslie Ann Persyn
c/o Law Offices of William B. Kingman
3511 Broadway
San Antonio, TX 78209-6513

Libertas
382 Greenwich Avenue
Greenwich, CT 06830-6501


Linda Bausch Nickels
P.O. Box 747
McQueeny, TX 78123-0747

Linda Mae Wehmeyer
5708 Goldstone Court
Mustang, Oklahoma 73064-1079

Linda Wetz
173 Laura Drive
Martin, GA 30557-4505


Louise Lacari
11902 Rustic Lane
San Antonio, TX 78230-1418

Luis and Maxine Elizondo
519 Paschal St.
San Antonio, TX 78212-4058

M&M Marble
11902 Rustic Lane
San Antonio, TX 78230-1418


Malcolm R. Gildart Irrevocable Trust
11902 Rustic Lane
San Antonio, TX 78230-1418

Manfred Lee Marshall
4318 Wolf Creek Court
Corpus Christi, TX 78410-5638

Marilee D. Hazel
Hazel Brown Law Firm, PLLC
163 W. Bridge Street
New Braunfels, TX 78130-5013

Mark and Robin Verstuyft
13235 Watson Road
Von Ormy, TX 78073-3116

Marshall Living Trust; R. Molina; M.L. Marsh
D. Marshall, and W. Bongalis
c/o Law Offices of Elizabeth G. Smith
6655 First Park Ten, #240
San Antonio, TX 78213-4304

Martin Seidler
c/o Law Offices of Martin Seidler
One Elm Place, Suite E-504
11107 Wurzbach Road
San Antonio, TX 78230-2581

Mary Jane Staudt
521 Serene Woods Circle
Canyon Lake, TX 78133-3514

Mary Kay Holly
16911 San Pedro
Number 36
San Antonio, TX 78232-2244

Mary L. Skaines
8535 Northview Pass
Fair Oaks Ranch, TX 78015-4924

Michael Archer
226 Colwyn Pass
San Antonio, TX 78216-5101

Michael Archer and Gary Archer
c/o Lisa C. Fancher
Fritz, Byrne, Head & Gilstrap, PLLC
221 West Sixth St., Suite 960
Austin, TX 78701-3444

Michael Halay
15300 CR 261C
Nathrop CO 81236-9783

Michael J. Villa
Villa and White, LLP
1100 N.W. Loop 410, Suite 802
San Antonio, TX 78213-2259

Michael Kotzur
4218 Treehouse Drive
San Antonio, TX 78222-3712

Michael L. Gayler
Law Office of Michael L. Gayler, PLLC
814 Arion Parkway, Suite 301
San Antonio, TX 78216-2837

Michael L. Reed
P.O. Box 8033
Ft. Worth, TX 76124-0033

Michael Morales
10923 West Avenue
San Antonio, TX 78213-1537

Michael Pilgrim
1270 N. Loop 1604 Easst
Ste. 1101
San Antonio, TX 78232-1393

Michael and Paula Kastis
3017 Fall Brook Manor
Bulverde, TX 78163-1882

Mickey Gayler
Law Office of Michael L. Gayler PLLC
1415 Fawn Creek
San Antonio, TX 78248-1568

Monica Castillo
1114 Mesa Blanca
San Antonio, TX 78248-2612

Mr. and Mrs. Robert C. Kintigh
10807 Axis Crossing
San Antonio, TX 78245-3453

Mrs. Theo Pilgrim
796 SH 16 S.
Jourdanton, TX 78026

Ms. Cheryl Dailey
c/o William C. Dailey, Jr.
18640 Knollwood Blvd.
Monument, CO 80132-8970

Ms. Leigh Sibley
8333 Triple Crown
Fair Oaks Ranch, TX 78015-4622

Neiman Marcus
Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Nikels Living Trust
Brenda Kay Nickles, Trustee
P.O. Box 747
McQueeney, TX 78123-0747

Paul Patrick Black Heritage Trust
c/o Michael C. Sanders
Sanders LLP
P.O. Box 27932
Houston, Texas 77227-7932

