UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-50591-CAG |
| CHRIS PETTIT & ASSOCIATES, P.C. | § | |
| AND CHRISTOPHER JOHN PETTIT, | § | (JOINTLY ADMINISTERED) |
| | § | |
| DEBTORS | § | CHAPTER 11 |
| | § | |

## NOTICE OF HEARING ON CREDITORS' MOTION TO COMPEL DEBTOR TO COMPLY WITH DUTIES IMPOSED BY 11 U.S.C. §521 (ECF #69)

A hearing on Creditors' Motion to Compel Debtor to Comply with Duties Imposed by U.S.C 11 §521 (ECF #69) is set for June 27, 2022 at 10:00 a.m., Hipolito F. Garcia Fed Building & Courthouse, Courtroom No. 3, 5th floor, 615 E. Houston Street, San Antonio, Texas 78205.

Dated: 22 June, 2022.

                                        Respectfully submitted,

                                        LAW OFFICES OF MARTIN SEIDLER
                                        11107 Wurzbach Road #504
                                        San Antonio, Texas 78230
                                        Tel: (210) 694-0300
                                        Fax: (210) 690-9886
                                        Email: marty@seidlerlaw.com

                                        By: /s/ *Marty Seidler*
                                           Martin Seidler, #18000800
                                        ATTORNEY FOR JAMES V. NOLTE, ADILMIRA NOLTE AND NOLTE LIVING TRUST

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served by email and/or first class mail on this 22ND day of June, 2022 to the following and all other parties in interest registered to receive electronic notice of filings in this case via this Court's ECF notification system.

Christopher John Pettit
11 Champions Run
San Antonio, TX 78258

Chris Pettit & Associates, PC
11902 Rustic Lane
San Antonio, TX 78230

Michael G. Colvard
MARTIN & DROUGHT, PC
112 E. Pecan St., Suite 1616
San Antonio, TX 78205

U.S. Trustee
615 E. Houston, Suite 533
San Antonio, TX 78205

　　　　　　　　　　　　　　　　*/s/ Martin Seidler*
　　　　　　　　　　　　　　　　MARTIN SEIDLER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-5<br>Case 22-50591-cag<br>Western District of Texas<br>San Antonio<br>Mon Jun 20 15:05:38 CDT 2022 | Chris Pettit & Associates, P.C.<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 | U.S. BANKRUPTCY COURT<br>615 E. HOUSTON STREET, ROOM 597<br>SAN ANTONIO, TX 78205-2055 |
| Adilmira Nolte<br>2048 Martinez Road<br>Yoakum, TX 77995-6357 | Albert Cardenas Trust<br>c/o Jesus and Elena Cardenas<br>187 Olga, San Antonio, TX 78237 | Alberto Rodriguez<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 |
| Amy Pridgen<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 | Andrea L. Uresti Barr<br>RMO, LLP<br>12 Greenway Plaza #1100<br>Houston, TX 77046-1201 | Angelita Vossler<br>P.O. Box 1248<br>Leaky, TX 78873-1248 |
| Apple Card/GS Bank USA<br>Lockbox 6112<br>P.O. Box 7247<br>Philadelphia, PA 19170-0001 | Arlene Becker<br>504 Schweppe Street<br>Boerne, TX 78006-2939 | Arlene Kreitz Hengst Trust<br>15611 Thrush Gate Lane<br>San Antonio, TX 78248-1749 |
| Ashley Forsyth<br>c/o David A Jones<br>110 East Houston St 8th Fl<br>San Antonio, TX 78205-2991 | Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Barbara Fuller<br>6870 Heuemann Rd., Apt. 7003<br>San Antonio, TX 78256-9657 |
| Barbara Morales<br>143 Summertime Drive<br>San Antonio, TX 78216-3553 | Belinda Stanush<br>321 Blue Bonnet Blvd.<br>San Antonio, TX 78209-4632 | Betty June Krahn<br>6870 Heuermass Road<br>San Antonio, TX 78256-9605 |
| Betty N. Nelson<br>11639-2 Bolero Circle<br>San Antonio, TX 78230-2890 | (p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN DON STECKER<br>112 E PECAN<br>SUITE 2200<br>SAN ANTONIO TX 78205-1588 | Bexar County Tax Assessor-Collector<br>P.O.Box 2903<br>San Antonio, TX 78299-2903 |
| Bill Kingman<br>Law Offices of William B. Kingman, PC<br>3511 Broadway Street<br>San Antonio, TX 78209-6513 | Brady Wise<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 | Brenda Nickels Living Trust<br>Brenda Kay Nickles, Trustee<br>2606 Indian Ridge Drive<br>San Antonio, TX 78231-1905 |
| Brenda O'Brien<br>205 West St.<br>Bayside, TX 78340 | Bruce H. Bengel<br>5502 Pioneer Creek<br>San Antonio, TX 78245-9675 | Bruce H. and Mary Bengel<br>c/o David S. Gragg<br>Langley & Banack, Inc<br>745 E Mulberry Ave, Suite 700<br>San Antonio, TX 78212-3172 |
| C. John Muller IV<br>Ezekiel John Perez<br>CJ Muller & Associates, PLLC<br>111 W. Sunset Road<br>San Antonio, TX 78209-2632 | CAP1/NEIMN<br>P.O. BOX 31293<br>SALT LAKE CITY, UT 84131-0293 | Carol Melott<br>27933 Bonnn Mountain Street<br>San Antonio, TX 78260-1407 |

