# RESOLUTION
## OF CHRIS PETTIT & ASSOCIATES, P.C.

WHEREAS on the 1st day of June, 2022 came on for consideration under the ordinary course of business consideration of the filing of a bankruptcy petition on behalf of Chris Pettit & Associates, P.C. filed under Chapter 11, Title 11 U.S.C. United States Bankruptcy Code within the Western District of Texas, San Antonio Division. That following due consideration it was. . .

RESOLVED that Chris Pettit & Associates, P.C. shall proceed with the retention of Martin & Drought, P.C. to file its Chapter 11 Bankruptcy Petition before the United States Bankruptcy Court, Western District of Texas. It is. . .

FURTHER RESOLVED that Christopher John Pettit is hereby authorized to take any action necessary of the preparation and filing of a Chapter 11 Petition on behalf of Chris Pettit & Associates, P.C., and, is authorized to appear at any required meetings/hearings and otherwise be responsive to Chapter 11 Trustee on behalf of Chris Pettit & Associates, P.C.

To certify which, witness my hand as of the 17th day of June, 2022.

CHRIS PETTIT & ASSOCIATES, P.C.

_____
Christopher John Pettit, President

STATE OF FLORIDA §
 §
COUNTY OF ORANGE §

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this 17TH day of June, 2022.



_____
Notary Public, State of Florida
PRISCILA N. LAPUENTE

Notary Public State of Florida
Priscila N Lapuente
My Commission GG 965248
Expires 03/03/2024

Resolution - Page 1