## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHRIS PETTIT & ASSOCIATES, P.C. | § | CASE No. 22-50591-CAG |
| | § | |
| CHRISTOPHER JOHN PETTIT | § | CASE No. 22-50592-CAG |
| | § | |
| Jointly Administered Debtors[1] | § | CHAPTER 11 PROCEEDINGS |
| | § | (Jointly Administered Under |
| | § | Case No. 22-50591-CAG) |

## GLOBAL NOTES, METHODOLOGY, & SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS & LIABILITIES & STATEMENT OF FINANCIAL AFFAIRS

### A. Introduction

Chris Pettit & Associates PC (the "*Debtor*" or "Pettit Firm") with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "*Schedules*") and Statement of Financial Affairs (the "*SOFA*," and together with the Schedules, the "*Schedules and SOFA*") with the United States Bankruptcy Court for the Western District of Texas (San Antonio) (the "*Bankruptcy Court*"), under § 521 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

These *Global Notes, Methodology, & Specific Disclosures Regarding the Debtor's Schedules of Assets & Liabilities & Statement of Financial Affairs* (the "*Notes*") pertain to, are incorporated by reference in, and compose an integral part of the Schedules and SOFA. The Notes should be referred to and considered in connection with any review of the Schedules and SOFA.

The Schedules and SOFA do not represent financial statements prepared according to Generally Accepted Accounting Principles in the United States ("*GAAP*"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's Social Security Number or Federal Tax Identification Number, as applicable, are: Chris Pettit & Associates, P.C. (1267), and Christopher John Pettit (9429).  The Debtors' mailing address is 11 Champions Run, San Antonio, TX 78258.

In preparing the Schedules and SOFA, the Debtor relied on information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and SOFA.

The Debtor has utilized best efforts to assess and report the information contained in the Schedules and SOFA but cannot guarantee or warrant the accuracy or completeness of the data provided in the Schedules and SOFA. While the Debtor will attempt to update, modify, revise, or recategorize the information provided in the Schedules and SOFA, and to notify any third party should the information be updated, modified, revised, or recategorized. Debtor's access to information and resources to complete updates and changes is limited. The Debtor, on behalf of itself, its officers, agents, and advisors reserves all rights.

The Schedules and SOFA have been signed by an authorized agent of the Pettit Firm signing the Schedules and SOFA, relying on the efforts, statements, and representations of the Debtor's other agents and professionals. Mr. Pettit has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning creditors' addresses, amounts owed to creditors, and classification of such amounts. Eric Terry has been appointed as Trustee ("Trustee") in this case on June 22, 2022, and has assumed control over all assets of the Pettit Firm including all books and records and computer information. While Terry is making certain information available to Pettit to prepare the Schedules, Pettit does not have complete access or necessary resources to make a complete and thorough review of all books and records to confirm for completeness of the required information or total accuracy of information described herein.

## B. General Notes & Overview of Methodology

1. **Reservation of Rights**. The Debtor made reasonable efforts to prepare and file complete and accurate Schedules and SOFA. Nevertheless, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and SOFA to the extent of Debtor's limited capacity and ability to do so, from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the rights to: amend the Schedules and SOFA with respect to any claim ("*Claim*") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFA as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. No failure to designate a Claim in the Schedules and SOFA as "disputed," "contingent," or "unliquidated" shall constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor. Nothing contained in the Schedules and SOFA constitutes a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, or causes of action arising under the provisions of

chapter 5 of the Bankruptcy Code or any other laws regarding recovery of assets or avoidance of transfers. No specific reservation of rights contained elsewhere in the Notes limits the general reservation of rights contained in this paragraph.

The listing in the Schedules or SOFA by the Debtor of any obligation of the Debtor reflects what appears available in limited access to the Debtor's books and records and is not an admission or conclusion by the Debtor regarding whether such amount should or would be allowed as a Claim or how such obligations may be classified or characterized in a plan of reorganization or by the Bankruptcy Court.

Debtor continues to assemble claim information and acknowledges that the listing of claims is incomplete. Debtor is attempting to work with Trustee to assemble all claim information - but because Debtor maintained four different offices with no one system reflecting claims or potential claims, and since there may be a variety of different claims ranging from general creditors, to clients, to providers and to "trust" clients claims, a complete listing cannot be provided at this time, while further efforts to complete all "client lists" is being made.

2. **Description of Case**. On October 1, 2021 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, electing to proceed under chapter 11. The Debtor continued to manage its financial affairs as debtor in possession under Bankruptcy Code § 1184 until Trustee's appointment.

3. **Net Book Value of Assets**. Debtor's principle assets consisting of cash deposits, receivables and claims against various parties is not ready subject to a fair market value interpretation. Debtor has used best efforts to set forth such values which may vary considerably from actual values.

4. **Recharacterization**. Despite the Debtor's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, and other items reported in the Schedules and SOFA, the Debtor may have improperly characterized, classified, categorized, designated, or omitted certain items. The Debtor accordingly reserves its rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and SOFA as necessary or appropriate, as additional information becomes available.

5. **Excluded Assets & Liabilities**. The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code § 503(b)(9). Accordingly, the Debtor reserves its rights to dispute or challenge the validity of any such Claims or any characterization of the structure

of any such transaction or any document or instrument related to any Claim. As mentioned above, Debtor is attempting to work with the Trustee to assemble "claim" information, and will attempt to supplement once additional information is available.

The Debtor has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and SOFA, including, without limitation, deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

6. **Insiders**. Solely for purposes of the Schedules and SOFA, the Debtor defines "insiders" to include the following: (a) manager; (b) equity holders holding more than 10% of the equity of the Debtor entity; (d) the Debtor's affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor). Entities have been listed as "insiders" for informational purposes only and their inclusion is not an admission that any such entity is an insider for purposes of Bankruptcy Code § 101(31).

7. **Intellectual Property Rights**. The exclusion of any intellectual property right does not constitute an admission that such intellectual property right has been abandoned, terminated, assigned, expired by its terms, or otherwise transferred under a sale, acquisition, or other transaction. Conversely, inclusion of any intellectual property right does not constitute an admission that such intellectual property right has not been abandoned, terminated, assigned, expired by its terms, or otherwise transferred under a sale, acquisition, or other transaction.

8. **Executory Contracts & Unexpired Leases**. The Debtor made diligent attempts to include all of its executory contracts and unexpired lease obligations on Schedule G. Nevertheless, the Debtor may have inadvertently failed to list them all. Nothing in the Schedules or SOFA is an admission or determination as to the legal status of any executory contract or lease, including whether a lease is a true lease or a financing arrangement. Nor does any such listing of executory contracts and unexpired leases reflect the Debtor's determination of whether to assume and assign or to reject such contract or lease.

9. **Materialman's & Mechanic's Liens**. The assets listed in the Schedules and SOFA are presented without consideration of any materialman's and mechanic's liens that may exist.

10. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claims or contracts or leases, or to effect setoffs against such Claims.

11. **Claims Description**. Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," and "unliquidated." Any failure to designate a Claim on a Debtor's Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

12. **Causes of Action**. Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and SOFA, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other laws regarding recovery of assets or avoidance of transfers. The Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment, and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or under any other theory of law (collectively, "*Causes of Action*") the Debtor may have, and neither these Notes nor the Schedules and SOFA may be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

13. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

   **a.** *Undetermined Amounts*. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect the materiality of such amount.

   **b.** *Totals*. All totals included in the Schedules and SOFA represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may differ from the listed total.

   **c.** *Liens*. Property and equipment listed in the Schedules and SOFA are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Estimates & Assumptions**. Because of the timing of the filing, Debtor was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts may materially differ from those estimates.

15. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16. **Setoffs**. The Debtor incurs certain offsets and other similar rights. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtor and its suppliers and customers. These offsets and other similar rights are consistent with the ordinary course of business and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Schedules and SOFA.

17. **Notes Control**. If the Schedules and SOFA differ from the Notes, the Notes control.

## C. Specific Disclosures with Respect to the Schedules

1. **Creditor Addresses**. Creditor addresses not listed in the Debtor's schedules may be in the official creditor matrix filed with the Court. Debtor continues to review records in search of creditor addresses.

2. **Schedule A/B 7:** Dollar amounts are presented net of accumulated depreciation and other adjustments.

3. **Schedule A/B 9: Real Property.** The Debtor has listed no real property owned by Debtor in Schedule A/B. All real property occupied by Debtor was "leased."

## D. Specific Disclosures with Respect to the SOFA

1. **SOFA #1: Income.** Debtors have listed gross revenue based upon filed tax returns for 2020. The 2021 tax returns have not been filed and an extension of time to file tax return has been submitted, consequently the information shown for 2021 represents an estimate of gross revenue and may be inconsistent with the amount reflected within the filed tax return. The current 2022 to date of filing gross revenue information was taken from deposits made into Debtor's bank accounts for January – May 31, 2022, which may include funds that do not constitute Debtor's actual income.

2. **SOFA #4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**. Debtor is attempting to identify all transfers made within 1 year – but has limited access to required information. Debtor has attempted to list all transfers made prior to the Petition Date. Debtor will disclose upon determination any undisclosed transfer has occurred once information is available.

| **Fill in this information to identify the case** |
|---|

Debtor name      **Chris Pettit & Associates, P.C.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    **22-50591**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

     ☐ No.  Go to Part 2.
     ☑ Yes.  Fill in the information below.

       **All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Checking account - Wells Fargo - TX IOLTA Account | Checking account | 9  7  2  0 | $4,333.87 |
| 3.2. | Checking account - Wells Fargo | Checking account | 9  7  4  6 | $198.67 |
| 3.3. | Checking account - Wells Fargo - NM IOLTA Account | Checking account | 9  1  7  4 | ($639.52) |

4. **Other cash equivalents**     *(Identify all)*

     Name of institution (bank or brokerage firm)

5. **Total of Part 1**
     Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.      | $3,893.02 |

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

     ☑ No.  Go to Part 3.
     ☐ Yes.  Fill in the information below.

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.      **$0.00**

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐  No.  Go to Part 4.
☑  Yes.  Fill in the information below.

**Current value of debtor's interest**

11.  **Accounts receivable**

11a.  90 days old or less:    **$1.00**  –   **$0.00**  = ............➔   **$1.00**
               face amount        doubtful or uncollectible accounts

11b.  Over 90 days old:    **$1.00**  –   **$0.00**  = ............➔   **$1.00**
               face amount        doubtful or uncollectible accounts

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$2.00**

## Part 4:  Investments

13.  **Does the debtor own any investments?**

☑  No.  Go to Part 5.
☐  Yes.  Fill in the information below.

**Valuation method used for current value**     **Current value of debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:            % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17.  **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.      **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑  No.  Go to Part 6.
☐  Yes.  Fill in the information below.

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No.  Go to Part 8.
☑  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| Debtor leases all offices and equipment from Chris Pettit | **$0.00** | FMV | **Unknown** |
| **40.   Office fixtures** | | | |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.   Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.   Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$0.00** |
|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☑  No
☐  Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑  No
☐  Yes

## Part 8:   Machinery, equipment, and vehicles

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.   Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| **$0.00** |
|---|

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☐  No
☐  Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐  No
☐  Yes

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **13111 Huebner Road, San Antonio, TX 78230** | **Lease** | | | **Unknown** |
| 55.2. **11902 Rustic Lane, San Antonio, TX** | **Lease** | | | **Unknown** |
| 55.3. **11923 Rustic Lane, San Antonio, TX** | **Lease** | | | **Unknown** |
| 55.4. **4118 Honecomb, San Antonio, TX** | **Lease** | | | **Unknown** |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

**$0.00**

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

Schedule A/B: Assets -- Real and Personal Property

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |
|---|---|---|---|---|
| | Name | | | |

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Flatbay Capital - Amount Requested- Unknown**                                    **Unknown**

| Nature of claim | **Fraud, breach of contract** |
| Amount requested | **$0.00** |

**Robert Walsh - Amount Requested - Unknown**                                    **Unknown**

| Nature of claim | **Removal of files, fraud, defamation** |
| Amount requested | |

**Shayla San Miguel Astin - Amount Requested - Unknown**                                    **Unknown**

| Nature of claim | **Removal of files, fraud, defamation** |
| Amount requested | |

**Paul and Wendy Black - Amount Requested - Unknown**                                    **Unknown**

| Nature of claim | **Recovery of advances/liens** |
| Amount requested | |

**Paul Patrick Black Heritage Trust - Amount Requested - Unknown**                                    **Unknown**

| Nature of claim | **Recovery of advances/liens** |
| Amount requested | |

**Black Oil Trust - Amount Requested - Unknown**                                    **Unknown**

| Nature of claim | **Recovery of advances/liens** |
| Amount requested | |

**Stephanie Walsh - Amount Requested - Unknown**                                    **Unknown**

| Nature of claim | **Removal of files/defamation** |
| Amount requested | |

Debtor      **Chris Pettit & Associates, P.C.**                                    Case number (if known) __22-50591__
       Name

**Brandan Walsh - Amount Requested - Unknown**                                                 **Unknown**

Nature of claim          **Removal of files/defamation**

Amount requested


**Dr. Salvador Ortiz**                                                                        **$13,800,000.00**

Nature of claim          **Recovery of transfer**

Amount requested        **$13,800,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Debtor owns various/numerous case and client files which were in different stages of completion - including new service, cases prior to litigation and cases in settlement - with unknown value**                                                                                  **$1.00**

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                                   **$13,800,001.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$3,893.02** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$2.00** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| **88. Real property.** *Copy line 56, Part 9.*........................................➤ | | **$0.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | + **$13,800,001.00** | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | **$13,803,896.02** | + 91b. **$0.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.......................................................................... **$13,803,896.02**

| Fill in this information to identify the case: |
|---|

| Debtor name | **Chris Pettit & Associates, P.C.** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-50591** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br>**Counsel Financial** | Describe debtor's property that is subject to a lien<br>**lien on receivables/recoveries in litigation recov** | **$4,000,000.00** | **$1.00** |
| Creditor's mailing address<br>**c/o Randall A. Pulman** | | | |
| **Pulman, Cappuccio & Pullen, LLP** | Describe the lien<br>**Agreement** | | |
| **2161 NW Military Highway, Ste. 400** | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| **San Antonio      TX    78213** | | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred   **11/18/2020** | | | |
| Last 4 digits of account number      __ __ __ __ | As of the petition filing date, the claim is:<br>Check all that apply. | | |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                   **$4,000,000.00**

| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Chris Pettit & Associates, P.C.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-50591** |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.    Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

  ☐ No.  Go to Part 2.
  ☑ Yes.  Go to line 2.

