# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-50591 |
| **CHRIS PETTIT & ASSOCIATES, P.C.,** | § | |
| | § | CASE NO. 22-50592 |
| **CHRISTOPHER JOHN PETTIT,** | § | |
| | § | CHAPTER 11 |
| | § | |
| **JOINTLY ADMINISTERED DEBTORS**[1] | § | (Jointly Administered Under |
| | § | Case No. 22-50591) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Christopher Adams and John Thomas Oldham hereby enter their appearance as counsel to 410 Dauphine LLC, creditor and party-in-interest in the above-captioned bankruptcy case. Pursuant to section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Bankruptcy Local Rules for the Western District of Texas (the "Bankruptcy Local Rules"), the undersigned requests that copies of all pleadings and other papers filed in this case, as well as notices given or required to be given in this case, be served on counsel at the address listed below.

Christopher Adams
John Thomas Oldham
**OKIN ADAMS BARTLETT CURRY LLP**
1113 Vine Street, Suite 240
Houston, Texas 77002
Telephone: (713) 228-4100
Facsimile: (346) 247-7158
Email: cadams@okinadams.com
Email: joldham@okinadams.com

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's Social Security Number or Federal Tax Identification Number, as applicable, are: Chris Pettit & Associates, P.C. (1267), and Christopher John Pettit (9429). The Debtors' mailing address is 11 Champions Run, San Antonio, TX 78258.

Respectfully submitted on this 22nd day of December, 2022.

        **OKIN ADAMS BARTLETT CURRY LLP**

By:  /s/ *John Thomas Oldham*
     Christopher Adams
     Texas Bar No. 24009857
     Email: cadams@okinadams.com
     John Thomas Oldham
     Texas Bar No. 24075429
     Email: joldham@okinadams.com
     1113 Vine Street, Suite 240
     Houston, Texas 77002
     Tel: (713) 228-4100
     Fax: (346) 247-7158

**ATTORNEYS FOR 410 DAUPHINE LLC**

## CERTIFICATE OF SERVICE

       I hereby certify that on December 23, 2022, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF system to all parties consenting to service through the same and by first class mail, postage prepaid, upon the parties listed below:

| | |
|---|---|
| **Pro Se Debtors** | **Attorneys for Chapter 11 Trustee** |
| Chris Pettit & Associates, P.C. | Patrick L. Huffstickler |
| Christopher John Pettit | Danielle Nicole Rushing |
| Karnes City Detention Facility | DYKEMA GOSSETT PLLC |
| 810 Commerce Street | 112 E. Pecan Street, Suite 1800 |
| Inmate ID: WD20498510 | San Antonio, TX 78205 |
| Karnes City, TX 78118 | |
| | Basil A. Umari |
| **U.S. Trustee** | DYKEMA GOSSETT PLLC |
| Office of the U.S. Trustee | 5 Houston Center |
| 615 E. Houston Street, Suite 533 | 1401 McKinney Street, Suite 1625 |
| San Antonio, TX 78205 | Houston, TX 77010 |
| | |
| **Chapter 11 Trustee** | Leslie M. Luttrell |
| Eric Terry | LUTTRELL + CARMODY LAW GROUP |
| Eric Terry Law, PLLC | 100 N.E. Loop 410, Suite 615 |
| 3511 Broadway | San Antonio, TX 78216 |
| San Antonio, TX 78209 | |

By:   /s/ *John Thomas Oldham*
       John Thomas Oldham