Pettit Living Trust
11902 Rustic Lane
San Antonio, TX 78230-1418

Pilar Lopez
109 Saltillo
Carrizo Springs, TX 78834-2110

Pilgrim Mortgage
1270 N. Loop 1604 East
Ste. 1101
San Antonio, TX 78232-1393

Pogue & Company dba JLP Builders, Inc.
P.O. Box 312053
New Braunfels, TX 78131-2053

Red Leaf Servicing
aka Source Capital
600 West Broadway, Suite 700
San Diego, CA 92101-3370

Red Rope Limited
11902 Rustic Lane
San Antonio, TX 78230-1418

Rhonda Mylnar
796 S. Highway 16 S.
Jourdanton, TX 78026-5441

Richard Forsyth
3258 Bending Creek
San Antonio, TX 78261-2581

Richard Mylnar and Rhonda Mylnar
c/o Dean W. Greer, Attorney
2929 Mossrock, Ste. 204
San Antonio TX 78230-5116

Richard Warncke
1618 Hillcrest
San Antonio, TX 78228-2932

Richard and Rhonda Mylnar
796 S. Highway 16 S.
Jourdanton, TX 78026-5441

Rick L. Mylnar
796 S. Highway 16 S.
Jourdanton, TX 78026-5441

Robbie and Beverley Henwood
6315 Pickering
San Antonio, TX 78238-2338

Robert Kintigh
10807 Access Crossing
San Antonio, TX 78257

Robert Walsh
The Law Offices of Robert E. Walsh
16601 Blanco Road, Ste. 214
San Antonio, TX 78232-1939

Robert and Tara Jaeckle
1315 Greer Street
San Antonio, TX 78210-5438

Robin and Mark Verstuyft
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 NE Loop 410, Suite 615
San Antonio, TX 78216-4713

Ronald Pilgrim and Jordie Pilgrim
c/o Dean W. Greer, Attorney
2929 Mossrock, Ste. 204
San Antonio TX 78230-5116

Rosalie Ann Molina
364 Big Oak Drive
Adkins, TX 78101-2717

Rosenbusch Farm & Ranch, Inc.
c/o David Rosenbusch
228 Westheim Drive
Castroville, TX 78009-2770

(p)FINANCIAL INSTITUTION LENDING OPTIONS
550 BAY VIEW RD STE A
PO BOX 750
MUKWONAGO WI 53149-0750

SYNCB/PPC
P.O. BOX 530975
ORLANDO, FL 32896-0001

Sallie Mae Waclawczyk
771 Linda Lou Dr.
San Antonio, TX 78223-1257

Salvador Ortiz Irrevocable Trust
29719 No Le Hace Drive
Fair Oaks Ranch, TX 78015-4562

Sam V. Farace, Jr./Camile J. Farace
Farace Living Trust
43 Twynbrige
San Antonio, TX 78259-2378

Sandra Dailey
18640 Knollwood Blvd.
Monument, CO 80132-8970

Scott Bishop
1270 N. Loop 1604 East
Ste. 1101
San Antonio, TX 78232-1393

Sean B. McNelis
McNelis + Associates, PLLC
143 W. Sunset, Suite 200
San Antonio, TX 78209-2668

Shannon Edwards
11902 Rustic Lane
San Antonio, TX 78230-1418

Sharon A. Brimhall
7510 Fair Oaks Parkway
Fair Oaks Ranch, TX 78015-4553

Sharon A. Rakowitz
527 CR 352
Karnes City, TX 78118-6024

Sharon Rakowitz, et al.
c/o Patrick H. Autry
Branscomb PLLC
4630 North Loop 1604 West, suite 206
San Antonio, TX 78249-1374

Sibley Living Trust
c/o Leigh Sibley
8333 Triple Crown
Fair Oaks Ranch, TX 78015-4622