| | | |
|---|---|---|
| Carolyn Oglesby<br>The Legacy at Falcon Point<br>1520 Katy Gap Rd., Room 208<br>Katy, TX 77494-7405 | Charmaigne Benson<br>1025 Trail Court<br>Mandeville, LA 70448-8460 | Christine Dailey<br>c/o William C. Dailey, Jr.<br>18640 Knollwood Blvd.<br>Monument, CO 80132-8970 |
| Christine McQueary<br>13514 Carlton Oaks<br>San Antonio, TX 78232-4969 | Christopher Eardley<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 | Christopher Jean-Caude Pettit<br>Irrevocable Trust<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 |
| Comal County<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Connie F. Gonzales<br>11200 Perrin Bietel Rd., #123<br>San Antonio, TX 78217-2543 | Counsel Financial<br>500 Pearl Street<br>Suite 820<br>Buffalo, NY 14202-1912 |
| Counsel Financial II LLC<br>c/o Pulman Cappuccio & Pullen LLP<br>Attn: Randall A. Pulman<br>2161 NW Military Hwy., Ste. 400<br>San Antonio, TX 78213-1844 | Craig M. Crockett<br>The Crockett Firm<br>5201 Camp Bowie Blvd., Suite 200<br>Fort Worth, TX 76107-4878 | Credit Human-HL<br>P.O. Box 1356<br>San Antonio, TX 78295-1356 |
| Dan and Diana Ibarra Mendez<br>2313 Lockhill Selma Rd.<br>Suite 253<br>San Antonio, TX 78230-3007 | David Day<br>2412 SW Loop 410<br>San Antonio, TX 78227-2543 | David Day c/o Carl J. Kolb, P.C.<br>501 Congres Avenue, Suite 150<br>P.O. Box 309<br>Austin, Texas 78767-0309 |
| David N. Deaconson<br>Pakis, Giotes, Page & Burleson, P.C.<br>400 Austin Avenue, Suite 400<br>Waco, TX 76701-2141 | David and Helen Landman<br>1951 Carrizo Gorge Rd.<br>Jacumba, CA 91934-2142 | Deidre Persyn<br>13980 Tobiano Trail<br>Helotes, TX 78023-2836 |
| Diane P. Hengst<br>15611 Thrush Gate Lane<br>San Antonio, TX 78248-1749 | Dr. Robbie W. Henwood<br>6315 Pickering<br>San Antonio, TX 78238-2338 | Dr. Salvador Ortiz<br>29719 No Le Hace Drive<br>Fair Oaks Ranch, TX 78015-4562 |
| Dwight Marshall<br>P.O. Box 263<br>Refugio, TX 78377-0263 | Eddie and Lou Ann Dreamkowski<br>427 Scotty<br>San Antonio, TX 78227-3157 | Edie Tyler<br>1501 Waterloo Trail<br>Austin, TX 78704-4866 |
| Emily Samuel Special Needs Trust<br>Emily Samuel<br>6211 Panorama Vista Drive<br>Austin, TX 78735-8088 | Estrada Factor<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 | Eva Corbo<br>2702 Prague<br>San Antonio, TX 78230-2879 |
| Felicia C. Morales<br>4975 View Drive<br>San Antonio, TX 78228-1731 | Frank & Emma Persyn Family Ltd. P.<br>c/o Leslie Ann Persyn<br>7607 UTSA Drive<br>San Antonio, TX 78249-2529 | Frank G. Persyn, Jr.<br>c/o Law Offices of William B. Kingman<br>3511 Broadway<br>San Antonio, TX 78209-6513 |