2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

**2.1**  Priority creditor's name and mailing address

**Bexar County Tax Assessor-Collector**

**P.O.Box 2903**

**San Antonio**        **TX**      **78299-2903**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

|  | | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

**2.2**  Priority creditor's name and mailing address

**INTERNAL REVENUE SERVICE**

**Special Procedures - Insolvency**

**P. O. BOX 21126**

**PHILADELPHIA**        **PA**      **19114**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice Only**

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

### 2.3   Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**P.O. Box 13528**

**Austin                     TX       78711-3528**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **Unknown**     Priority amount: **Unknown**

### 2.4   Priority creditor's name and mailing address

**U.S. Attorney's Office**

**601 Northwest Loop 410, #600**

**San Antonio              TX      78216**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( _____ )  **Administrative Prior**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Notice Only**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$0.00**     Priority amount: **$0.00**

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |
|---|---|---|---|---|

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

**1st Choice Treatment Clinic**

**6300 Gateway E.**

**El Paso**                      **TX**      **79905**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**MEDICAL PROVIDER**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$42,967.00**

---

**3.2** | **Nonpriority creditor's name and mailing address**

**A New You**

**154 N. Festival Drive, Villa F**

**El Paso**                      **TX**      **79912**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**MEDICAL PROVIDER**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,700.00**

---

**3.3** | **Nonpriority creditor's name and mailing address**

**ACHE Institute of Laredo**

**8511 MacPherson**

**Laredo**                      **TX**      **78045**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**MEDICAL PROVIDER**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,360.00**

---

**3.4** | **Nonpriority creditor's name and mailing address**

**Advanced Injury and Rehab**

**7127 Somerset Road**

**Suite 101**

**San Antonio**                      **TX**      **78211**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**MEDICAL PROVIDER**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,150.00**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

**Part 2:**  **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5**  Nonpriority creditor's name and mailing address

**Albert Cardenas Trust**

**c/o Jesus and Elena Cardenas**

**187 Olga, San Antonio, TX 78237**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.6**  Nonpriority creditor's name and mailing address

**Alberto Rodriguez**

**11902 Rustic Lane**

**San Antonio**          **TX      78230**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$1,243,949.58**

---

**3.7**  Nonpriority creditor's name and mailing address

**Alek Alvarado**

**14060 Volcanic Rock**

**El Paso**          **TX      79938**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PI Client**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.8**  Nonpriority creditor's name and mailing address

**Alfredo Prieto**

**3705 Santa Rita**

**Laredo**          **TX      78041**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PI Client**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**  Nonpriority creditor's name and mailing address

American Health Imaging

8627 Cinnamon Creek

Building 2

San Antonio                    TX        78240

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
MEDICAL PROVIDER

Is the claim subject to offset?
☑ No
☐ Yes

**$800.00**

---

**3.10**  Nonpriority creditor's name and mailing address

American Medical Response AMBU-AMR

P.O. Box 56141

Los Angeles                    CA        90074-6141

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
MEDICAL PROVIDER

Is the claim subject to offset?
☑ No
☐ Yes

**$892.50**

---

**3.11**  Nonpriority creditor's name and mailing address

Amy Pridgen

11902 Rustic Lane

San Antonio                    TX        78230

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.12**  Nonpriority creditor's name and mailing address

Andres Ramirez

9734 Lindrith

Helotes                    TX        78023

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
PI Client

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

<table>
<tr><td>**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Angel Flores**

**1657 Dick Ritter**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **El Paso** | **TX** | **79936** | **PI Client** |

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Angel Gonzalez**

**9947 Kelton**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **San Antonio** | **TX** | **78250** | **PI Client** |

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Angelita Vossler**

**2222 Saxon**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77018** | **ACCOUNT BALANCE** |

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Arlene Becker**

**504 Schweppe Street**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Boerne** | **TX** | **78006** | **ACCOUNT BALANCE** |

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
| --- | --- | --- | --- |

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Arlene Kreitz Hengst Trust**

**15611 Thrush Gate Lane**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **San Antonio** | **TX** | **78248** |

Basis for the claim:

**ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Armando Gonzalez**

**2302 Zaragoza St.**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Laredo** | **TX** | **78040** |

Basis for the claim:

**PI Client**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249.00** |

**ASP Cares Pharmacy**

**201 E. Jackson Ave.**

**Suite B**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Harlingen** | **TX** | **78550** |

Basis for the claim:

**MEDICAL PROVIDER**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Augustine Farias**

**12930 Park Crossing Dr.**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **San Antonio** | **TX** | **78217** |

Basis for the claim:

**ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22,797.00** |

**Bank of America**

**P.O. Box 982238**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **El Paso** | **TX** | **79998** |

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred   **12/04/1996**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **x   x   x   x**

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,120.00** |

**Baptist Hospital**

**806 Cupples**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **San Antonio** | **TX** | **78237** |

**Basis for the claim:**
**MEDICAL PROVIDER**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |

**Barbara Fuller**

**6870 Heuemann Rd., Apt. 7003**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **San Antonio** | **TX** | **78256-9657** |

**Basis for the claim:**
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$64,990.77** |

**Barbara Morales**

**143 Summertime Drive**

*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **San Antonio** | **TX** | **78216** |

**Basis for the claim:**
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.25** Nonpriority creditor's name and mailing address

Belinda Stanush

321 Blue Bonnet Blvd.

San Antonio                TX        78209-4632

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.26** Nonpriority creditor's name and mailing address

Betty June Krahn

6870 Heuermass Road

San Antonio                TX        78256

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$481,228.79**

**3.27** Nonpriority creditor's name and mailing address

Betty N. Nelson

11639-2 Bolero Circle

San Antonio                TX        78230

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,301,778.79**

**3.28** Nonpriority creditor's name and mailing address

Bluff Creek Emergency Medicine Associate

P.O. Box 731587

Dallas                TX        75373

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
MEDICAL PROVIDER

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,793.00**

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|--------|-------------------------------------|------------------------|--------------|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.29** | Nonpriority creditor's name and mailing address

**Brady Wise**

**11902 Rustic Lane**

**San Antonio**　　　　**TX**　　**78230**

Date or dates debt was incurred

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$242,000.00**

---

**3.30** | Nonpriority creditor's name and mailing address

**Brenda Nickels Living Trust**

**Brenda Kay Nickles, Trustee**

**2606 Indian Ridge Drive**

**San Antonio**　　　　**TX**　　**78231**

Date or dates debt was incurred

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$167,509.98**

---

**3.31** | Nonpriority creditor's name and mailing address

**Brenda O'Brien**

**205 West St.**

**Bayside**　　　　**TX**　　**78340**

Date or dates debt was incurred

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.32** | Nonpriority creditor's name and mailing address

**Bruce H. Bengel**

**5502 Pioneer Creek**

**San Antonio**　　　　**TX**　　**78245**

Date or dates debt was incurred

Last 4 digits of account number　___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,186,633.31**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Carol Melott**

**27933 Bonnn Mountain Street**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

| **San Antonio** | **TX** | **78260** |

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$482,496.85** |

**Carolyn Oglesby**

**The Legacy at Falcon Point**

**1520 Katy Gap Rd., Room 208**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

| **Katy** | **TX** | **77494** |

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Catherine Martinez**

**809 Crystal**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**PI Client**

| **San Antonio** | **TX** | **78211** |

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,668.00** |

**Central Laredo Pain & Recovery**

**8511 McPherson Road**

**Suite 208**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

| **Laredo** | **TX** | **70845** |

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$14,532.80** |
|---|---|---|---|

**Central Laredo Wellness Center**

**8115 McPherson Road**

**Suite 208**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Laredo**  **TX**  **78045**

Basis for the claim:
**MEDICAL PROVIDER**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charles Koch**

**870 Lorikeet Lane**

☑ Contingent
☐ Unliquidated
☐ Disputed

**New Braunfels**  **TX**  **78132**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |
|---|---|---|---|

**Charmaigne Benson**

**1025 Trail Court**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Mandeville**  **LA**  **70448**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,825.00** |
|---|---|---|---|

**Chiro Care (Potranco)**

**9902 Potranco Rd.**

☑ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**  **TX**  **78251**

Basis for the claim:
**MEDICAL PROVIDER**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.41**    Nonpriority creditor's name and mailing address

**ChiroCare Injury Rehab**

**4804 Research Dr.**

**San Antonio**                    **TX**    **78240**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,846.00**

---

**3.42**    Nonpriority creditor's name and mailing address

**Chrio Care**

**4804 Research Dr.**

**San Antonio**                    **TX**    **78240**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$960.00**

---

**3.43**    Nonpriority creditor's name and mailing address

**Christine Dailey**

**c/o William C. Dailey, Jr.**

**18640 Knollwood Blvd.**

**Monument**                    **CO**    **80132**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$357,082.56**

---

**3.44**    Nonpriority creditor's name and mailing address

**Christine McQueary**

**13514 Carlton Oaks**

**San Antonio**                    **TX**    **78232**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address |
|---|---|

**Christopher Eardley**

**11902 Rustic Lane**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Unknown

| **San Antonio** | **TX** | **78230** |

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.46 | Nonpriority creditor's name and mailing address |
|---|---|

**Christopher Jean-Caude Pettit**

**Irrevocable Trust**

**11902 Rustic Lane**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,190,509.18

| **San Antonio** | **TX** | **78230** |

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.47 | Nonpriority creditor's name and mailing address |
|---|---|

**Chrystal Simental**

**2469 Kari Anne**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Unknown

| **Horizon City** | **TX** | **79928** |

Basis for the claim:
**PI Client**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.48 | Nonpriority creditor's name and mailing address |
|---|---|

**Concord Medical Group of Texas (Equian)**

**P.O. Box 734771**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

$409.00

| **Chicago** | **IL** | **60673-1293** |

Basis for the claim:
**MEDICAL PROVIDER**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Connie F. Gonzales**

**11200 Perrin Bietel Rd., #123**

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$32,000.00**

| **San Antonio** | **TX** | **78217** |

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Consultants in Pain Medicine**

**5364 Frederiksburg Road, Ste. 100**

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$12,102.00**

| **San Antonio** | **TX** | **78229-6107** |

Basis for the claim:
**MEDICAL PROVIDER**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Counsel Financial**

**500 Pearl Street**

**Suite 820**

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Unknown**

| **Buffalo** | **NY** | **14202** |

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Crown Chiropractic**

**2401 N. Arkansas Ave.**

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$1,514.50**

| **Laredo** | **TX** | **78043** |

Basis for the claim:
**MEDICAL PROVIDER**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
| --- | --- | --- | --- |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.53 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**Amount of claim: $0.00**

**Dan and Diana Ibarra Mendez**

**2313 Lockhill Selma Rd.**

**Suite 253**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **San Antonio** | **TX** | **78230** |

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.54 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**Amount of claim: $407,505.76**

**David and Helen Landman**

**1951 Carrizo Gorge Rd.**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Jacumba** | **CA** | **91934** |

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.55 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**Amount of claim: Unknown**

**David Day**

**P.O. Box 276546**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **San Antonio** | **TX** | **78227-6546** |

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.56 | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**Amount of claim: $0.00**

**Deaja Reaves**

**6031 Reef Ridge**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **San Antonio** | **TX** | **78242** |

Basis for the claim:
**PI Client**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.57** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$974,050.00**

**Deidre Persyn**

**13980 Tobiano Trail**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Helotes** | **TX** | **78023-2836** |

**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.58** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Unknown**

**Diane P. Hengst**

**15611 Thrush Gate Lane**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **San Antonio** | **TX** | **78248** |

**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.59** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$10,558.00**

**Doctors Hospital - Laredo**

**10700 McPherson Road**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Laredo** | **TX** | **78045** |

**MEDICAL PROVIDER**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.60** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$3,119.00**

**Doctors Hospital Emergency Room**

**1300 E. Saunders Street**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

| **Laredo** | **TX** | **78040-2510** |

**MEDICAL PROVIDER**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.61 | Nonpriority creditor's name and mailing address |
|---|---|

**Dr. Bratislav Velimirovic**

**11331 James Watt Drive**

**Suite 300A**

**El Paso**     **TX**     **79936**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**MEDICAL PROVIDER**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$3,100.00**

---

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

**Dr. Mauricio Garcia Jaques**

**8511 MacPherson**

**Laredo**     **TX**     **78045**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**MEDICAL PROVIDER**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$3,400.00**

---

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

**Dr. Robbie W. Henwood**

**6315 Pickering**

**San Antonio**     **TX**     **78238**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**ACCOUNT BALANCE**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$826,626.47**

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

**Dr. Salvador Ortiz**

**29719 No Le Hace Drive**

**Fair Oaks Ranch**     **TX**     **78015**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.65** | Nonpriority creditor's name and mailing address

**Dwight Marshall**

**P.O. Box 263**

**Refugio**                    **TX**    **78377**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,112,769.15**

---

**3.66** | Nonpriority creditor's name and mailing address

**Eddie and Lou Ann Dreamkowski**

**427 Scotty**

**San Antonio**                    **TX**    **78227**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,064,274.45**

---

**3.67** | Nonpriority creditor's name and mailing address

**Edie Tyler**

**12312 Edwards Hollow Run**

**Austin**                    **TX**    **78739**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.68** | Nonpriority creditor's name and mailing address

**El Paso Ortho Group**

**3100 Lee Trevino Drive**

**Suite B**

**El Paso**                    **TX**    **79936**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,674.00**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                        Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address |
|---|---|

**EMBCC-ER Doc/Ldo Med Ctr**

**4849 Greenville Ave., #400**

| **Dallas** | **TX** | **75206** |

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,517.00

---

| 3.70 | Nonpriority creditor's name and mailing address |
|---|---|

**Emily Samuel Special Needs Trust**

**Emily Samuel**

**6211 Panorama Vista Drive**

| **Austin** | **TX** | **78735** |

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$8,717.92

---

| 3.71 | Nonpriority creditor's name and mailing address |
|---|---|

**Equian**

**P.O. Box 32100**

| **Louisville** | **KY** | **40233** |

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$271.71

---

| 3.72 | Nonpriority creditor's name and mailing address |
|---|---|

**Ernesto Chacon**

**3817 Loma Brisa**

| **El Paso** | **TX** | **79938** |

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**PI Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

Debtor      **Chris Pettit & Associates, P.C.**                                      Case number (if known)   **22-50591**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |
|---|---|

**Estrada Factor**

**11902 Rustic Lane**

**San Antonio**            **TX**     **78230**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.74 | Nonpriority creditor's name and mailing address |
|---|---|

**Eva Corbo**

**2702 Prague**

**San Antonio**            **TX**     **78230**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| 3.75 | Nonpriority creditor's name and mailing address |
|---|---|

**Felicia C. Morales**

**4975 View Drive**

**San Antonio**            **TX**     **78228**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$574,670.16**

---

| 3.76 | Nonpriority creditor's name and mailing address |
|---|---|

**Felicia C. Morales**

**4975 View Drive**

**San Antonio**            **TX**     **78228**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$174,670.16**

---

Debtor    **Chris Pettit & Associates, P.C.**        Case number (if known)   **22-50591**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77**   Nonpriority creditor's name and mailing address

**Fernando R. Sanchez**

**4600 Lorenzo Ponce Dr.**

**El Paso**      **TX**    **79938**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**PI Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.78**   Nonpriority creditor's name and mailing address

**FootHill Medical Center**

**3530 Foothill Rd**

**Suite N**

**Las Cruces**      **NM**    **88011**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,545.84**

---

**3.79**   Nonpriority creditor's name and mailing address

**Frank & Emma Persyn Family Ltd. P.**

**c/o Leslie Ann Persyn**

**7607 UTSA Drive**

**San Antonio**      **TX**    **78249**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Agreed Final Judgment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,438,183.00**

---

**3.80**   Nonpriority creditor's name and mailing address

**Frank G.Persyn, Jr.**

**6106 Ridge Arbor**

**San Antonio**      **TX**    **78250**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Agreed Final Judgment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,638,342.35**

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81** Nonpriority creditor's name and mailing address

Galen Lee

27933 Bonn Mountain Street

San Antonio                TX        78260

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown**

---

**3.82** Nonpriority creditor's name and mailing address

Gary Archer

226 Colwyn Pass

San Antonio                TX        78216

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown**

---

**3.83** Nonpriority creditor's name and mailing address

Gemaro Garcia

4638 Riverlake Dr.

Laredo                TX        78046

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
PI Client

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.84** Nonpriority creditor's name and mailing address