Sin Reposo, LLC
10101 Reunion Pl.
San Antonio, TX 78216-4160

Sin Reposo, LLC
c/o Okin Adams LLP
Attn: C. Adams & E. Clarkson
1113 Vine Street, Suite 240
Houston, TX 77002-1044

Stephen E. Luna
10914 Cedar Elm
San Antonio, TX 78230-4344

Taylor Living Trust
c/o Ronald Taylor
531 County Road 1812
Clifton, TX 76634-3218

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Douglas McDougal Estate and Trust
1304 Rodalyn
Boerne, TX 78006-6129

The Estate of Mary Luna Arratia
11902 Rustic Lane
San Antonio, TX 78230-1418

The Estate of Schaumann
11902 Rustic Lane
San Antonio, TX 78230-1418

The Halay Family Trust
c/o David A Jones
110 East Houston St 8th Fl
San Antonio, TX 78205-2991

Theo Pilgrim
c/o Dean W. Greer, Attorney
2929 Mossrock, Ste. 204
San Antonio TX 78230-5116

Thomas Becker
c/o Caroline Newman Small
Davis & Santos, PLLC
719 S. Flores
San Antonio, Texas 78204-1350

Tiffany & Co.
Fifth Avenue Hotel
200 5th Ave.
New York, NY 10010-3307

Tiffany Skinner
c/o David A Jones
110 East Houston St 8th Fl
San Antonio, TX 78205-2991

Tom Dowling
Dowling Living Trust
4443 Bayliss Street
San Antonio, TX 78233-6914

U.S. Attorney's Office
601 Northwest Loop 410, #600
San Antonio, TX 78216-5512

(p)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

UFS
525 Railway Street
Suite 202
Whitefish, MT 59937-2521

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1601

Valerie C. Morris
17323 Fountain Mist
San Antonio, TX 78248-1930

Wayne & Barbara Benke
6850 Talley Road
San Antonio, TX 78253-4680

Wayne and Barbara Benke
c/o Amanda N. Crouch
Jackson Walker LLP
112 E Pecan St, Suite 2400
San Antonio, TX 78205-1510

Wayne and Barbara Benke
c/o Jennifer F Wertz
Jackson Walker LLP
100 Congress Ave, Suite 1100
Austin, TX 78701-4042

Wayne and Barbara Benke
c/o Julia W. Mann
Jackson Walker LLP
112 E Pecan St, Suite 2400
San Antonio, TX 78205-1510

Wayne and Barbara Benke
c/o Melodee L. Gruber
Gruber Law Firm, PLLC
235 19th St, Suite 102
Hondo, TX 78861-2557

Wayne and Barbara Benke
c/o Scott Rose
Jackson Walker LLP
112 E Pecan St, Suite 2400
San Antonio, TX 78205-1510

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335

Westwood Funding Solutions
4601 Sheridan Street, Suite 501
Hollywood, FL 33021-3435

William C. Dailey, III
2338 Navajo Circle
Bishop, CA 93514-8015

William C. Dailey, Jr.
18640 Knollwood Blvd.
Monument, CO 80132-8970

William Gibbens and Lisa Gibbens
c/o Gerrit Schulze
13750 San Pedro, Suite 810
San Antonio, Texas 78232-4320

Winnie Bongalis
806 Highgate
Universal City, TX 78148-4004

Winter Park National Bank
201 N. New York, Suite 100
Winter Park, FL 32789-3163

Yvonne Gibbens
11902 Rustin Lane
San Antonio, TX 78230-1418

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 East Pecan St, Suite 1616
San Antonio, TX 78205-8902

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205

INTERNAL REVENUE SERVICE
Special Procedures - Insolvency
P.O. BOX 21126
PHILADELPHIA, PA  19114

SST
4315 PICKETT ROAD
P.O. BOX 3999
ST. JOSEPH, MO 64503-0999

Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528

U.S. Bank
P.O. Box 3447
Oshkosh, WI 54903

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Michael Halay
15300 CR 261C
Nathrop, CO 81236-9783

End of Label Matrix
Mailable recipients   213
Bypassed recipients     1
Total                 214