| | | |
|---|---|---|
| Frank G. Persyn, Jr.<br>6106 Ridge Arbor<br>San Antonio, TX 78250-4029 | Frank and Emma Persyn Family<br>Limited Partnership<br>c/o Law Offices of William B. Kingman<br>3511 Broadway<br>San Antonio, TX 78209-6513 | Galen Lee<br>27933 Bonn Mountain Street<br>San Antonio, TX 78260-1407 |
| Gary Archer<br>226 Colwyn Pass<br>San Antonio, TX 78216-5101 | George Pilgrim<br>Pilgrim Mortgage, LLC<br>1270 North Loop 1604 East<br>Suite 1101<br>San Antonio, TX 78232-1393 | Gladys Stein Estate<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 |
| Gordon & Wendy Kuenemann<br>409 Riviera Dr.<br>Canyon Lake, Texas 78133-4044 | Henry J. Persyn<br>8788 Reed Road<br>San Antonio, TX 78251-3316 | Henry J. Persyn<br>c/o Law Offices of William B. Kingman<br>3511 Broadway<br>San Antonio, TX 78209-6513 |
| Hughes Estate<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRM Capital, LLC<br>1770 W. County Line Rd., Ste. 204<br>Lakewood, New Jersey 08701-1177 |
| Irma Castiglione and Eddie Molina<br>417 E. Wright Blvd.<br>Universal City, TX 78148-4526 | Jacqueline Rios<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 | Jacquie Brown<br>7048 Via Blanca<br>San Jose, CA 95139-1122 |
| James C. Horan<br>19 Angel Dove Pl.<br>The Woodlands, TX 77382-2730 | James Craig Horan<br>Gennifer Horan<br>c/o Jarrod B. Martin<br>Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 | James Craig Horan & Gennifer Horan<br>c/o Jarrod B. Martin<br>Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 |
| James Maverick McNeel<br>F. Matthew Flores<br>Chamberlain, Hrdlicka, White, Williams<br>112 East Pecan, Suite 1450<br>San Antonio, TX 78205-1568 | James V. Nolte<br>2048 Martinez Road<br>Yoakum, TX 77995-6357 | James and Adelmire Nolte<br>2048 Martinez Road<br>Yoakum, TX 77995-6357 |
| James and Carol Armstrong<br>6723 Lake Cliff Street<br>San Antonio, TX 78244-1663 | Jamie Spears Montelongo<br>1907 Town Oak Drive<br>San Antonio, TX 78232-1545 | Jason & Ashley Forsyth<br>3258 Bending Creek<br>San Antonio, TX 78261-2581 |
| Jason Forsyth<br>c/o David A Jones<br>110 East Houston St 8th Fl<br>San Antonio, TX 78205-2991 | Jason and Ashley Forsyth<br>3934 Cordoba Creek<br>San Antonio TX 78259-2476 | Jeff Halay<br>15300 CR 261C<br>Nathrop, CO 81236-9783 |
| Jeffery B Halay<br>c/o David A Jones<br>110 East Houston St 8th Fl<br>San Antonio, TX 78205-2991 | Jeffery B. Halay<br>2555 16th Street, Unit 111<br>Denver, CO 80211-3964 | Jess Pilgrim and Pam Pilgrim<br>c/o Dean W. Greer, Attorney<br>2929 Mossrock, Ste. 204<br>San Antonio TX 78230-5116 |