George Pilgrim

Pilgrim Mortgage, LLC

1270 North Loop 1604 East

Suite 1101

San Antonio                TX        78232

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$3,550,208.98**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gladys Stein Estate**

**11902 Rustic Lane**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

| **San Antonio** | **TX** | **78230** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gordon & Wendy Kuenemann**

**409 Riviera Dr.**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

| **Canyon Lake** | **TX** | **78133** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Harley Elizondo**

**226 Woley Dr.**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PI Client**

| **San Antonio** | **TX** | **78228** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,883.00** |

**Hector X. Samaniego, Jr., M.D., P.A.**

**4257 NW Loop 410**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

| **San Antonio** | **TX** | **78229** |

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address |
|---|---|

**Henry J. Persyn**

**8788 Reed Road**

**San Antonio**          **TX**    **78251**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Agreed Final Judgment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,481,300.33**

---

| 3.90 | Nonpriority creditor's name and mailing address |
|---|---|

**Hughes Estate**

**11902 Rustic Lane**

**San Antonio**          **TX**    **78230**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

| 3.91 | Nonpriority creditor's name and mailing address |
|---|---|

**IRM Capital, LLC**

**3 Bridgewater Court**

**Jackson**          **NJ**    **08527**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$90,000.00**

---

| 3.92 | Nonpriority creditor's name and mailing address |
|---|---|

**Irma Castiglione and Eddie Molina**

**417 E. Wright Blvd.**

**Universal City**          **TX**    **78148**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$629,329.02**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

Irma Guajardo

539 W. Highland Blvd.

☑ Contingent
☐ Unliquidated
☐ Disputed

San Antonio          TX     78210

**Basis for the claim:** PI Client

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$319,711.54** |

Jacqueline Rios

11902 Rustic Lane

☑ Contingent
☐ Unliquidated
☐ Disputed

San Antonio          TX     78230

**Basis for the claim:** ACCOUNT BALANCE

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$751,554.90** |

Jacquie Brown

7048 Via Blanca

☑ Contingent
☐ Unliquidated
☐ Disputed

San Jose          CA     95139

**Basis for the claim:** ACCOUNT BALANCE

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$540,199.03** |

James and Adelmire Nolte

2048 Martinez Road

☑ Contingent
☐ Unliquidated
☐ Disputed

Yoakum          TX     77995

**Basis for the claim:** ACCOUNT BALANCE

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,154,199.47 |
|---|---|---|---|

**James and Carol Armstrong**

**6723 Lake Cliff Street**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio     TX     78244**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.98 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**James C. Horan**

**19 Angel Dove Pl.**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**The Woodlands     TX     77382-2730**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.99 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Jamie Spears Montelongo**

**1907 Town Oak Drive**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio     TX     78232**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $507,790.97 |
|---|---|---|---|

**Jason & Ashley Forsyth**

**3258 Bending Creek**

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio     TX     78261**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.101**   Nonpriority creditor's name and mailing address

**Jeff Halay**

**15300 CR 261C**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$127,540.11

| **Nathrop** | **CO** | **81236** |
|---|---|---|

Basis for the claim:

**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.102**   Nonpriority creditor's name and mailing address

**Jeneva Bruce**

**P.O. Box 1732**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$0.00

| **Gonzales** | **TX** | **78629** |
|---|---|---|

Basis for the claim:

**PI Client**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.103**   Nonpriority creditor's name and mailing address

**Jesus Guerra Cortez**

**532 Morales**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

$0.00

| **Laredo** | **TX** | **78046** |
|---|---|---|

Basis for the claim:

**PI Client**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

**3.104**   Nonpriority creditor's name and mailing address

**Joann Coleman**

**358 Gazella**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Unknown

| **San Antonio** | **TX** | **78213** |
|---|---|---|

Basis for the claim:

**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Debtor | Chris Pettit & Associates, P.C. | | Case number (if known) | 22-50591 |
|---|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.105**  Nonpriority creditor's name and mailing address

Jose Morales Diaz

1020 California Avenue

Las Cruces          NM      88001

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
PI Client

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

**3.106**  Nonpriority creditor's name and mailing address

Jose Zuniga Linares

615 Blue Ridge Dr.

San Antonio          TX      78228

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
PI Client

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

**3.107**  Nonpriority creditor's name and mailing address

Juan Garza

4409 N. Seymour

Laredo          TX      78041

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
PI Client

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

**3.108**  Nonpriority creditor's name and mailing address

Judy Ventura

10617 Springwood Dr. Apt. B

El Paso          TX      79935

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
PI Client

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Unknown

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.109 | Nonpriority creditor's name and mailing address |
|---|---|

**Justin Burger**

**10 Andover Creek Dr.**

**San Antonio**　　　　**TX**　　**78254**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**PI Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.110 | Nonpriority creditor's name and mailing address |
|---|---|

**Justin Hebert**

**15315 Gilligan Cour**

**Winter Park**　　　　**FL**　　**34787**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$350,000.00**

| 3.111 | Nonpriority creditor's name and mailing address |
|---|---|

**Karen Hengst May**

**3429 Estes Park Lane**

**McKinney**　　　　**TX**　　**75070**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

| 3.112 | Nonpriority creditor's name and mailing address |
|---|---|

**Karen Seifert**

**15608 Fair Lane**

**Selma**　　　　**TX**　　**78154**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

### Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.113**  Nonpriority creditor's name and mailing address

**Kathryn Dailey**

**c/o William C. Dailey, Jr.**

**18640 Knollwood Blvd.**

**Monument**          **CO**    **80132**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$311,053.11**

---

**3.114**  Nonpriority creditor's name and mailing address

**Ken & Shelli Scott**

**2702 Prague**

**San Antonio**          **TX**    **78230**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$494,182.84**

---

**3.115**  Nonpriority creditor's name and mailing address

**Ken and Joyce Locke**

**3303 Sable Creek**

**San Antonio**          **TX**    **78259**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.116**  Nonpriority creditor's name and mailing address

**Kenneth Scott**

**2702 Prague**

**San Antonio**          **TX**    **78230**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,340,852.15 |
|---|---|---|---|

**Kenneth W. Paris**

**11495 FM 443**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Shiner** | **TX** | **77984-6337** | **ACCOUNT BALANCE** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Krystal Garza**

**601 Walton Avenue**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Jourdanton** | **TX** | **78026** | **PI Client** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,034.00 |
|---|---|---|---|

**Laredo Emergency Med ASC PA**

**P.O. Box 1299**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **San Antonio** | **TX** | **78295-1299** | **MEDICAL PROVIDER** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.50 |
|---|---|---|---|

**Laredo EMS**

**P.O. Box 2337**

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Laredo** | **TX** | **78044** | **MEDICAL PROVIDER** |
|---|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.121**  Nonpriority creditor's name and mailing address

**Laredo Medical Center**

**1700 East Saunders St.**

**Laredo**　　　　　　**TX**　　**78041**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
☑ No
☐ Yes

$7,364.97

---

**3.122**  Nonpriority creditor's name and mailing address

**Las Cruces Emergency Med. Assoc.**

**P.O. Box 57910**

**Jacksonville**　　　　**FL**　　**32241-7910**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
☑ No
☐ Yes

$1,540.00

---

**3.123**  Nonpriority creditor's name and mailing address

**Las Cruces Pain & Rehab**

**755 S. Telshor Blvd.**

**Las Cruces**　　　　**NM**　　**88011**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
☑ No
☐ Yes

$2,132.50

---

**3.124**  Nonpriority creditor's name and mailing address

**Las Cruces Pain and Rehab**

**532 N. Telshor**

**Suite A**

**Las Cruces**　　　　**NM**　　**88011**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
☑ No
☐ Yes

$7,107.50

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.125** Nonpriority creditor's name and mailing address

**Laura Kubesh**

**30860 Venturer**

**Fair Oaks Ranch**     **TX**    **78015**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Agreed Final Judgment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,523,482.80**

---

**3.126** Nonpriority creditor's name and mailing address

**Lawrence Wayne Hengst**

**210 E. Sonterra Blvd., Apt. 919**

**San Antonio**     **TX**    **78258**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.127** Nonpriority creditor's name and mailing address

**Lee Skinner**

**2792 W. Peppercorn Circle**

**Taylorsville**     **UT**    **84129**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.128** Nonpriority creditor's name and mailing address

**Legent Hospital of El Paso**

**1416 George Deter Drive**

**El Paso**     **TX**    **79936**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,300.00**

---

| Debtor | Chris Pettit & Associates, P.C. | | Case number (if known) | 22-50591 |
|---|---|---|---|---|

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.129 Nonpriority creditor's name and mailing address

Legent Orthopaedic & Spine

5330 North Loop 1604 W. Acc. Road

San Antonio — TX — 78249

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL PROVIDER

**Is the claim subject to offset?**
☑ No
☐ Yes

**$41,000.00**

### 3.130 Nonpriority creditor's name and mailing address

Leslie Ann Persyn

7607 UTSA Drive

San Antonio — TX — 78249

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Agreed Final Judgment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,303,746.52**

### 3.131 Nonpriority creditor's name and mailing address

Libertas

382 Greenwich Avenue

Greenwich — CT — 06830

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNT BALANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

**$559,634.90**

### 3.132 Nonpriority creditor's name and mailing address

Linda Bausch Nickels

P.O. Box 747

McQueeny — TX — 78123

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNT BALANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

**$494,717.89**

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

        Amount of claim

| 3.133 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Linda Mae Wehmeyer**

**5708 Goldstone Court**

**Mustang**      **OK**    **73064**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$316,914.18**

---

| 3.134 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Linda Wetz**

**173 Laura Drive**

**Martin**      **GA**    **30557**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$146,450.71**

---

| 3.135 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Louise Lacari**

**11902 Rustic Lane**

**San Antonio**      **TX**    **78230**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

| 3.136 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Luis and Maxine Elizondo**

**519 Paschal St.**

**San Antonio**      **TX**    **78212**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,237,678.17**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.137**   Nonpriority creditor's name and mailing address

**Luis Torres Maldonado**

**311 W. Sayers Ave.**

**San Antonio**     **TX**     **78214**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **PI Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.138**   Nonpriority creditor's name and mailing address

**M&M Marble**

**11902 Rustic Lane**

**San Antonio**     **TX**     **78230**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.139**   Nonpriority creditor's name and mailing address

**Malcolm R. Gildart Irrevocable Trust**

**11902 Rustic Lane**

**San Antonio**     **TX**     **78230**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$535,248.22**

---

**3.140**   Nonpriority creditor's name and mailing address

**Manfred Lee Marshall**

**4318 Wolf Creek Court**

**Corpus Christi**     **TX**     **78410**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,112,769.15**

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.141**     Nonpriority creditor's name and mailing address

**Maquir Escobar**

**614 Mauze Dr.**

**San Antonio**                    **TX**      **78216**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PI Client**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.142**     Nonpriority creditor's name and mailing address

**Maria Rodriguez De Esparza**

**624 Valeria Loop**

**Laredo**                    **TX**      **78046**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PI Client**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.143**     Nonpriority creditor's name and mailing address

**Mark and Robin Verstuyft**

**13235 Watson Road**

**Von Ormy**                    **TX**      **78073**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,860,000.00**

---

**3.144**     Nonpriority creditor's name and mailing address

**Mary Jane Staudt**

**521 Serene Woods Circle**

**Canyon Lake**                    **TX**      **78133**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

**Part 2:**     **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.145**   Nonpriority creditor's name and mailing address

**Mary Kay Holly**

**16911 San Pedro**

**Number 36**

**San Antonio**          **TX**      **78232**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.146**   Nonpriority creditor's name and mailing address

**Mary L. Skaines**

**7270 Burns Xing**

**San Antonio**          **TX**      **78250-6531**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$47,112.99**

---

**3.147**   Nonpriority creditor's name and mailing address

**McAdams Emergency Medicine Assc., PA**

**MSC P.O. Box 2955**

**San Antonio**          **TX**      **78299**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,517.00**

---

**3.148**   Nonpriority creditor's name and mailing address

**Melissa Quinones**

**824 Los Surrros Rd.**

**El Paso**          **TX**      **79907**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**PI Client**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | Chris Pettit & Associates, P.C. | | Case number (if known) | 22-50591 |
|---|---|---|---|---|

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.149** | Nonpriority creditor's name and mailing address

**Memorial Medical Center**

**2450 S. Telshor Blvd.**

**Las Cruces**        **NM**    **88011**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,542.50**

---

**3.150** | Nonpriority creditor's name and mailing address

**Methodist Hospital (Greater of San Anton**

**7700 Floyd Curl Drive**

**San Antonio**        **TX**    **78229**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,482.29**

---

**3.151** | Nonpriority creditor's name and mailing address

**Michael and Paula Kastis**

**3017 Fall Brook Manor**

**Bulverde**        **TX**    **78163**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$218,715.35**

---

**3.152** | Nonpriority creditor's name and mailing address

**Michael Archer**

**226 Colwyn Pass**

**San Antonio**        **TX**    **78216**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,154,707.98**

---

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.153** Nonpriority creditor's name and mailing address

**Michael Halay**

**15300 CR 261C**

**Nathrop**      **CO**     **81236**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,827,894.52**

---

**3.154** Nonpriority creditor's name and mailing address

**Michael Kotzur**

**4218 Treehouse Drive**

**San Antonio**      **TX**     **78222**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,574,789.92**

---

**3.155** Nonpriority creditor's name and mailing address

**Michael L. Reed**

**P.O. Box 8033**

**Ft. Worth**      **TX**     **76145**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.156** Nonpriority creditor's name and mailing address

**Michael Morales**

**10923 West Avenue**

**San Antonio**      **TX**     **78213**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$25,000.00**

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.157 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Pilgrim**

**1270 N. Loop 1604 Easst**

**Ste. 1101**

**San Antonio**          **TX**     **78232**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Unknown**

---

| 3.158 | Nonpriority creditor's name and mailing address |
|---|---|

**Monica Castillo**

**1114 Mesa Blanca**

**San Antonio**          **TX**     **78248**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$54,000.00**

---

| 3.159 | Nonpriority creditor's name and mailing address |
|---|---|

**Monica Prado**

**9607 Novacek Blvd.**

**San Antonio**          **TX**     **78254**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**PI Client**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.160 | Nonpriority creditor's name and mailing address |
|---|---|

**Mr. and Mrs. Robert C. Kintigh**

**10807 Axis Crossing**

**San Antonio**          **TX**     **78245**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,113,789.47**

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.161 | Nonpriority creditor's name and mailing address |
|---|---|

**Mrs. Theo Pilgrim**

**796 SH 16 S.**

**Jourdanton**                          **TX**      **78026**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,154,707.98**

| 3.162 | Nonpriority creditor's name and mailing address |
|---|---|

**Ms. Cheryl Dailey**

**c/o William C. Dailey, Jr.**

**18640 Knollwood Blvd.**

**Monument**                          **CO**      **80132**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$743,707.13**

| 3.163 | Nonpriority creditor's name and mailing address |
|---|---|

**Ms. Leigh Sibley**

**8333 Triple Crown**

**Fair Oaks Ranch**                          **TX**      **78015**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$554,271.33**

| 3.164 | Nonpriority creditor's name and mailing address |
|---|---|

**Ms. Leigh Sibley**

**8333 Triple Crown**

**Fair Oaks Ranch**                          **TX**      **78015**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$617,890.74**

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.165 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Munoz Management Group**