| | | |
|---|---|---|
| Jessica A. Newill / Carol W. Saxon<br>Gardner Law<br>745 E. Mulberry Ave., Suite 500<br>San Antonio, TX 78212-3154 | John R. Lane, Jr. / Matthew J. Countryma<br>Lane & Countryman<br>8526 N. New Braunfels Ave.<br>San Antonio, TX 78217-6304 | Joyce E. Locke<br>c/o Duane J. Brescia<br>720 Brazos Street, Suite 700<br>Austin, Texas 78701-2531 |
| Justin Hebert<br>15315 Gilligan Cour<br>Winter Park, FL 34787-1781 | Karen Hengst May<br>3429 Estes Park Lane<br>McKinney, TX 75070-2687 | Karen Seifert<br>15608 Fair Lane<br>Selma, TX 78154-1872 |
| Kathryn Dailey<br>c/o William C. Dailey, Jr.<br>18640 Knollwood Blvd.<br>Monument, CO 80132-8970 | Ken & Shelli Scott<br>2702 Prague<br>San Antonio, TX 78230-2879 | Ken and Joyce Locke<br>3303 Sable Creek<br>San Antonio, TX 78259-2219 |
| Kenneth Scott<br>2702 Prague<br>San Antonio, TX 78230-2879 | Kenneth W. Paris<br>11495 FM 443<br>Shiner, TX 77984-6337 | Kiernan McAlpine<br>Daspit Law Firm<br>440 Louisiana Street, Suite 1400<br>Houston, TX 77002-1057 |
| Laura Kubesh<br>30860 Venturer<br>Fair Oaks Ranch, TX 78015-4146 | Laura Kubesh<br>c/o Law Offices of William B. Kingman<br>3511 Broadway<br>San Antonio, TX 78209-6513 | Lawrence Wayne Hengst<br>210 E. Sonterra Blvd., Apt. 919<br>San Antonio, TX 78258-3957 |
| Lee Elms<br>Sarah R. Minter<br>Elms Macchia, PLLC<br>2703 Treble Creek<br>San Antonio, TX 78258 | Lee Skinner<br>2792 W. Peppercorn Circle<br>Taylorsville, UT 84129-2436 | Lee Skinner<br>c/o David A Jones<br>110 East Houston St 8th Fl<br>San Antonio, TX 78205-2991 |
| Lee and Tiffany Skinner<br>3169 East Walnut Way<br>Cottonwood Heights UT 84121-4431 | Leslie Ann Persyn<br>c/o Law Offices of William B. Kingman<br>3511 Broadway<br>San Antonio, TX 78209-6513 | Libertas<br>382 Greenwich Avenue<br>Greenwich, CT 06830-6501 |
| Linda Bausch Nickels<br>P.O. Box 747<br>McQueeny, TX 78123-0747 | Linda Mae Wehmeyer<br>5708 Goldstone Court<br>Mustang, Oklahoma 73064-1079 | Linda Wetz<br>173 Laura Drive<br>Martin, GA 30557-4505 |
| Louise Lacari<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 | Luis and Maxine Elizondo<br>519 Paschal St.<br>San Antonio, TX 78212-4058 | M&M Marble<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 |
| Malcolm R. Gildart Irrevocable Trust<br>11902 Rustic Lane<br>San Antonio, TX 78230-1418 | Manfred Lee Marshall<br>4318 Wolf Creek Court<br>Corpus Christi, TX 78410-5638 | Marilee D. Hazel<br>Hazel Brown Law Firm, PLLC<br>163 W. Bridge Street<br>New Braunfels, TX 78130-5013 |

Mark and Robin Verstuyft
13235 Watson Road
Von Ormy, TX 78073-3116

Marshall Living Trust; R. Molina; M.L. Marsh
D. Marshall, and W. Bongalis
c/o Law Offices of Elizabeth G. Smith
6655 First Park Ten, #240
San Antonio, TX 78213-4304

Martin Seidler
c/o Law Offices of Martin Seidler
One Elm Place, Suite E-504
11107 Wurzbach Road
San Antonio, TX 78230-2581

Mary Jane Staudt
521 Serene Woods Circle
Canyon Lake, TX 78133-3514

Mary Kay Holly
16911 San Pedro
Number 36
San Antonio, TX 78232-2244

Mary L. Skaines
8535 Northview Pass
Fair Oaks Ranch, TX 78015-4924

Michael Archer
226 Colwyn Pass
San Antonio, TX 78216-5101

Michael Archer and Gary Archer
c/o Lisa C. Fancher
Fritz, Byrne, Head & Gilstrap, PLLC
221 West Sixth St., Suite 960
Austin, TX 78701-3444

Michael Halay
15300 CR 261C
Nathrop CO 81236-9783

Michael J. Villa
Villa and White, LLP
1100 N.W. Loop 410, Suite 802
San Antonio, TX 78213-2259

Michael Kotzur
4218 Treehouse Drive
San Antonio, TX 78222-3712

Michael L. Gayler
Law Office of Michael L. Gayler, PLLC
814 Arion Parkway, Suite 301
San Antonio, TX 78216-2837

Michael L. Reed
P.O. Box 8033
Ft. Worth, TX 76124-0033

Michael Morales
10923 West Avenue
San Antonio, TX 78213-1537

Michael Pilgrim
1270 N. Loop 1604 Easst
Ste. 1101
San Antonio, TX 78232-1393

Michael and Paula Kastis
3017 Fall Brook Manor
Bulverde, TX 78163-1882

Mickey Gayler
Law Office of Michael L. Gayler PLLC
1415 Fawn Creek
San Antonio, TX 78248-1568