**El Paso Injury Clinic**

**11450 Rojas, Ste. D17**

| **El Paso** | **TX** | **79936** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**MEDICAL PROVIDER**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,038.00**

---

| 3.166 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nancy Elizondo**

**226 Woley Dr.**

| **San Antonio** | **TX** | **78228** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**PI Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Unknown**

---

| 3.167 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nikels Living Trust**

**Brenda Kay Nickles, Trustee**

**P.O. Box 747**

| **McQueeney** | **TX** | **78123** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**ACCOUNT BALANCE**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$1,260,283.04**

---

| 3.168 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Norberto Flores, Jr.**

**311 W. Sayers**

| **San Antonio** | **TX** | **78214** |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**PI Client**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.169 | Nonpriority creditor's name and mailing address |
|---|---|

**Omni Healthcare**

**P.O. Box 392455**

$2,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Pittsburgh | PA | 15251-9455 |

**Basis for the claim:**
**MEDICAL PROVIDER**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.170 | Nonpriority creditor's name and mailing address |
|---|---|

**Oscar Ortiz**

**6556 Aztec**

$0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

| El Paso | TX | 79925 |

**Basis for the claim:**
**PI Client**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.171 | Nonpriority creditor's name and mailing address |
|---|---|

**Paesanos Parkway Imaging**

**3603 Paesanos Parkway, Suite 110**

$1,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

| San Antonio | TX | 78231 |

**Basis for the claim:**
**MEDICAL PROVIDER**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.172 | Nonpriority creditor's name and mailing address |
|---|---|

**Pauline Smith**

**3047 Quakertown Drive**

Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

| San Antonio | TX | 78230 |

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.173**   Nonpriority creditor's name and mailing address

**Pettit Living Trust**

**11902 Rustic Lane**

**San Antonio**              **TX**     **78230**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,890,511.49**

---

**3.174**   Nonpriority creditor's name and mailing address

**Pilar Lopez**

**109 Saltillo**

**Carrizo Springs**          **TX**     **78834**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$228,511.49**

---

**3.175**   Nonpriority creditor's name and mailing address

**Pilgrim Mortgage**

**1270 N. Loop 1604 East**

**Ste. 1101**

**San Antonio**              **TX**     **78232**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.176**   Nonpriority creditor's name and mailing address

**Pogue & Company dba JLP Builders, Inc.**

**P.O. Box 312053**

**New Braunfels**            **TX**     **78131-2053**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$311,495.53**

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill or submit this page.

Amount of claim

| 3.177 | Nonpriority creditor's name and mailing address |
|---|---|

**Premier Medical Imaging**

**2115 Pleasanton, Ste. 102**

**San Antonio                    TX      78221**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,500.00**

---

| 3.178 | Nonpriority creditor's name and mailing address |
|---|---|

**Prestige Diagnostic Imaging**

**11240 Vista Del Sol**

**El Paso                         TX      79936**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,750.00**

---

| 3.179 | Nonpriority creditor's name and mailing address |
|---|---|

**Red Rock Diagnostics, LLC**

**P.O. Box 26119**

**Las Vegas                      NV      89126**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,408.29**

---

| 3.180 | Nonpriority creditor's name and mailing address |
|---|---|

**Red Rope Limited**

**11902 Rustic Lane**

**San Antonio                    TX      78230**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.181** | Nonpriority creditor's name and mailing address

**Rhonda Mylnar**

**796 S. Highway 16 S.**

**Jourdanton**     **TX**    **78026**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$279,347.16**

---

**3.182** | Nonpriority creditor's name and mailing address

**Richard and Rhonda Mylnar**

**796 S. Highway 16 S.**

**Jourdanton**     **TX**    **78026**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,318,737.15**

---

**3.183** | Nonpriority creditor's name and mailing address

**Richard Forsyth**

**3258 Bending Creek**

**San Antonio**     **TX**    **78261**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$518,479.02**

---

**3.184** | Nonpriority creditor's name and mailing address

**Richard Warncke**

**1618 Hillcrest**

**San Antonio**     **TX**    **78228**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

<table>
<tr><td colspan="2">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.185 | Nonpriority creditor's name and mailing address |
|---|---|

**Rick L. Mylnar**

**796 S. Highway 16 S.**

**Jourdanton**      **TX**      **78026**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$393,487.03**

---

| 3.186 | Nonpriority creditor's name and mailing address |
|---|---|

**Rio Health Group**

**6300 Gateway E**

**El Paso**      **TX**      **79905**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,031.10**

---

| 3.187 | Nonpriority creditor's name and mailing address |
|---|---|

**Rio Health Pharmacy**

**201 E. Jackson Street**

**Ste. B**

**Harlingen**      **TX**      **78550**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$249.00**

---

| 3.188 | Nonpriority creditor's name and mailing address |
|---|---|

**Robbie and Beverley Henwood**

**6315 Pickering**

**San Antonio**      **TX**      **78238**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$206,263.10**

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.189**  Nonpriority creditor's name and mailing address

Robert and Tara Jaeckle

1315 Greer Street

San Antonio                    TX        78210

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.190**  Nonpriority creditor's name and mailing address

Robert Kintigh

10807 Access Crossing

San Antonio                    TX        78257

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.191**  Nonpriority creditor's name and mailing address

Rosalie Ann Molina

364 Big Oak Drive

Adkins                    TX        78101

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
☑ No
☐ Yes

**$2,112,769.15**

---

**3.192**  Nonpriority creditor's name and mailing address

Rosenbusch Farm & Ranch, Inc.

c/o David Rosenbusch

228 Westheim Drive

Castroville                    TX        78009

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
ACCOUNT BALANCE

Is the claim subject to offset?
☑ No
☐ Yes

**$333,229.09**

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
| --- | --- | --- | --- |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.193**  Nonpriority creditor's name and mailing address

**Sallie Mae Waclawczyk**

**771 Linda Lou Dr.**

**San Antonio**          **TX**      **78223**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,967,539.07**

---

**3.194**  Nonpriority creditor's name and mailing address

**Salvador Ortiz Irrevocable Trust**

**29719 No Le Hace Drive**

**Fair Oaks Ranch**          **TX**      **78015**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.195**  Nonpriority creditor's name and mailing address

**Sam V. Farace, Jr./Camile J. Farace**

**Farace Living Trust**

**43 Twynbrige**

**San Antonio**          **TX**      **78259**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.196**  Nonpriority creditor's name and mailing address

**Samantha Depoala**

**19218 Kelly Ave.**

**El Paso**          **TX**      **79938**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**PI Client**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
| --- | --- | --- | --- |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.197** | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,162.80**

**San Antonio EMS**

**315 S. Santa Rosa Ave., #200**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **San Antonio** | **TX** | **78205** |
| --- | --- | --- |

**MEDICAL PROVIDER**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.198** | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$8,265.00**

**San Antonio Orthopedic Group**

**19138 North US Hwy 281**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **San Antonio** | **TX** | **78258-1234** |
| --- | --- | --- |

**MEDICAL PROVIDER**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.199** | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$2,116.81**

**San Antonio Spine & Rehab - Woodcock**

**4242 Woodcock Drive**

**Suite 202**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **San Antonio** | **TX** | **78228** |
| --- | --- | --- |

**MEDICAL PROVIDER**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.200** | Nonpriority creditor's name and mailing address |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

**$539,084.32**

**Sandra Dailey**

**18640 Knollwood Blvd.**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Monument** | **CO** | **80132** |
| --- | --- | --- |

**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **$3,700.00** |
|---|---|---|---|

**Sarah Mariscal**

**9222 Blazer Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **San Antonio** | **TX** | **78245** |
|---|---|---|

**Basis for the claim:**

**Settlement Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Unknown** |
|---|---|---|---|

**Scott Bishop**

**1270 N. Loop 1604 East**

**Ste. 1101**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **San Antonio** | **TX** | **78232** |
|---|---|---|

**Basis for the claim:**

**ACCOUNT BALANCE**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **$63,880.97** |
|---|---|---|---|

**Shannon Edwards**

**11902 Rustic Lane**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **San Antonio** | **TX** | **78230** |
|---|---|---|

**Basis for the claim:**

**ACCOUNT BALANCE**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **$2,028,702.09** |
|---|---|---|---|

**Sharon A. Brimhall**

**7510 Fair Oaks Parkway**

☑ Contingent
☐ Unliquidated
☐ Disputed

| **Fair Oaks Ranch** | **TX** | **78015** |
|---|---|---|

**Basis for the claim:**

**ACCOUNT BALANCE**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Sharon A. Rakowitz**

**527 CR 352**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Karnes City** TX 78118

**Basis for the claim:**
**Notice Only**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,174,606.89** |
|---|---|---|---|

**Sibley Living Trust**

**c/o Leigh Sibley**

**8333 Triple Crown**

*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fair Oaks Ranch** TX 78015

**Basis for the claim:**
**ACCOUNT BALANCE**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$982.00** |
|---|---|---|---|

**Southwest Xray**

**10501 Gateway Blvd. West**

**Suite 140**

*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**El Paso** TX 79925

**Basis for the claim:**
**ACCOUNT BALANCE**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Stephen E. Luna**

**10914 Cedar Elm**

*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Antonio** TX 78230

**Basis for the claim:**
**ACCOUNT BALANCE**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.209**  Nonpriority creditor's name and mailing address

**Susana Blanco**

**918 S. Almendra St.**

**Las Cruces**          **NM**     **88001**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PI Client**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.210**  Nonpriority creditor's name and mailing address

**SYNCB/PPC**

**P.O. BOX 530975**

**ORLANDO**          **FL**     **32896**

Date or dates debt was incurred    **10/09/2018**

Last 4 digits of account number    **X  X  X  X**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,616.00**

---

**3.211**  Nonpriority creditor's name and mailing address

**Taylor Eldridge**

**8727 Fredericksburg Rd., Apt. 912**

**San Antonio**          **TX**     **78240**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**PI Client**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.212**  Nonpriority creditor's name and mailing address

**Taylor Living Trust**

**c/o Ronald Taylor**

**531 County Road 1812**

**Clifton**          **TX**     **76634**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.213**  Nonpriority creditor's name and mailing address

**Texas Tech Physicians of El Paso**

**P.O. Box 732556**

**Dallas**                **TX        75373-2556**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$262.00

---

**3.214**  Nonpriority creditor's name and mailing address

**The Douglas McDougal Estate and Trust**

**1304 Rodalyn**

**Boerne**                **TX        78006**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Unknown

---

**3.215**  Nonpriority creditor's name and mailing address

**The Estate of Mary Luna Arratia**

**11902 Rustic Lane**

**San Antonio**                **TX        78230**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Unknown

---

**3.216**  Nonpriority creditor's name and mailing address

**The Estate of Schaumann**

**11902 Rustic Lane**

**San Antonio**                **TX        78230**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Unknown

---

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|--------|--------------------------------|------------------------|----------|

---

**Part 2:** | **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.217** Nonpriority creditor's name and mailing address

The Hospitals of Providence - East Campu

3280 Joe Battle Blvd.

El Paso                    TX      79938

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
☑ No
☐ Yes

**$27,979.00**

**3.218** Nonpriority creditor's name and mailing address

Thelma Rollins

2718 Whisper Dove St.

San Antonio                TX      78230

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

**3.219** Nonpriority creditor's name and mailing address

Third Coast ER Physicians

6300 La Calma Dr., Ste. 200

Austin                     TX      78752

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
☑ No
☐ Yes

**$942.18**

**3.220** Nonpriority creditor's name and mailing address

Tom Dowling (Independent Executor)

Loraine LeComte Dowling Living Trust

6015 Little Brandywine Crk.

San Antonio                TX      78233

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

**$393,411.20**

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

<div align="right">Amount of claim</div>

| 3.221 | Nonpriority creditor's name and mailing address |
|---|---|

**Touchstone Imaging**

**7220 Louis Pasteur Dr.**

**Suite 115**

**San Antonio**          **TX**    **78229**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,412.50**

---

| 3.222 | Nonpriority creditor's name and mailing address |
|---|---|

**Trinity Center Open MRI**

**1110 Marshall Street**

**Laredo**          **TX**    **78045**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,570.60**

---

| 3.223 | Nonpriority creditor's name and mailing address |
|---|---|

**UFS**

**525 Railway Street**

**Suite 202**

**Whitefish**          **MT**    **59937**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$244,041.00**

---

| 3.224 | Nonpriority creditor's name and mailing address |
|---|---|

**United HealthCare Services**

**3100 AMS Boulevard**

**Green Bay**          **WI**    **54313**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,817.34**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

| 3.225 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | **$33,224.52** |

**University Hospital**

**4502 Medical Dr.**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

| San Antonio | TX | 78229 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | **$1,931.05** |

**University Medical Center of El Paso**

**4815 Alameda Avenue**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

| El Paso | TX | 79905 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | **$1,448.00** |

**University of Texas Health Science Ctr.**

**P.O. Box 759**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**MEDICAL PROVIDER**

| San Antonio | TX | 78293 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | | **$1,102,918.24** |

**Valerie C. Morris**

**17323 Fountain Mist**

Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

| San Antonio | TX | 78248 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor      **Chris Pettit & Associates, P.C.**                              Case number (if known)  __22-50591__

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   **Amount of claim**

---

**3.229**  **Nonpriority creditor's name and mailing address**

Valerie Rivera

13474 Everingham St.

El Paso                          TX      79928

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PI Client

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.230**  **Nonpriority creditor's name and mailing address**

Vicenta Jimenez

424 Oasis Dr.

Chaparral                        NM      88081

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PI Client

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.231**  **Nonpriority creditor's name and mailing address**

Wayne & Barbara Benke

747 County Road 3421

Hondo                            TX      78861

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNT BALANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,380,000.00**

---

**3.232**  **Nonpriority creditor's name and mailing address**

Webb Emergency Medicine

P.O. Box 400

San Antonio                      TX      78292

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEDICAL PROVIDER

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,517.00**

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

---

**Part 2:**     **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$953,765.53** |
|---|---|---|---|

Check all that apply.

**Westwood Funding Solutions**

**4601 Sheridan Street, Suite 501**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Hollywood** | **FL** | **33021** |
|---|---|---|

**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$785,815.97** |
|---|---|---|---|

Check all that apply.

**William C. Dailey, III**

**2338 Navajo Circle**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Bishop** | **CA** | **93514** |
|---|---|---|

**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$959,392.53** |
|---|---|---|---|

Check all that apply.

**William C. Dailey, Jr.**

**18640 Knollwood Blvd.**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Monument** | **CO** | **80132** |
|---|---|---|

**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

Check all that apply.