Monica Castillo
1114 Mesa Blanca
San Antonio, TX 78248-2612

Mr. and Mrs. Robert C. Kintigh
10807 Axis Crossing
San Antonio, TX 78245-3453

Mrs. Theo Pilgrim
796 SH 16 S.
Jourdanton, TX 78026

Ms. Cheryl Dailey
c/o William C. Dailey, Jr.
18640 Knollwood Blvd.
Monument, CO 80132-8970

Ms. Leigh Sibley
8333 Triple Crown
Fair Oaks Ranch, TX 78015-4622

Neiman Marcus
Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Nikels Living Trust
Brenda Kay Nickles, Trustee
P.O. Box 747
McQueeney, TX 78123-0747

Paul Patrick Black Heritage Trust
c/o Michael C. Sanders
Sanders LLP
P.O. Box 27932
Houston, Texas 77227-7932

Pettit Living Trust
11902 Rustic Lane
San Antonio, TX 78230-1418

Pilar Lopez
109 Saltillo
Carrizo Springs, TX 78834-2110

Pilgrim Mortgage
1270 N. Loop 1604 East
Ste. 1101
San Antonio, TX 78232-1393

Pogue & Company dba JLP Builders, Inc.
P.O. Box 312053
New Braunfels, TX 78131-2053

Red Leaf Servicing
aka Source Capital
600 West Broadway, Suite 700
San Diego, CA 92101-3370

Red Rope Limited
11902 Rustic Lane
San Antonio, TX 78230-1418

Rhonda Mylnar
796 S. Highway 16 S.
Jourdanton, TX 78026-5441

Richard Forsyth
3258 Bending Creek
San Antonio, TX 78261-2581

Richard Mylnar and Rhonda Mylnar
c/o Dean W. Greer, Attorney
2929 Mossrock, Ste. 204
San Antonio TX 78230-5116

Richard Warncke
1618 Hillcrest
San Antonio, TX 78228-2932

Richard and Rhonda Mylnar
796 S. Highway 16 S.
Jourdanton, TX 78026-5441

Rick L. Mylnar
796 S. Highway 16 S.
Jourdanton, TX 78026-5441

Robbie and Beverley Henwood
6315 Pickering
San Antonio, TX 78238-2338

Robert Kintigh
10807 Access Crossing
San Antonio, TX 78257

Robert Walsh
The Law Offices of Robert E. Walsh
16601 Blanco Road, Ste. 214
San Antonio, TX 78232-1939

Robert and Tara Jaeckle
1315 Greer Street
San Antonio, TX 78210-5438

Robin and Mark Verstuyft
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 NE Loop 410, Suite 615
San Antonio, TX 78216-4713

Ronald Pilgrim and Jordie Pilgrim
c/o Dean W. Greer, Attorney
2929 Mossrock, Ste. 204
San Antonio TX 78230-5116

Rosalie Ann Molina
364 Big Oak Drive
Adkins, TX 78101-2717

Rosenbusch Farm & Ranch, Inc.
c/o David Rosenbusch
228 Westheim Drive
Castroville, TX 78009-2770

(p)FINANCIAL INSTITUTION LENDING OPTIONS
550 BAY VIEW RD STE A
PO BOX 750
MUKWONAGO WI 53149-0750

SYNCB/PPC
P.O. BOX 530975
ORLANDO, FL 32896-0001

Sallie Mae Waclawczyk
771 Linda Lou Dr.
San Antonio, TX 78223-1257

Salvador Ortiz Irrevocable Trust
29719 No Le Hace Drive
Fair Oaks Ranch, TX 78015-4562

Sam V. Farace, Jr./Camile J. Farace
Farace Living Trust
43 Twynbrige
San Antonio, TX 78259-2378

Sandra Dailey
18640 Knollwood Blvd.
Monument, CO 80132-8970

Scott Bishop
1270 N. Loop 1604 East
Ste. 1101
San Antonio, TX 78232-1393

Sean B. McNelis
McNelis + Associates, PLLC
143 W. Sunset, Suite 200
San Antonio, TX 78209-2668

Shannon Edwards
11902 Rustic Lane
San Antonio, TX 78230-1418

Sharon A. Brimhall
7510 Fair Oaks Parkway
Fair Oaks Ranch, TX 78015-4553

Sharon A. Rakowitz
527 CR 352
Karnes City, TX 78118-6024

Sharon Rakowitz, et al.
c/o Patrick H. Autry
Branscomb PLLC
4630 North Loop 1604 West, suite 206
San Antonio, TX 78249-1374