**Winnie Bongalis**

**806 Highgate**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

| **Universal City** | **TX** | **78148** |
|---|---|---|

**ACCOUNT BALANCE**

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor     **Chris Pettit & Associates, P.C.**                                    Case number (if known)   **22-50591**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

|  |  | Amount of claim |
| --- | --- | --- |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** |

**Yvonne Gibbens**

**11902 Rustin Lane**

☑ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**                     **TX**     **78230**

**Basis for the claim:**

**ACCOUNT BALANCE**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

Debtor    **Chris Pettit & Associates, P.C.**                    Case number (if known)  **22-50591**

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**  **Andrea L. Uresti Barr**
**RMO, LLP**
**12 Greenway Plaza #1100**

**Houston          TX      77046**

Line _____
☑ Not listed.  Explain:
   **Attorney for - M. Archer**

___ ___ ___ ___

**4.2**  **Bill Kingman**
**Law Offices of William B. Kingman, PC**
**3511 Broadway Street**

**San Antonio          TX      78209**

Line  **3.130**
☐ Not listed.  Explain:

___ ___ ___ ___

**4.3**  **Bill Kingman**
**Law Offices of William B. Kingman, PC**
**3511 Broadway Street**

**San Antonio          TX      78209**

Line  **3.125**
☐ Not listed.  Explain:

___ ___ ___ ___

**4.4**  **Bill Kingman**
**Law Offices of William B. Kingman, PC**
**3511 Broadway Street**

**San Antonio          TX      78209**

Line  **3.89**
☐ Not listed.  Explain:

___ ___ ___ ___

**4.5**  **Bill Kingman**
**Law Offices of William B. Kingman, PC**
**3511 Broadway Street**

**San Antonio          TX      78209**

Line  **3.80**
☐ Not listed.  Explain:

___ ___ ___ ___

**4.6**  **Bill Kingman**
**Law Offices of William B. Kingman, PC**
**3511 Broadway Street**

**San Antonio          TX      78209**

Line  **3.79**
☐ Not listed.  Explain:

___ ___ ___ ___

Debtor    **Chris Pettit & Associates, P.C.**        Case number (if known)   **22-50591**

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **C. John Muller IV** <br> **Ezekiel John Perez** <br> **CJ Muller & Associates, PLLC** <br> **111 W. Sunset Road** <br> **San Antonio**    **TX**    **78209** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Attorney for - Brimhall** | __ __ __ __ |
| 4.8 | **Craig M. Crockett** <br> **The Crockett Firm** <br> **5201 Camp Bowie Blvd., Suite 200** <br><br> **Fort Worth**    **TX**    **76107** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Attorney for - M. Reed** | __ __ __ __ |
| 4.9 | **David N. Deaconson** <br> **Pakis, Giotes, Page & Burleson, P.C.** <br> **400 Austin Avenue, Suite 400** <br><br> **Waco**    **TX**    **76701** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Attorney for - Betty N. Nelson** | __ __ __ __ |
| 4.10 | **Harrison H. Buxton II** <br> **Lt. Col. USAF (Retired)** <br> **P.O. Box 1195** <br><br> **Bandera**    **TX**    **78003** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.11 | **James Maverick McNeel** <br> **F. Matthew Flores** <br> **Chamberlain, Hrdlicka, White, Williams** <br> **112 East Pecan, Suite 1450** <br> **San Antonio**    **TX**    **78205** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Attorney for - Horan** | __ __ __ __ |
| 4.12 | **Jessica A. Newill / Carol W. Saxon** <br> **Gardner Law** <br> **745 E. Mulberry Ave., Suite 500** <br><br> **San Antonio**    **TX**    **78212** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Attorney for - Rakowitz** | __ __ __ __ |
| 4.13 | **John R. Lane, Jr. / Matthew J. Countryma** <br> **Lane & Countryman** <br> **8526 N. New Braunfels Ave.** <br><br> **San Antonio**    **TX**    **78217** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Attorney for - Ortiz** | __ __ __ __ |

Debtor  **Chris Pettit & Associates, P.C.**                     Case number (if known)  **22-50591**

---

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.14**  **Kiernan McAlpine**
**Daspit Law Firm**
**440 Louisiana Street, Suite 1400**

**Houston**          **TX**     **77002**

Line _____
☑ Not listed.  Explain:
   **Attorney for - Roslyn Shields Estate Springing Sp.**

__ __ __ __

**4.15**  **Lee Elms**
**Sarah R. Minter**
**Elms Macchia, PLLC**
**2703 Treble Creek**
**San Antonio**      **TX**     **78258**

Line _____
☑ Not listed.  Explain:
   **Attorney for - Walsh**

__ __ __ __

**4.16**  **Lee Elms**
**Sarah R. Minter**
**Elms Macchia, PLLC**
**2703 Treble Creek**
**San Antonio**      **TX**     **78258**

Line _____
☑ Not listed.  Explain:
   **Attorney for - Benson**

__ __ __ __

**4.17**  **Marilee D. Hazel**
**Hazel Brown Law Firm, PLLC**
**163 W. Bridge Street**

**New Braunfels**    **TX**     **78130**

Line _____
☑ Not listed.  Explain:
   **Attorney for - Landman**

__ __ __ __

**4.18**  **Michael J. Villa**
**Villa and White, LLP**
**1100 N.W. Loop 410, Suite 802**

**San Antonio**      **TX**     **78213**

Line _____
☑ Not listed.  Explain:
   **Attorney for - Hengst**

__ __ __ __

**4.19**  **Michael L. Gayler**
**Law Office of Michael L. Gayler, PLLC**
**814 Arion Parkway, Suite 301**

**San Antonio**      **TX**     **78216-2837**

Line _____
☑ Not listed.  Explain:
   **Attorney for - D. Persyn**

__ __ __ __

**4.20**  **Mickey Gayler**
**Law Office of Michael L. Gayler PLLC**
**1415 Fawn Creek**

**San Antonio**      **TX**     **78248-1568**

Line  **3.192**
☐ Not listed.  Explain:

__ __ __ __

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
| --- | --- | --- | --- |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.21 | **Mickey Gayler**<br>**Law Office of Michael L. Gayler PLLC**<br>**1415 Fawn Creek**<br><br>**San Antonio        TX        78248-1568** | Line __**3.167**__<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.22 | **Mickey Gayler**<br>**Law Office of Michael L. Gayler PLLC**<br>**1415 Fawn Creek**<br><br>**San Antonio        TX        78248-1568** | Line __**3.133**__<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.23 | **Mickey Gayler**<br>**Law Office of Michael L. Gayler PLLC**<br>**1415 Fawn Creek**<br><br>**San Antonio        TX        78248-1568** | Line __**3.57**__<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.24 | **Mickey Gayler**<br>**Law Office of Michael L. Gayler PLLC**<br>**1415 Fawn Creek**<br><br>**San Antonio        TX        78248-1568** | Line __**3.30**__<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.25 | **Robert H. Crane**<br>**1025 North Texas, Palm Plaza Suite 8**<br>**P.O. Drawer 1045**<br><br>**Weslaco        TX        78596** | Line _____<br><br>☑ Not listed.  Explain:<br>**Attorney for-beneficiaries-Victoria Diez Living Tr** | __ __ __ __ |
| 4.26 | **Robert Walsh**<br>**The Law Offices of Robert E. Walsh**<br>**16601 Blanco Road, Ste. 214**<br><br>**San Antonio        TX        78232** | Line _____<br><br>☑ Not listed.  Explain:<br>**Attorney for -** | __ __ __ __ |
| 4.27 | **Sandra Moody**<br>**396 Berry Oaks Dr.**<br><br><br>**Bulverde        TX        78163** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.28** | **Sean B. McNelis** | Line _____ | __ __ __ __ |
| | **McNelis + Associates, PLLC** | ☑ Not listed.  Explain: | |
| | **143 W. Sunset, Suite 200** | **Attorney for - Pogue** | |
| | **San Antonio          TX      78209** | | |
| **4.29** | **Wyatt Wright** | Line _____ | __ __ __ __ |
| | **WayneWright, LLP** | ☑ Not listed.  Explain: | |
| | **5707 W. Interstate 10** | **Attorney for - Madisyn Keeney and Cyrene Jumamil** | |
| | **San Antonio          TX      78201** | | |

Debtor   **Chris Pettit & Associates, P.C.**_____   Case number (if known)  __22-50591__

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+**  **$107,625,519.49** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$107,625,519.49** |

**Fill in this information to identify the case:**

Debtor name **Chris Pettit & Associates, P.C.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **22-50591**          Chapter **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Lease Office**<br>**Las Cruces, New Mexico** | **Brennan Murphy**<br>**Address to be provided** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Office at 13111 Huebner Road, San Antonio, TX 78230** | **Christopher John Pettit**<br>**11 Champions Run** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Antonio**          **TX**     **78258** |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **Lease- 11902 Rustic Lane. Note: Sin Reposo has acquired the offices at Rustic Lane and Honecomb and have leased the property to the law firm subject to the Side Letter Agmt. and reclamation rights** | **Christopher John Pettit**<br>**11 Champions Run** |
| | State the term remaining | | **San Antonio**          **TX**     **78258** |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **Lease-11923 Rustic Lane. Note: Sin Reposo has acquired the offices at Rustic Lane and Honecomb and have leased the property to the law firm subject to the Side Letter Agmt. and reclamation rights** | **Christopher John Pettit**<br>**11 Champions Run** |
| | State the term remaining | | **San Antonio**          **TX**     **78258** |
| | List the contract number of any government contract | | |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |

### ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**

| State what the contract or lease is for and the nature of the debtor's interest | Lease-4118 Honecomb. Note: Sin Reposo has acquired the offices at Rustic Lane and Honecomb and have leased the property to the law firm subject to the Side Letter Agmt. and reclamation rights | Christopher John Pettit <br> 11 Champions Run |
|---|---|---|
| State the term remaining | | San Antonio                     TX        78258 |
| List the contract number of any government contract | | |

**2.6**

| State what the contract or lease is for and the nature of the debtor's interest | Lease Office <br> Laredo, Texas | To Be Provided |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chris Pettit & Associates, P.C.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-50591** |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Christopher John Pettit | **11 Champions Run** <br> Number    Street <br><br> **San Antonio       TX    78258** <br> City                State  ZIP Code | **Albert Cardenas Trust** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 Christopher John Pettit | **11 Champions Run** <br> Number    Street <br><br> **San Antonio       TX    78258** <br> City                State  ZIP Code | **Albert Cardenas Trust** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 Christopher John Pettit | **11 Champions Run** <br> Number    Street <br><br> **San Antonio       TX    78258** <br> City                State  ZIP Code | **Alberto Rodriguez** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 Christopher John Pettit | **11 Champions Run** <br> Number    Street <br><br> **San Antonio       TX    78258** <br> City                State  ZIP Code | **Alek Alvarado** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.5 Christopher John Pettit | **11 Champions Run** <br> Number    Street <br><br> **San Antonio       TX    78258** <br> City                State  ZIP Code | **Amy Pridgen** | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

<div style="background:black; height:20px; width:50px;"></div> **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                State   ZIP Code | **Andres Ramirez** | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                State   ZIP Code | **Angel Flores** | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                State   ZIP Code | **Angel Gonzalez** | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                State   ZIP Code | **Angelita Vossler** | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                State   ZIP Code | **Arlene Kreitz Hengst Trust** | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                State   ZIP Code | **Armando Gonzalez** | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                State   ZIP Code | **Augustine Farias** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

## ▋ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.13 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City        State    ZIP Code | Barbara Fuller | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City        State    ZIP Code | Barbara Morales | ☐ D<br>☑ E/F<br>☐ G |
| 2.15 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City        State    ZIP Code | Belinda Stanush | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City        State    ZIP Code | Betty June Krahn | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City        State    ZIP Code | Betty N. Nelson | ☐ D<br>☑ E/F<br>☐ G |
| 2.18 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City        State    ZIP Code | Brady Wise | ☐ D<br>☑ E/F<br>☐ G |
| 2.19 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City        State    ZIP Code | Brenda Nickels Living Trust | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.20 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio   TX   78258<br>City   State   ZIP Code | Brenda O'Brien | ☐ D<br>☑ E/F<br>☐ G |
| 2.21 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio   TX   78258<br>City   State   ZIP Code | Bruce H. Bengel | ☐ D<br>☑ E/F<br>☐ G |
| 2.22 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio   TX   78258<br>City   State   ZIP Code | Carol Melott | ☐ D<br>☑ E/F<br>☐ G |
| 2.23 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio   TX   78258<br>City   State   ZIP Code | Carolyn Oglesby | ☐ D<br>☑ E/F<br>☐ G |
| 2.24 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio   TX   78258<br>City   State   ZIP Code | Catherine Martinez | ☐ D<br>☑ E/F<br>☐ G |
| 2.25 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio   TX   78258<br>City   State   ZIP Code | Charles Koch | ☐ D<br>☑ E/F<br>☐ G |
| 2.26 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio   TX   78258<br>City   State   ZIP Code | Charmaigne Benson | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |

| | Name / Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.27 | Christopher John Pettit — 11 Champions Run, San Antonio TX 78258 | Christine Dailey | ☐ D  ☑ E/F  ☐ G |
| 2.28 | Christopher John Pettit — 11 Champions Run, San Antonio TX 78258 | Christine McQueary | ☐ D  ☑ E/F  ☐ G |
| 2.29 | Christopher John Pettit — 11 Champions Run, San Antonio TX 78258 | Christopher Eardley | ☐ D  ☑ E/F  ☐ G |
| 2.30 | Christopher John Pettit — 11 Champions Run, San Antonio TX 78258 | Chrystal Simental | ☐ D  ☑ E/F  ☐ G |
| 2.31 | Christopher John Pettit — 11 Champions Run, San Antonio TX 78258 | Connie F. Gonzales | ☐ D  ☑ E/F  ☐ G |
| 2.32 | Christopher John Pettit — 11 Champions Run, San Antonio TX 78258 | Counsel Financial | ☑ D  ☐ E/F  ☐ G |
| 2.33 | Christopher John Pettit — 11 Champions Run, San Antonio TX 78258 | Dan and Diana Ibarra Mendez | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.34 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | David and Helen Landman | ☐ D<br>☑ E/F<br>☐ G |
| 2.35 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | David Day | ☐ D<br>☑ E/F<br>☐ G |
| 2.36 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Deaja Reaves | ☐ D<br>☑ E/F<br>☐ G |
| 2.37 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Deidre Persyn | ☐ D<br>☑ E/F<br>☐ G |
| 2.38 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Diane P. Hengst | ☐ D<br>☑ E/F<br>☐ G |
| 2.39 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Dwight Marshall | ☐ D<br>☑ E/F<br>☐ G |
| 2.40 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Eddie and Lou Ann Dreamkowski | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|

**2.41** Christopher John Pettit
11 Champions Run
Number  Street

San Antonio   TX   78258
City       State   ZIP Code

Creditor: **Edie Tyler**
☐ D  ☑ E/F  ☐ G

**2.42** Christopher John Pettit
11 Champions Run
Number  Street

San Antonio   TX   78258
City       State   ZIP Code

Creditor: **Emily Samuel Special Needs Trust**
☐ D  ☑ E/F  ☐ G

**2.43** Christopher John Pettit
11 Champions Run
Number  Street

San Antonio   TX   78258
City       State   ZIP Code

Creditor: **Ernesto Chacon**
☐ D  ☑ E/F  ☐ G

**2.44** Christopher John Pettit
11 Champions Run
Number  Street

San Antonio   TX   78258
City       State   ZIP Code

Creditor: **Estrada Factor**
☐ D  ☑ E/F  ☐ G

**2.45** Christopher John Pettit
11 Champions Run
Number  Street

San Antonio   TX   78258
City       State   ZIP Code

Creditor: **Eva Corbo**
☐ D  ☑ E/F  ☐ G

**2.46** Christopher John Pettit
11 Champions Run
Number  Street

San Antonio   TX   78258
City       State   ZIP Code

Creditor: **Felicia C. Morales**
☐ D  ☑ E/F  ☐ G

**2.47** Christopher John Pettit
11 Champions Run
Number  Street

San Antonio   TX   78258
City       State   ZIP Code

Creditor: **Felicia C. Morales**
☐ D  ☑ E/F  ☐ G

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |

| | Name | Mailing address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.48 | Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio  TX  78258<br>City   State  ZIP Code | | Fernando R. Sanchez | ☐ D<br>☑ E/F<br>☐ G |
| 2.49 | Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio  TX  78258<br>City   State  ZIP Code | | Frank & Emma Persyn Family Ltd. P. | ☐ D<br>☑ E/F<br>☐ G |
| 2.50 | Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio  TX  78258<br>City   State  ZIP Code | | Frank G.Persyn, Jr. | ☐ D<br>☑ E/F<br>☐ G |
| 2.51 | Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio  TX  78258<br>City   State  ZIP Code | | Galen Lee | ☐ D<br>☑ E/F<br>☐ G |
| 2.52 | Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio  TX  78258<br>City   State  ZIP Code | | Gary Archer | ☐ D<br>☑ E/F<br>☐ G |
| 2.53 | Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio  TX  78258<br>City   State  ZIP Code | | Gemaro Garcia | ☐ D<br>☑ E/F<br>☐ G |
| 2.54 | Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio  TX  78258<br>City   State  ZIP Code | | George Pilgrim | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Chris Pettit & Associates, P.C. | | Case number (if known) | 22-50591 |