Sibley Living Trust
c/o Leigh Sibley
8333 Triple Crown
Fair Oaks Ranch, TX 78015-4622

Sin Reposo, LLC
10101 Reunion Pl.
San Antonio, TX 78216-4160

Sin Reposo, LLC
c/o Okin Adams LLP
Attn: C. Adams & E. Clarkson
1113 Vine Street, Suite 240
Houston, TX 77002-1044

Stephen E. Luna
10914 Cedar Elm
San Antonio, TX 78230-4344

Taylor Living Trust
c/o Ronald Taylor
531 County Road 1812
Clifton, TX 76634-3218

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

The Douglas McDougal Estate and Trust
1304 Rodalyn
Boerne, TX 78006-6129

The Estate of Mary Luna Arratia
11902 Rustic Lane
San Antonio, TX 78230-1418

The Estate of Schaumann
11902 Rustic Lane
San Antonio, TX 78230-1418

The Halay Family Trust
c/o David A Jones
110 East Houston St 8th Fl
San Antonio, TX 78205-2991

Theo Pilgrim
c/o Dean W. Greer, Attorney
2929 Mossrock, Ste. 204
San Antonio TX 78230-5116

Thomas Becker
c/o Caroline Newman Small
Davis & Santos, PLLC
719 S. Flores
San Antonio, Texas 78204-1350

Tiffany & Co.
Fifth Avenue Hotel
200 5th Ave.
New York, NY 10010-3307

Tiffany Skinner
c/o David A Jones
110 East Houston St 8th Fl
San Antonio, TX 78205-2991

Tom Dowling
Dowling Living Trust
4443 Bayliss Street
San Antonio, TX 78233-6914

U.S. Attorney's Office
601 Northwest Loop 410, #600
San Antonio, TX 78216-5512

(p)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

UFS
525 Railway Street
Suite 202
Whitefish, MT 59937-2521

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1601

Valerie C. Morris
17323 Fountain Mist
San Antonio, TX 78248-1930

Wayne & Barbara Benke
6850 Talley Road
San Antonio, TX 78253-4680

Wayne and Barbara Benke
c/o Amanda N. Crouch
Jackson Walker LLP
112 E Pecan St, Suite 2400
San Antonio, TX 78205-1510

Wayne and Barbara Benke
c/o Jennifer F Wertz
Jackson Walker LLP
100 Congress Ave, Suite 1100
Austin, TX 78701-4042

Wayne and Barbara Benke
c/o Julia W. Mann
Jackson Walker LLP
112 E Pecan St, Suite 2400
San Antonio, TX 78205-1510

Wayne and Barbara Benke
c/o Melodee L. Gruber
Gruber Law Firm, PLLC
235 19th St, Suite 102
Hondo, TX 78861-2557

Wayne and Barbara Benke
c/o Scott Rose
Jackson Walker LLP
112 E Pecan St, Suite 2400
San Antonio, TX 78205-1510

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306-0335

Westwood Funding Solutions
4601 Sheridan Street, Suite 501
Hollywood, FL 33021-3435

William C. Dailey, III
2338 Navajo Circle
Bishop, CA 93514-8015

William C. Dailey, Jr.
18640 Knollwood Blvd.
Monument, CO 80132-8970

William Gibbens and Lisa Gibbens
c/o Gerrit Schulze
13750 San Pedro, Suite 810
San Antonio, Texas 78232-4320

Winnie Bongalis
806 Highgate
Universal City, TX 78148-4004

Winter Park National Bank
201 N. New York, Suite 100
Winter Park, FL 32789-3163

Yvonne Gibbens
11902 Rustin Lane
San Antonio, TX 78230-1418

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209-6513

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 East Pecan St, Suite 1616
San Antonio, TX 78205-8902

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bexar County
c/o Don Stecker
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

INTERNAL REVENUE SERVICE
Special Procedures - Insolvency
P.O. BOX 21126
PHILADELPHIA, PA 19114

SST
4315 PICKETT ROAD
P.O. BOX 3999
ST. JOSEPH, MO 64503-0999

Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528

U.S. Bank
P.O. Box 3447
Oshkosh, WI 54903

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Michael Halay
15300 CR 261C
Nathrop, CO 81236-9783

End of Label Matrix
Mailable recipients    213
Bypassed recipients      1
Total                  214