---

■ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.55 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City                        State   ZIP Code | Gladys Stein Estate | ☐ D<br>☑ E/F<br>☐ G |
| 2.56 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City                        State   ZIP Code | Gordon & Wendy Kuenemann | ☐ D<br>☑ E/F<br>☐ G |
| 2.57 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City                        State   ZIP Code | Harley Elizondo | ☐ D<br>☑ E/F<br>☐ G |
| 2.58 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City                        State   ZIP Code | Harrison H. Buxton II | ☐ D<br>☑ E/F<br>☐ G |
| 2.59 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City                        State   ZIP Code | Henry J. Persyn | ☐ D<br>☑ E/F<br>☐ G |
| 2.60 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City                        State   ZIP Code | Hughes Estate | ☐ D<br>☑ E/F<br>☐ G |
| 2.61 | Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio        TX    78258<br>City                        State   ZIP Code | Irma Castiglione and Eddie Molina | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.62 | Christopher John Pettit | 11 Champions Run<br>Number  Street<br><br>San Antonio  TX  78258<br>City  State  ZIP Code | Irma Guajardo | ☐ D<br>☑ E/F<br>☐ G |
| 2.63 | Christopher John Pettit | 11 Champions Run<br>Number  Street<br><br>San Antonio  TX  78258<br>City  State  ZIP Code | Jacqueline Rios | ☐ D<br>☑ E/F<br>☐ G |
| 2.64 | Christopher John Pettit | 11 Champions Run<br>Number  Street<br><br>San Antonio  TX  78258<br>City  State  ZIP Code | Jacquie Brown | ☐ D<br>☑ E/F<br>☐ G |
| 2.65 | Christopher John Pettit | 11 Champions Run<br>Number  Street<br><br>San Antonio  TX  78258<br>City  State  ZIP Code | James and Adelmire Nolte | ☐ D<br>☑ E/F<br>☐ G |
| 2.66 | Christopher John Pettit | 11 Champions Run<br>Number  Street<br><br>San Antonio  TX  78258<br>City  State  ZIP Code | James and Carol Armstrong | ☐ D<br>☑ E/F<br>☐ G |
| 2.67 | Christopher John Pettit | 11 Champions Run<br>Number  Street<br><br>San Antonio  TX  78258<br>City  State  ZIP Code | James C. Horan | ☐ D<br>☑ E/F<br>☐ G |
| 2.68 | Christopher John Pettit | 11 Champions Run<br>Number  Street<br><br>San Antonio  TX  78258<br>City  State  ZIP Code | Jamie Spears Montelongo | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Chris Pettit & Associates, P.C.**                    Case number (if known) __22-50591__

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|

| | **Name** / **Mailing address** | **Name** | Check all schedules that apply: |
|---|---|---|---|
| 2.69 | Christopher John Pettit<br>**11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                     State    ZIP Code | **Jason & Ashley Forsyth** | ☐ D<br>☑ E/F<br>☐ G |
| 2.70 | Christopher John Pettit<br>**11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                     State    ZIP Code | **Jeff Halay** | ☐ D<br>☑ E/F<br>☐ G |
| 2.71 | Christopher John Pettit<br>**11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                     State    ZIP Code | **Jeneva Bruce** | ☐ D<br>☑ E/F<br>☐ G |
| 2.72 | Christopher John Pettit<br>**11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                     State    ZIP Code | **Jesus Guerra Cortez** | ☐ D<br>☑ E/F<br>☐ G |
| 2.73 | Christopher John Pettit<br>**11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                     State    ZIP Code | **Joann Coleman** | ☐ D<br>☑ E/F<br>☐ G |
| 2.74 | Christopher John Pettit<br>**11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                     State    ZIP Code | **Jose Morales Diaz** | ☐ D<br>☑ E/F<br>☐ G |
| 2.75 | Christopher John Pettit<br>**11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                     State    ZIP Code | **Jose Zuniga Linares** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Chris Pettit & Associates, P.C. | | Case number (if known) | 22-50591 |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.76 | Christopher John Pettit | **11 Champions Run** <br> Number  Street <br><br> **San Antonio** **TX** **78258** <br> City  State  ZIP Code | Juan Garza | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.77 | Christopher John Pettit | **11 Champions Run** <br> Number  Street <br><br> **San Antonio** **TX** **78258** <br> City  State  ZIP Code | Judy Ventura | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.78 | Christopher John Pettit | **11 Champions Run** <br> Number  Street <br><br> **San Antonio** **TX** **78258** <br> City  State  ZIP Code | Justin Burger | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.79 | Christopher John Pettit | **11 Champions Run** <br> Number  Street <br><br> **San Antonio** **TX** **78258** <br> City  State  ZIP Code | Justin Hebert | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.80 | Christopher John Pettit | **11 Champions Run** <br> Number  Street <br><br> **San Antonio** **TX** **78258** <br> City  State  ZIP Code | Karen Hengst May | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.81 | Christopher John Pettit | **11 Champions Run** <br> Number  Street <br><br> **San Antonio** **TX** **78258** <br> City  State  ZIP Code | Karen Seifert | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.82 | Christopher John Pettit | **11 Champions Run** <br> Number  Street <br><br> **San Antonio** **TX** **78258** <br> City  State  ZIP Code | Kathryn Dailey | ☐ D <br> ☑ E/F <br> ☐ G |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.83  **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                    State   ZIP Code | **Ken & Shelli Scott** | ☐ D<br>☑ E/F<br>☐ G |
| 2.84  **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                    State   ZIP Code | **Ken and Joyce Locke** | ☐ D<br>☑ E/F<br>☐ G |
| 2.85  **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                    State   ZIP Code | **Kenneth Scott** | ☐ D<br>☑ E/F<br>☐ G |
| 2.86  **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                    State   ZIP Code | **Kenneth W. Paris** | ☐ D<br>☑ E/F<br>☐ G |
| 2.87  **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                    State   ZIP Code | **Kiernan McAlpine** | ☐ D<br>☑ E/F<br>☐ G |
| 2.88  **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                    State   ZIP Code | **Krystal Garza** | ☐ D<br>☑ E/F<br>☐ G |
| 2.89  **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**     **TX**   **78258**<br>City                    State   ZIP Code | **Laura Kubesh** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.90 | Christopher John Pettit | **11 Champions Run** <br> Number   Street <br><br> **San Antonio**   **TX**   **78258** <br> City   State   ZIP Code | **Lawrence Wayne Hengst** | ☐ D  ☑ E/F  ☐ G |
| 2.91 | Christopher John Pettit | **11 Champions Run** <br> Number   Street <br><br> **San Antonio**   **TX**   **78258** <br> City   State   ZIP Code | **Lee Skinner** | ☐ D  ☑ E/F  ☐ G |
| 2.92 | Christopher John Pettit | **11 Champions Run** <br> Number   Street <br><br> **San Antonio**   **TX**   **78258** <br> City   State   ZIP Code | **Linda Bausch Nickels** | ☐ D  ☑ E/F  ☐ G |
| 2.93 | Christopher John Pettit | **11 Champions Run** <br> Number   Street <br><br> **San Antonio**   **TX**   **78258** <br> City   State   ZIP Code | **Linda Mae Wehmeyer** | ☐ D  ☑ E/F  ☐ G |
| 2.94 | Christopher John Pettit | **11 Champions Run** <br> Number   Street <br><br> **San Antonio**   **TX**   **78258** <br> City   State   ZIP Code | **Linda Wetz** | ☐ D  ☑ E/F  ☐ G |
| 2.95 | Christopher John Pettit | **11 Champions Run** <br> Number   Street <br><br> **San Antonio**   **TX**   **78258** <br> City   State   ZIP Code | **Louise Lacari** | ☐ D  ☑ E/F  ☐ G |
| 2.96 | Christopher John Pettit | **11 Champions Run** <br> Number   Street <br><br> **San Antonio**   **TX**   **78258** <br> City   State   ZIP Code | **Luis and Maxine Elizondo** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.97 | Christopher John Pettit | 11 Champions Run<br>Number      Street<br><br>San Antonio      TX    78258<br>City                State  ZIP Code | Luis Torres Maldonado | ☐ D<br>☑ E/F<br>☐ G |
| 2.98 | Christopher John Pettit | 11 Champions Run<br>Number      Street<br><br>San Antonio      TX    78258<br>City                State  ZIP Code | Malcolm R. Gildart Irrevocable Trust | ☐ D<br>☑ E/F<br>☐ G |
| 2.99 | Christopher John Pettit | 11 Champions Run<br>Number      Street<br><br>San Antonio      TX    78258<br>City                State  ZIP Code | Manfred Lee Marshall | ☐ D<br>☑ E/F<br>☐ G |
| 2.100 | Christopher John Pettit | 11 Champions Run<br>Number      Street<br><br>San Antonio      TX    78258<br>City                State  ZIP Code | Maquir Escobar | ☐ D<br>☑ E/F<br>☐ G |
| 2.101 | Christopher John Pettit | 11 Champions Run<br>Number      Street<br><br>San Antonio      TX    78258<br>City                State  ZIP Code | Maria Rodriguez De Esparza | ☐ D<br>☑ E/F<br>☐ G |
| 2.102 | Christopher John Pettit | 11 Champions Run<br>Number      Street<br><br>San Antonio      TX    78258<br>City                State  ZIP Code | Mark and Robin Verstuyft | ☐ D<br>☑ E/F<br>☐ G |
| 2.103 | Christopher John Pettit | 11 Champions Run<br>Number      Street<br><br>San Antonio      TX    78258<br>City                State  ZIP Code | Mary Jane Staudt | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.104 | Christopher John Pettit | 11 Champions Run<br>Number Street<br><br>San Antonio TX 78258<br>City State ZIP Code | Mary Kay Holly | ☐ D<br>☑ E/F<br>☐ G |
| 2.105 | Christopher John Pettit | 11 Champions Run<br>Number Street<br><br>San Antonio TX 78258<br>City State ZIP Code | Mary L. Skaines | ☐ D<br>☑ E/F<br>☐ G |
| 2.106 | Christopher John Pettit | 11 Champions Run<br>Number Street<br><br>San Antonio TX 78258<br>City State ZIP Code | Melissa Quinones | ☐ D<br>☑ E/F<br>☐ G |
| 2.107 | Christopher John Pettit | 11 Champions Run<br>Number Street<br><br>San Antonio TX 78258<br>City State ZIP Code | Michael and Paula Kastis | ☐ D<br>☑ E/F<br>☐ G |
| 2.108 | Christopher John Pettit | 11 Champions Run<br>Number Street<br><br>San Antonio TX 78258<br>City State ZIP Code | Michael Archer | ☐ D<br>☑ E/F<br>☐ G |
| 2.109 | Christopher John Pettit | 11 Champions Run<br>Number Street<br><br>San Antonio TX 78258<br>City State ZIP Code | Michael Halay | ☐ D<br>☑ E/F<br>☐ G |
| 2.110 | Christopher John Pettit | 11 Champions Run<br>Number Street<br><br>San Antonio TX 78258<br>City State ZIP Code | Michael Kotzur | ☐ D<br>☑ E/F<br>☐ G |

Debtor     **Chris Pettit & Associates, P.C.**           Case number (if known)    **22-50591**

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.111 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio    TX   78258<br>City     State   ZIP Code | Michael L. Reed | ☐ D<br>☑ E/F<br>☐ G |
| 2.112 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio    TX   78258<br>City     State   ZIP Code | Michael Morales | ☐ D<br>☑ E/F<br>☐ G |
| 2.113 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio    TX   78258<br>City     State   ZIP Code | Michael Pilgrim | ☐ D<br>☑ E/F<br>☐ G |
| 2.114 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio    TX   78258<br>City     State   ZIP Code | Monica Castillo | ☐ D<br>☑ E/F<br>☐ G |
| 2.115 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio    TX   78258<br>City     State   ZIP Code | Monica Prado | ☐ D<br>☑ E/F<br>☐ G |
| 2.116 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio    TX   78258<br>City     State   ZIP Code | Mr. and Mrs. Robert C. Kintigh | ☐ D<br>☑ E/F<br>☐ G |
| 2.117 Christopher John Pettit | 11 Champions Run<br>Number   Street<br><br>San Antonio    TX   78258<br>City     State   ZIP Code | Mrs. Theo Pilgrim | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.118 Christopher John Pettit** | **11 Champions Run**<br>Number      Street<br><br>**San Antonio**     **TX**   **78258**<br>City                          State    ZIP Code | **Ms. Cheryl Dailey** | ☐ D<br>☑ E/F<br>☐ G |
| **2.119 Christopher John Pettit** | **11 Champions Run**<br>Number      Street<br><br>**San Antonio**     **TX**   **78258**<br>City                          State    ZIP Code | **Ms. Leigh Sibley** | ☐ D<br>☑ E/F<br>☐ G |
| **2.120 Christopher John Pettit** | **11 Champions Run**<br>Number      Street<br><br>**San Antonio**     **TX**   **78258**<br>City                          State    ZIP Code | **Ms. Leigh Sibley** | ☐ D<br>☑ E/F<br>☐ G |
| **2.121 Christopher John Pettit** | **11 Champions Run**<br>Number      Street<br><br>**San Antonio**     **TX**   **78258**<br>City                          State    ZIP Code | **Nancy Elizondo** | ☐ D<br>☑ E/F<br>☐ G |
| **2.122 Christopher John Pettit** | **11 Champions Run**<br>Number      Street<br><br>**San Antonio**     **TX**   **78258**<br>City                          State    ZIP Code | **Norberto Flores, Jr.** | ☐ D<br>☑ E/F<br>☐ G |
| **2.123 Christopher John Pettit** | **11 Champions Run**<br>Number      Street<br><br>**San Antonio**     **TX**   **78258**<br>City                          State    ZIP Code | **Oscar Ortiz** | ☐ D<br>☑ E/F<br>☐ G |
| **2.124 Christopher John Pettit** | **11 Champions Run**<br>Number      Street<br><br>**San Antonio**     **TX**   **78258**<br>City                          State    ZIP Code | **Pauline Smith** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |

## ▮ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.125 | Christopher John Pettit | 11 Champions Run<br>*Number  Street*<br><br>San Antonio  TX  78258<br>*City  State  ZIP Code* | | Pettit Living Trust | ☐ D<br>☑ E/F<br>☐ G |
| 2.126 | Christopher John Pettit | 11 Champions Run<br>*Number  Street*<br><br>San Antonio  TX  78258<br>*City  State  ZIP Code* | | Pilar Lopez | ☐ D<br>☑ E/F<br>☐ G |
| 2.127 | Christopher John Pettit | 11 Champions Run<br>*Number  Street*<br><br>San Antonio  TX  78258<br>*City  State  ZIP Code* | | Pogue & Company dba JLP Builders, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.128 | Christopher John Pettit | 11 Champions Run<br>*Number  Street*<br><br>San Antonio  TX  78258<br>*City  State  ZIP Code* | | Rhonda Mylnar | ☐ D<br>☑ E/F<br>☐ G |
| 2.129 | Christopher John Pettit | 11 Champions Run<br>*Number  Street*<br><br>San Antonio  TX  78258<br>*City  State  ZIP Code* | | Richard and Rhonda Mylnar | ☐ D<br>☑ E/F<br>☐ G |
| 2.130 | Christopher John Pettit | 11 Champions Run<br>*Number  Street*<br><br>San Antonio  TX  78258<br>*City  State  ZIP Code* | | Richard Forsyth | ☐ D<br>☑ E/F<br>☐ G |
| 2.131 | Christopher John Pettit | 11 Champions Run<br>*Number  Street*<br><br>San Antonio  TX  78258<br>*City  State  ZIP Code* | | Richard Warncke | ☐ D<br>☑ E/F<br>☐ G |

Schedule H: Codebtors

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|

███ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.132 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**    **TX**    **78258**<br>City    State    ZIP Code | **Rick L. Mylnar** | ☐ D<br>☑ E/F<br>☐ G |
| 2.133 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**    **TX**    **78258**<br>City    State    ZIP Code | **Robbie and Beverley Henwood** | ☐ D<br>☑ E/F<br>☐ G |
| 2.134 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**    **TX**    **78258**<br>City    State    ZIP Code | **Robert and Tara Jaeckle** | ☐ D<br>☑ E/F<br>☐ G |
| 2.135 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**    **TX**    **78258**<br>City    State    ZIP Code | **Robert Kintigh** | ☐ D<br>☑ E/F<br>☐ G |
| 2.136 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**    **TX**    **78258**<br>City    State    ZIP Code | **Rosenbusch Farm & Ranch, Inc.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.137 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**    **TX**    **78258**<br>City    State    ZIP Code | **Sallie Mae Waclawczyk** | ☐ D<br>☑ E/F<br>☐ G |
| 2.138 **Christopher John Pettit** | **11 Champions Run**<br>Number     Street<br><br>**San Antonio**    **TX**    **78258**<br>City    State    ZIP Code | **Sam V. Farace, Jr./Camile J. Farace** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| Name | Mailing address | Name | Check all schedules that apply: |
|------|-----------------|------|---------------------------------|
| 2.139 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | San Antonio EMS | ☐ D<br>☑ E/F<br>☐ G |
| 2.140 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Sandra Dailey | ☐ D<br>☑ E/F<br>☐ G |
| 2.141 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Sandra Moody | ☐ D<br>☑ E/F<br>☐ G |
| 2.142 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Sarah Mariscal | ☐ D<br>☑ E/F<br>☐ G |
| 2.143 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Scott Bishop | ☐ D<br>☑ E/F<br>☐ G |
| 2.144 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Shannon Edwards | ☐ D<br>☑ E/F<br>☐ G |
| 2.145 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City    State    ZIP Code | Sharon A. Brimhall | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
| --- | --- | --- | --- |

▮ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |

| Name | Mailing address | | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.146 Christopher John Pettit | 11 Champions Run<br>Number     Street<br><br>San Antonio     TX   78258<br>City     State   ZIP Code | | Sharon A. Rakowitz | ☐ D<br>☑ E/F<br>☐ G |
| 2.147 Christopher John Pettit | 11 Champions Run<br>Number     Street<br><br>San Antonio     TX   78258<br>City     State   ZIP Code | | Sibley Living Trust | ☐ D<br>☑ E/F<br>☐ G |
| 2.148 Christopher John Pettit | 11 Champions Run<br>Number     Street<br><br>San Antonio     TX   78258<br>City     State   ZIP Code | | Stephen E. Luna | ☐ D<br>☑ E/F<br>☐ G |
| 2.149 Christopher John Pettit | 11 Champions Run<br>Number     Street<br><br>San Antonio     TX   78258<br>City     State   ZIP Code | | Susana Blanco | ☐ D<br>☑ E/F<br>☐ G |
| 2.150 Christopher John Pettit | 11 Champions Run<br>Number     Street<br><br>San Antonio     TX   78258<br>City     State   ZIP Code | | Taylor Eldridge | ☐ D<br>☑ E/F<br>☐ G |
| 2.151 Christopher John Pettit | 11 Champions Run<br>Number     Street<br><br>San Antonio     TX   78258<br>City     State   ZIP Code | | Taylor Living Trust | ☐ D<br>☑ E/F<br>☐ G |
| 2.152 Christopher John Pettit | 11 Champions Run<br>Number     Street<br><br>San Antonio     TX   78258<br>City     State   ZIP Code | | The Douglas McDougal Estate and Trust | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.153 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio         TX    78258<br>City                      State   ZIP Code | The Estate of Mary Luna Arratia | ☐ D  ☑ E/F  ☐ G |
| 2.154 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio         TX    78258<br>City                      State   ZIP Code | The Estate of Schaumann | ☐ D  ☑ E/F  ☐ G |
| 2.155 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio         TX    78258<br>City                      State   ZIP Code | Thelma Rollins | ☐ D  ☑ E/F  ☐ G |
| 2.156 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio         TX    78258<br>City                      State   ZIP Code | Tom Dowling (Independent Executor) | ☐ D  ☑ E/F  ☐ G |
| 2.157 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio         TX    78258<br>City                      State   ZIP Code | University Hospital | ☐ D  ☑ E/F  ☐ G |
| 2.158 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio         TX    78258<br>City                      State   ZIP Code | Valerie C. Morris | ☐ D  ☑ E/F  ☐ G |
| 2.159 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio         TX    78258<br>City                      State   ZIP Code | Valerie Rivera | ☐ D  ☑ E/F  ☐ G |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.160 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City              State    ZIP Code | Vicenta Jimenez | ☐ D<br>☑ E/F<br>☐ G |
| 2.161 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City              State    ZIP Code | Wayne & Barbara Benke | ☐ D<br>☑ E/F<br>☐ G |
| 2.162 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City              State    ZIP Code | William C. Dailey, III | ☐ D<br>☑ E/F<br>☐ G |
| 2.163 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City              State    ZIP Code | William C. Dailey, Jr. | ☐ D<br>☑ E/F<br>☐ G |
| 2.164 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City              State    ZIP Code | Winnie Bongalis | ☐ D<br>☑ E/F<br>☐ G |
| 2.165 Christopher John Pettit | 11 Champions Run<br>Number    Street<br><br>San Antonio    TX    78258<br>City              State    ZIP Code | Yvonne Gibbens | ☐ D<br>☑ E/F<br>☐ G |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor Name</td><td><b>Chris Pettit & Associates, P.C.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>WESTERN DISTRICT OF TEXAS</b></td></tr>
<tr><td>Case number (if known):</td><td><b>22-50591</b></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. | **Real property:** Copy line 88 from Schedule A/B............................................................................ | **$0.00** |
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B...................................................... | **$13,803,896.02** |
| 1c. | **Total of all property:** Copy line 92 from Schedule A/B.............................................................. | **$13,803,896.02** |

## Part 2: Summary of Liabilities

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.............................. **$4,000,000.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| | | |
|---|---|---|
| 3a. | **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F............................... | **$0.00** |
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............ | **+ $107,625,519.49** |

**4.** **Total liabilities**
Lines 2 + 3a + 3b................................................................................................................. **$111,625,519.49**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td><strong>Chris Pettit & Associates, P.C.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>22-50591</strong></td></tr>
</table>

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/30/2022          X **/s/ Christopher John Pettit**
_____                      _____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                   **Christopher John Pettit**
                                   _____
                                   Printed name
                                   **President**
                                   _____
                                   Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

| | |
|---|---|
| Debtor name | **Chris Pettit & Associates, P.C.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **22-50591** |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:  Income

**1.   Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2022** to<br>MM / DD / YYYY | Filing date | ☐ Operating a business<br>☑ Other  **Gross Deposits** | **$11,413,000.00** |
| **For prior year:** | From **01/01/2021** to<br>MM / DD / YYYY | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☑ Other  **approximately** | **$43,000,000.00** |
| **For the year before that:** | From **01/01/2020** to<br>MM / DD / YYYY | **12/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☑ Other  **tax returns** | **$45,716,357.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue<br>from each source<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2022** to<br>MM / DD / YYYY | Filing date | **Christopher John Pettit** | **$286,500.00** |
| **For prior year:** | From **01/01/2021** to<br>MM / DD / YYYY | **12/31/2021**<br>MM / DD / YYYY | **Christopher John Pettit** | **$325,990.00** |
| **For the year before that:** | From **01/01/2020** to<br>MM / DD / YYYY | **12/31/2020**<br>MM / DD / YYYY | **Christopher John Pettit (approx)** | **$600,000.00** |

---

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Various Creditors**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | **An accounting of payments made within 90 days is being prepared, but comprehensive information is not currently available and will be supplmeneted upon completion of the accounting, to be provided as amendment to SOA 2.3 as soon as available.** | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Christopher John Pettit**<br>Insider's name<br>**11 Champions Run**<br>Street<br><br>**San Antonio          TX     78258**<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>**President** | | | **An analysis of all payments within 1 year to insiders is being made - SOA 2.4 will be supplemented once information is available** |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Deidre Persyn v. Chris Pettit, Individually and Chris Pettit, as Escrow Agent of Chris Pettit & Associates** | **Collection of Debt** | **285th District Court, Bexar County** Name<br><br>Street<br><br><br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2020-CI23605** | | | |
| 7.2. | **Dr. Salvador Ortiz and Salvador Ortiz Irrevocable Trust v. Chris Pettit & Associates, P.C. and Christopher J. Pettit** | **Collection of Debt** | **438th District Court, Bexar County** Name<br><br>Street<br><br><br>City                State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**2021-CI-19113** | | | |
| 7.3. | **Robert E. Walsh, Trustee on behalf of Charmaign Young Benson Irrevocable Trust v. Christopher Pettit, individually as former Trustee of the Charmaigne Young Benson Irrevocable Trust** | | **45th District Court, Bexar County** Name<br><br>Street<br><br><br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2022-CI-06516** | | | |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.4. | **Sharon A. Brimhall, Individually and as Executor of the Estate of Harry A. Sims and Dollar H Opportunities, LLC v. Chris Pettit and Associates, P.C. and Christopher J. Pettit, Individually** | **Collection of Debt** | **45th District Court, Bexar County** <br> Name <br><br> Street <br><br><br> City        State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2022-CI-06852** | | | |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.5. | **James Craig Horan and Gennifer Horan v. Chris Pettit & Associates, P.C. and Christopher J. Pettit** | **Collection of Debt** | **73rd District Court, Bexar County** <br> Name <br><br> Street <br><br><br> City        State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **2022-CI-06069** | | | |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.6. | **Arlene Kreitz Hengst Trust, Karen KEngst May, Dianne P. Hengst and Lawrence Wayne Hengst v. Chris Pettit & Associates, P.C. and Christopher J. Pettit** | **Collection of Debt** | **438th District Court, Bexar County** <br> Name <br><br> Street <br><br><br> City        State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2022-CI-09275** | | | |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.7. | **Pogue & Company dba JLP Builders, Inc. and Jimmie Pogue, Plaintiffs, and David M. Landman and Helen E. Landman, Intervenors v. Christopher J. Pettit and Chris Pettit & Associates, P.C.** | **Collection of Debt** | **45th District Court, Bexar County** <br> Name <br><br> Street <br><br><br> City        State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **2022-CI-03908** | | | |

| | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| 7.8. | **Frank and Emma Persyn Family Limited Partnership, Henry J. Persyn, Frank G. Persyn, Jr., Laura Kubesh and Leslie Ann Persyn v. Christopher J. Pettit and Chris Pettit & Associtaes, P.C.** | **Collection of Debt** | **285th District Court, Bexar County** <br> Name <br><br> Street <br><br><br> City        State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **2022-CI-09416** | | | |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|
| | Name | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **Charmaigne Benson v. Christopher Pettit, Individually, and Chris Pettit and Associates** | | **408th District Court, Bexar County**<br>Name<br><br>Street<br><br><br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2022-CI-08737** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | **Sharon Rakowitz, individually and as General Partner and Limited Partner of Bossy R, LP, Karen Varns, Agnes Mae Hartman and Peter Rakowitz v. Christopher J. Pettit and Chris Pettit & Associates, P.C.** | Collection of Debt | **In the Probate Court No. 1, Bexar Cour**<br>Name<br><br>Street<br><br><br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**22-PC-01235** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11. | **Michael L. Reed v. Christopher J. Pettit, individually, and d/ba The Law Office of Christopher J. Pettit and Associates** | Collection of Debt | **17th District Court, Tarrant County**<br>Name<br><br>Street<br><br><br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**017-333310-22** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.12. | **Michael Archer v. Christopher J. Pettit and Chris Pettit & Associates, P.C.** | | **45th District Court, Bexar County, Tex**<br>Name<br><br>Street<br><br><br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**2022-CI-08566** | | | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td>**Part 4:**</td><td>**Certain Gifts and Charitable Contributions**</td></tr>
</table>

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

<table>
<tr><td>**Part 5:**</td><td>**Certain Losses**</td></tr>
</table>

10.  All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property).* | Date of loss | Value of property lost |
|---|---|---|---|
| **An unknown number of client files, computers, furniture, were removed from Debtor's office by B. Walsh, R. Walsh and S. San Miguel Astin who upon information and belief assumed control over those files without permission or authority by Debtor. Value of property lost - unknown** | | **March 2022** | |

<table>
<tr><td>**Part 6:**</td><td>**Certain Payments or Transfers**</td></tr>
</table>

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Martin & Drought, P.C.** | **Retainer - Bankruptcy for Chris Pettit & Associates** | 05/16/2022 | **$20,000.00** |
| | **Address** | | | |
| | **Weston Centre** | | | |
| | Street | | | |
| | **112 East Pecan Street** | | | |
| | **San Antonio**　　　　**TX**　　**78205** | | | |
| | City　　　　　　　　　State　　ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **Chris Pettit** | | | |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|
| | Name | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Salvador Ortiz Irrevocable Trust | Settlement of lawsuit/payments were made out of closing proceeds with Sin Reposo transactions relating to transfer of real property subject to rights of redemption of property owned by C. Pettit individually or from property owned by entities owned by C. Pettit. | Jan/April 2022 | $13,800,000.00 |
| | **Address** | | | |
| | 29719 No Le Hace Drive | | | |
| | Street | | | |
| | Fair Oaks Ranch   TX   78015 | | | |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Creditor | | | |

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | Judy Herman | Used to pay claims overseen by B. Walsh | | $500,000.00 |
| | **Address** | | | |
| | Street | | | |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor** | | | |

|  | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3. | Sharon A. Brimhall | Payment - in settlement overseen by B. Walsh | February 2022 | $675,000.00 |
| | **Address** | | | |
| | 7510 Fair Oaks Parkway | | | |
| | Street | | | |
| | Fair Oaks Ranch   TX   78015 | | | |
| | City          State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Creditor | | | |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|
| | Name | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.4. | **Sharon Rakowitz** | **Bossy R's Ltd. - in settlment of claim overseen by B. Walsh** | **December 202** | **$950,000.00** |
| | **Address** | | | |
| | **527 CR 352** | | | |
| | Street | | | |
| | **Karnes City**   **TX**   **78118** | | | |
| | City      State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.5. | **Debtor is review its files** | **Debtor is reviewing its files to determine additional transfers made within 2 years not already listed** | | |
| | **Address** | | | |
| | Street | | | |
| | City      State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Winter Park Bank**<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | XXXX- 6  8  3  4 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 12/2021 | |
| 18.2. **Winter Park Bank**<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | XXXX- 1  6  8  0 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☒ Other **Operating** | 12/2021 | |
| 18.3. **Winter Park Bank**<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | XXXX- 2  2  1  7 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☒ Other **Trust** | 12/2021 | |

| Debtor | Chris Pettit & Associates, P.C. | | Case number (if known) | 22-50591 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.4. **Winter Park Bank** <br> Name <br><br> Street <br><br><br> City          State    ZIP Code | XXXX- **2  2  1  7** | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☒ Other  **Trust** | **12/2021** | |

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| 18.5. **Texas Star** <br> Name <br><br> Street <br><br><br> City          State    ZIP Code | XXXX- **1  4  6  5** | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☒ Other  **Expense** | **02/2021** | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| Name <br><br> Street <br><br><br> City          State    ZIP Code | Address | **Debtor maintained storage facilities - to be identified later** | ☒ No <br> ☐ Yes |

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.** **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **The Estate of Mary Luna Arratia**<br>Name<br>**11902 Rustic Lane**<br>Street<br><br>**San Antonio**    **TX**   **78230**<br>City      State   ZIP Code | **Within Trust or IOLTA Accounts maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| **Arlene Becker**<br>Name<br>**504 Schweppe St.**<br>Street<br><br>**Boerne**    **TX**   **78006**<br>City      State   ZIP Code | **Within Trust or IOLTA Accounts maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| **Wayne & Barbara Benke**<br>Name<br>**6850 Talley Road**<br>Street<br><br>**San Antonio**    **TX**   **78253**<br>City      State   ZIP Code | **Within Trust or IOLTA Accounts maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| **Travis & Debra Benke**<br>Name<br>**501 CR 324**<br>Street<br><br>**Hondo**    **TX**   **78861**<br>City      State   ZIP Code | **Within Trust or IOLTA Accounts maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Debtor | **Chris Pettit & Associates, P.C.** | | | Case number (if known) | **22-50591** |
|---|---|---|---|---|---|
| | Name | | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Eardley, Virginia Estate** <br> Name | **Within Trust or IOLTA Accounts** <br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| **11902 Rustic Lane** <br> Street | | | |
| **San Antonio**    **TX**    **78230** <br> City          State    ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Estrada/Factor** <br> Name | **Within Trust or IOLTA Accounts** <br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| **11902 Rustic Lane** <br> Street | | | |
| **San Antonio**    **TX**    **78230** <br> City          State    ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Jason Forsyth** <br> Name | **Within Trust or IOLTA Accounts** <br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| **3258 Bending Creek** <br> Street | | | |
| **San Antonio**    **TX**    **78261** <br> City          State    ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Malcolm R. Gildart Irrevocable Trust** <br> Name | **Within Trust or IOLTA Accounts** <br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| **11902 Rustic Lane** <br> Street | | | |
| **San Antonio**    **TX**    **78230** <br> City          State    ZIP Code | | | |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Connie Gonzales** <br> Name <br><br> **11200 Perrin Bietel Road** <br> Street <br><br> **No. 123** <br><br> **San Antonio**      **TX**    **78217** <br> City              State    ZIP Code | **Within Trust or IOLTA Accounts** <br><br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| **Diane P. Hengst** <br> Name <br><br> **15611 Thrush Gate Lane** <br> Street <br><br><br> **San Antonio**      **TX**    **78248** <br> City              State    ZIP Code | **Within Trust or IOLTA Accounts** <br><br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| **Mary Kay Holly** <br> Name <br><br> **16911 San Pedro** <br> Street <br><br> **No. 36** <br><br> **San Antonio**      **TX**    **78232** <br> City              State    ZIP Code | **Within Trust or IOLTA Accounts** <br><br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| **Yvonne Gibbens** <br> Name <br><br> **11902 Rustic Lane** <br> Street <br><br><br> **San Antonio**      **TX**    **78230** <br> City              State    ZIP Code | **Within Trust or IOLTA Accounts** <br><br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Debtor | Chris Pettit & Associates, P.C. | | Case number (if known) | 22-50591 |
|---|---|---|---|---|
| | Name | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Hughes Estate**<br>Name<br>**11902 Rustic Lane**<br>Street<br><br>**San Antonio**    **TX**    **78230**<br>City                State   ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Dan Mendez and Diana Ibarra Mendez**<br>Name<br>**2313 Lockhill Selma Rd.**<br>Street<br>**Suite 253**<br><br>**San Antonio**    **TX**    **78230**<br>City                State   ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Rose Valdez-Jackson Living Trust**<br>Name<br>**11902 Rustic Lane**<br>Street<br><br>**San Antonio**    **TX**    **78230**<br>City                State   ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Gary Jackson Living Trust**<br>Name<br>**11902 Rustic Lane**<br>Street<br><br>**San Antonio**    **TX**    **78230**<br>City                State   ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Debtor | Chris Pettit & Associates, P.C. | | Case number (if known) | 22-50591 |
|---|---|---|---|---|
| | Name | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Robert and Tara Jaeckle**<br>Name<br><br>**1315 Greer Street**<br>Street<br><br><br>**San Antonio** **TX** **78210**<br>City  State  ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Robert Kintigh**<br>Name<br><br>**10807 Access Crossing**<br>Street<br><br><br>**San Antonio** **TX** **78257**<br>City  State  ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Betty Krahn**<br>Name<br><br>**6870 Heuermass Road**<br>Street<br><br><br>**San Antonio** **TX** **78256**<br>City  State  ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Kuenemann**<br>Name<br><br>**409 Riviera Way**<br>Street<br><br><br>**Canyon Lake** **TX** **78133**<br>City  State  ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Landman** <br> <sub>Name</sub> <br> **2041 Oxbow Circle** <br> <sub>Street</sub> <br><br> **New Braunfels       TX     78130** <br> <sub>City                    State   ZIP Code</sub> | **Within Trust or IOLTA Accounts** <br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Galen Lee** <br> <sub>Name</sub> <br> **27933 Bonn Mountain Street** <br> <sub>Street</sub> <br><br> **San Antonio       TX     78230** <br> <sub>City                    State   ZIP Code</sub> | **Within Trust or IOLTA Accounts** <br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Louise Lacari** <br> <sub>Name</sub> <br> **11902 Rustic Lane** <br> <sub>Street</sub> <br><br> **San Antonio       TX     78230** <br> <sub>City                    State   ZIP Code</sub> | **Within Trust or IOLTA Accounts** <br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Ken and Joyce Locke** <br> <sub>Name</sub> <br> **3303 Sable Creek** <br> <sub>Street</sub> <br><br> **San Antonio       TX     78259** <br> <sub>City                    State   ZIP Code</sub> | **Within Trust or IOLTA Accounts** <br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|
| | Name | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **M&M/Monterrosa**<br>Name<br>**11902 Rustic Lane**<br>Street<br><br>**San Antonio**  TX  78230<br>City   State  ZIP Code | **Within Trust or IOLTA Accounts maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | $1.00 |
| **Oscar Martinez Irrevocable Trust**<br>Name<br>**11902 Rustic Lane**<br>Street<br><br>**San Antonio**  TX  78230<br>City   State  ZIP Code | **Within Trust or IOLTA Accounts maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | $1.00 |
| **Christine McQueary**<br>Name<br>**13514 Carlton Oaks**<br>Street<br><br>**San Antonio**  TX  78232<br>City   State  ZIP Code | **Within Trust or IOLTA Accounts maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | $1.00 |
| **James C. Horan**<br>Name<br>**19 Angel Dove Pl.**<br>Street<br><br>**The Woodlands**  TX  77382-2730<br>City   State  ZIP Code | **Within Trust or IOLTA Accounts maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | $1.00 |

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |
|---|---|---|---|---|
| | Name | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Douglas McDoubal Estate and Trust** <br> Name <br><br> **1304 Rodalyn** <br> Street <br><br><br> **Boerne**     **TX**    **78006** <br> City        State   ZIP Code | **Within Trust or IOLTA Accounts** <br><br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Carol Melott** <br> Name <br><br> **27933 Benn Mountain Street** <br> Street <br><br><br> **San Antonio**     **TX**    **78260** <br> City        State   ZIP Code | **Within Trust or IOLTA Accounts** <br><br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Barbara Morales** <br> Name <br><br> **143 Summertime Drive** <br> Street <br><br><br> **San Antonio**     **TX**    **78216** <br> City        State   ZIP Code | **Within Trust or IOLTA Accounts** <br><br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Michael Morales** <br> Name <br><br> **10923 West Avenue** <br> Street <br><br><br> **San Antonio**     **TX**    **78213** <br> City        State   ZIP Code | **Within Trust or IOLTA Accounts** <br><br> **maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Amy Pridgen**<br>Name<br><br>**11902 Rustic Lane**<br>Street<br><br><br>**San Antonio**　　**TX**　**78230**<br>City　　　　　　State　ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Sharon A. Rakowitz**<br>Name<br><br>**527 CR 352**<br>Street<br><br><br>**Karnes City**　　**TX**　**78118**<br>City　　　　　　State　ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Red Rope Limited Parternship**<br>Name<br><br>**11902 Rustic Lane**<br>Street<br><br><br>**San Antonio**　　**TX**　**78230**<br>City　　　　　　State　ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Rosenbusch Farm & Ranch, Inc.**<br>Name<br>**c/o David Rosenbusch**<br>Street<br>**228 Westheim Drive**<br><br>**Castroville**　　**TX**　**78009**<br>City　　　　　　State　ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | **$1.00** |

| Debtor | Chris Pettit & Associates, P.C. | | Case number (if known) | 22-50591 |
|---|---|---|---|---|
| | Name | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **The Estate of Schaumann**<br>Name<br>**11902 Rustic Lane**<br>Street<br><br>**San Antonio**   **TX**   **78230**<br>City   State   ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Kenneth Scott**<br>Name<br>**2702 Prague**<br>Street<br><br>**San Antonio**   **TX**   **78230**<br>City   State   ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Betty N. Nelson**<br>Name<br>**11639-2 Bolero Circle**<br>Street<br><br>**San Antonio**   **TX**   **78230**<br>City   State   ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Brenda O'Brien**<br>Name<br>**205 West Street**<br>Street<br><br>**Bayside**   **TX**   **78340**<br>City   State   ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |
|---|---|---|---|---|
| | Name | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **The Estate of Harry Sims**<br>Name<br>**c/o Sharon A. Brimhall**<br>Street<br>**7510 Fair Oaks Parkway**<br><br>**Fair Oaks Ranch     TX     78015**<br>City                State    ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Mary L. Skaines**<br>Name<br>**7270 Burns Xing**<br>Street<br><br>**San Antonio     TX     78230-6531**<br>City                State    ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Lee Skinner**<br>Name<br>**2792 W. Peppercorn Circle**<br>Street<br><br>**Taylorsville     UT     84129**<br>City                State    ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Mary Jane Staudt**<br>Name<br>**521 Serene Woods Circle**<br>Street<br><br>**Canyon Lake     TX     78133**<br>City                State    ZIP Code | **Within Trust or IOLTA Accounts**<br>**maintained by Chris Pettit & Associa** | In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized | **$1.00** |

| Debtor | **Chris Pettit & Associates, P.C.** | | Case number (if known) | **22-50591** |
|---|---|---|---|---|
| | Name | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Gladys Stein Estate**<br>Name<br><br>**11902 Rustic Lane**<br>Street<br><br>**San Antonio      TX    78230**<br>City                State    ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Linda Mae Wehmeyer**<br>Name<br><br>**5708 Goldstone Court**<br>Street<br><br>**Mustang        OK    73064**<br>City                State    ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Richard Warncke**<br>Name<br><br>**1618 Hillcrest**<br>Street<br><br>**San Antonio      TX    78228**<br>City                State    ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Angelita Vossler**<br>Name<br><br>**2222 Saxon**<br>Street<br><br>**Houston        TX    77018**<br>City                State    ZIP Code | **Within Trust or IOLTA Accounts**<br><br>**maintained by Chris Pettit & Associa** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Edie Tyler** | **Within Trust or IOLTA Accounts** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| Name | **maintained by Chris Pettit & Associa** | | |
| **12312 Edwards Hollow Run** | | | |
| Street | | | |
| | | | |
| **Austin**　　**TX**　**78739** | | | |
| City　　　　　State　ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Taylor Living Trust** | **Within Trust or IOLTA Accounts** | **In various capacities as attorney, trustee, or otherwise there were various accounts, trusts or other devices that were held or "controlled" - the account balances are uncertain and are temporarily listed at $1.00 until an accounting review may be finalized** | **$1.00** |
| Name | **maintained by Chris Pettit & Associa** | | |
| **c/o Ronald Taylor** | | | |
| Street | | | |
| **531 County Road 1812** | | | |
| **Clifton**　　**TX**　**76634** | | | |
| City　　　　　State　ZIP Code | | | |

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | **NOTE: Debtor is continuing efforts to obtain client/creditor information will complete upon availability of supplemental information** | |
| Name | | | |
| Street | | | |
| | | | |
| City　　　　　State　ZIP Code | | | |

Debtor   **Chris Pettit & Associates, P.C.**       Case number (if known)   **22-50591**
Name

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

26. **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | |
|---|---|---|---|---|---|
| 26a.1. | **John Buxie** | | From | **2013** | To | **Present** |
| | Name | | | | |
| | **John Buxie, CPA, PC** | | | | |
| | Street | | | | |
| | **12915 Jones Maltsburger #101** | | | | |
| | **San Antonio** | **TX** | **78247** | | |
| | City | State | ZIP Code | | |

| Debtor | Chris Pettit & Associates, P.C. | Case number (if known) | 22-50591 |
|---|---|---|---|
| | Name | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chris Pettit | 11 Champions Run<br>San Antonio, TX 78258 | President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Debtor | **Chris Pettit & Associates, P.C.** | Case number (if known) | **22-50591** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;display:inline-block;padding:2px 6px;font-weight:bold">Part 14:</div> **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/30/2022
            MM / DD / YYYY

X **/s/ Christopher John Pettit**                                      Printed name   **Christopher John Pettit**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy*  (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re  **Chris Pettit & Associates, P.C.**

Case No.  **22-50591**

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................... **$20,000.00**

Prior to the filing of this statement I have received....................................... **$20,000.00**

Balance Due........................................................................................... **$0.00**

2. The source of the compensation paid to me was:

☐ Debtor        ☑ Other (specify)
                **Chris Pettit**

3. The source of compensation to be paid to me is:

☐ Debtor        ☑ Other (specify)
                **Chris Pettit**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **2004 Exam, exemption objections, contested and/or adversary matters**

<div style="border:1px solid black">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/30/2022 | /s/ MICHAEL G. COLVARD | |
|---|---|---|
| *Date* | *MICHAEL G. COLVARD* | Bar No.  04629200 |
| | Martin & Drought, P.C. | |
| | Weston Centre | |
| | 112 East Pecan Street | |
| | Suite 1616 | |
| | San Antonio, TX 78205 | |
| | Phone: (210) 227-7591 / Fax: (210) 227-7924 | |

</div>

**/s/ Christopher John Pettit**
*Christopher John Pettit*
*President*