# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE:<br><br>CHRIS PETTIT & ASSOCIATES, P.C.<br><br>CHRISTOPHER JOHN PETTIT<br><br>Jointly Administered Debtors.[1] | § § § § § § § § § § § | CASE NO. 22-50591-CAG<br><br>CASE NO. 22-50592-CAG<br><br>CHAPTER 11 PROCEEDINGS<br>(Jointly Administered Under<br>Case No. 22-50591-CAG) |

### FIFTH NOTICE AND STIPULATION REGARDING CHALLENGE OF ERIC TERRY, CHAPTER 11 TRUSTEE, TO CLAIMS OF COUNSEL FINANCIAL PURSUANT TO ORDER REGARDING MOTION TO REQUIRE TRUSTEE TO SEGREGATE COUNSEL FINANCIAL'S CASH COLLATERAL AND FOR ADEQUATE PROTECTION [DOCKET NO. 834]

Eric Terry, solely in his capacity as chapter 11 trustee (the "Trustee") for the bankruptcy estates (the "Estates") of Chris Pettit & Associates, P.C. ("CP&A") and Christopher John Pettit ("Pettit," and together with CP&A, the "Debtors"), Counsel Financial II, LLC ("CFII"), and Counsel Financial Holdings, LLC (together with CFII, "Counsel Financial") file this *Fifth Notice and Stipulation Regarding Challenge of Eric Terry, Chapter 11 Trustee, to Claims of Counsel Financial Pursuant to Order Regarding Motion to Require Trustee to Segregate Counsel Financial's Cash Collateral and for Adequate Protection* (the "Notice and Stipulation") and represent as follows:

### BACKGROUND

1.  On June 1, 2022 (the "Petition Date"), the Debtors commenced their Chapter 11 cases by filing voluntary petitions under chapter 11 of the Bankruptcy Code. On June 13, 2022,

the Court entered its Orders [Docket No. 36 in the Pettit case and Docket No. 39 in the CP&A case] directing the appointment of a chapter 11 trustee in the Debtors' cases and providing that the United States Trustee appoint such chapter 11 trustee. On June 16, 2022, the United States Trustee filed its Notice of Appointment of Chapter 11 Trustee [Docket No. 49 in the CP&A case], providing for the appointment of Mr. Terry as Trustee. On June 22, 2022, the Court entered its *Order Approving United States Trustee's Application for Order Approving Appointment of Eric Terry as Chapter 11 Trustee* [Docket No. 83 in the CP&A case)], approving the United States Trustee's selection and appointment of Mr. Terry as Trustee. A Committee has been appointed and no motions to convert the cases have been filed.

  2. On February 8, 2023, the Court ordered that:

> the Trustee, any creditor or other party in interest may challenge the validity, amount, perfection, priority, extent, or enforceability of the purported secured claim or the prepetition security interests of Counsel Financial (a "Challenge"), so long as any Challenge is made on or before March 24, 2023 (the "Challenge Period"), after which Challenge Period all Challenges shall be deemed finally and conclusively barred.

*Order Regarding Motion to Require Trustee to Segregate Counsel Financial's Cash Collateral and for Adequate Protection pursuant to 11 U.S.C. § 363(e)* [Docket No. 834] [the "Cash Collateral Order"), at p. 2.

  3. On March 24, 2023, the Trustee and Counsel Financial filed their *Notice and Stipulation Regarding Challenge of Eric Terry, Chapter 11 Trustee, to Claims of Counsel Financial Pursuant to Order Regarding Motion to Require* Trustee *to Segregate Counsel Financial's Cash Collateral and for Adequate Protection* [Docket No. 887] (the "First Notice and Stipulation"). In this First Notice and Stipulation, the Trustee and Counsel Financial noted that the Trustee had identified issues of concern regarding the validity, amount, perfection,

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's Social Security Number or Federal Tax Identification Number, as applicable, are: Chris Pettit & Associates, P.C. (1267), and Christopher John Pettit (9429).

priority, extent, or enforceability of the purported secured claims and prepetition security interests of Counsel Financial. *First Notice and Stipulation*, at p. 6. *Id.*

4. On April 6, 2023, the Trustee and Counsel Financial filed their Second Notice and Stipulation Regarding Challenge of Eric Terry, Chapter 11 Trustee, to Claims of Counsel Financial Pursuant to Order Regarding Motion to Require Trustee to Segregate Counsel Financial's Cash Collateral and for Adequate Protection [Docket No. 906] (the "Second Notice and Stipulation").

5. On May 5, 2023, the Trustee and Counsel Financial filed their Third Notice and Stipulation Regarding Challenge of Eric Terry, Chapter 11 Trustee, to Claims of Counsel Financial Pursuant to Order Regarding Motion to Require Trustee to Segregate Counsel Financial's Cash Collateral and for Adequate Protection [Docket No. 939] (the "Third Notice and Stipulation").

6. On June 7, 2023, the Trustee and Counsel Financial filed their Fourth Notice and Stipulation Regarding Challenge of Eric Terry, Chapter 11 Trustee, to Claims of Counsel Financial Pursuant to Order Regarding Motion to Require Trustee to Segregate Counsel Financial's Cash Collateral and for Adequate Protection [Docket No. 965] (the "Fourth Notice and Stipulation"). In this Fourth Notice and Stipulation, the Trustee and Counsel Financial stipulated that:

> The Trustee and Counsel Financial will endeavor to resolve the issues in dispute and, if successful, will file a further notice and stipulation setting forth their agreement on or before June 30, 2023 (which date may be extended by written agreement of the parties), subject to the right of any party in interest to object within 14 days thereafter pursuant to the Cash Collateral Order.

3

7. The Trustee and Counsel Financial have since conferred and made progress on resolving the disputes between them. However, it has become apparent that they will need more time to fully resolve the issues.

**FIFTH NOTICE AND STIPULATION**

8. The Trustee and Counsel Financial agree and stipulate that this Fifth Notice and Stipulation constitutes a continuing "Challenge" under the Cash Collateral Order. The Trustee and Counsel Financial will endeavor to resolve the issues in dispute and, if successful, will file a further notice and stipulation setting forth their agreement on or before **July 31, 2023** (which date may be extended by written agreement of the parties), subject to the right of any party an interest to object within 14 days thereafter pursuant to the Cash Collateral Order. In addition to attempting to resolve Counsel Financial's asserted secured claims, the parties will attempt to reach a global resolution of all issues between them, including any potential avoidance actions against Counsel Financial, as well as the rights of third parties that may be implicated. The parties reserve all rights with respect to any of the issues that may be in dispute between them.

9. If the parties are unable to reach an agreement by July 31, 2023, the Trustee will file, on or before that date, a supplemental Challenge in the form of an adversary proceeding under Rule 7001(1), (2) specifically addressing the issues that remain in dispute.

10. **Pursuant to the Cash Collateral Order, this Fifth Notice and Stipulation will become binding on all parties in interest in the Debtors' jointly administered cases unless a party in interest in the jointly administered cases files an objection to this Notice and Stipulation within fourteen (14) days hereof**. *Cash Collateral Order*, at pp. 2-3.

Dated:  June 30, 2023	Respectfully submitted,

*/s/ Jason M. Rudd*
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
Catherine A. Curtis, Tex. Bar No. 24095708
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: 214.692.6200
Fax: 214.692.6255
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com
catherine.curtis@wickphillips.com

**COUNSEL FOR THE CHAPTER 11 TRUSTEE**

*/s/ Randall A. Pullman (by J. Rudd w/ permission)*
Randall A. Pulman
State Bar No. 16393250
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Hwy., Suite 400
San Antonio, Texas 78213
Phone: 210.222.9494
Fax: 210.892.1610
rpulman@pulmanlaw.com

**ATTORNEY FOR COUNSEL FINANCIAL**

**CERTIFICATE OF SERVICE**

       I certify that, on June 30, 2023, a copy of the foregoing Fifth Notice and Stipulation was served electronically on all parties registered to receive notice through the Court's ECF service, which parties are listed on the attached ECF Service List, and on the following members of the Creditors' Committee by pdf email to the email addresses listed below and by first class mail on Christopher John Pettit:

Frank and Emma Persyn Family Limited Partnership
Contact: Loretta Persyn
10018 Tezel Rd.
San Antonio, TX 78254
Email: lorettapersyn@yahoo.com

Bruce Bengel
5502 Pioneer Creek
San Antonio, TX 78245
Email: bbengel@swbell.net

Richard Mylnar
796 S. Highway 16
Jourdanton, TX 78026
Email: rmylnar@yahoo.com

and was also served by U.S. Mail, postage prepaid, on:

Christopher John Pettit
Karnes City Detention Facility
810 Commerce Street
Karnes City, Texas 78118
Inmate ID: WD20498510

                                          */s/ Jason M. Rudd*
                                            Jason M. Rudd

# ECF SERVICE LIST

Leslie M. Luttrell
Lutrell + Carmody Law Group
100 NE Loop 410, Suite 615
San Antonio, TX 78216
luttrell@lclawgroup.net

Bill Kingman
Law Offices of William B. Kingman, P.C.
3511 Broadway
San Antonio, TX 78209
bkingman@kingmanlaw.com

Caroline Newman Small
Davis & Santos, PLLC
719 S. Flores Street
San Antonio, TX 78204
csmall@dslawpc.com

Michael C. Sanders
Sanders LLP
P.O. Box 27932
Houston, TX 77227
mcs@sandersfirm.law

Don Stecker
Linebarger Goggan Blair & Sampson
112 E. Pecan, Suite 2200
San Antonio, TX 78205
don.stecker@lgbs.com

David S. Gragg
Langley & Banack, Inc.
745 East Mulberry Ave., Suite 700
San Antonio, TX 78212
dgragg@langleybanack.com

Carl J. Kolb
Carl J. Kolp, P.C.
926 Chulie Dr.
San Antonio, TX 78216
service@carlkolblaw.com

William P Germany
Bayne, Snell & Krause
1250 N.E. Loop 410, Suite 725
San Antonio, TX 7820
wgermany@bsklaw.com

Elizabeth G. Smith
Law Offices of Elizabeth G. Smith
6655 First Park Ten, Suite 240
San Antonio, TX 78213
beth@egsmithlaw.com

Elliott S. Cappuccio
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Hwy, Ste 400
San Antonio, TX 78213
ecappuccio@pulmanlaw.com

Anna K. MacFarlane
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Hwy, Ste 400
San Antonio, TX 78213
amacfarlane@pulmanlaw.com

Lee Gordon
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680
bankruptcy@mvbalaw.com

David A. Jones
DJ Law
110 E. Houston Street, 8th Floor
San Antonio, TX 78205
david@djlawpartners.com

Gerrit Schulze
Shumway Van
13750 San Pedro, Suite 810
San Antonio, TX 78232
Gerrit@shumwayvan.com

Alexander Wyatt Wright
Wayne Wright LLP
5707 W Interstate 10
San Antonio, TX 78201
wyatt@waynewright.com

Randall A. Pulman
Pulman Cappuccio & Pullen LLP
2161 NW Military Hwy, Suite 400
San Antonio, TX 78213
rpulman@pulmanlaw.com

Duane J. Brescia
Clark Hill Strasburger
720 Brazos Street, Ste. 700
Austin, TX 78701
dbrescia@clarkhill.com

Martin Seidler
Law Offices of Martin Seidler
11107 Wurzbach, Suite 504
San Antonio, TX 78230
marty@seidlerlaw.com

Christopher Adams
Okin Adams LLP
1113 Vine St, Suite 240
Houston, TX 77002
cadams@okinadams.com

Jarrod Martin/ Reagan "Tres" Gibbs III
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002
jarrod.martin@chamberlainlaw.com
tres.gibbs@chamberlainlaw.com

Dean William Greer
Dean W. Greer
2929 Mossrock, Suite 204
San Antonio, TX 78230-5141
dean@dwgreerlaw.com

Patrick H. Autry/ Clint Buck
Branscomb PLLC
4630 N Loop 1604 W, Ste 206
San Antonio, TX 78249
pautry@branscomblaw.com
cbuck@branscomblaw.com

Albert M Gutierrez
Person, Mohrer, Morales, Boddy, Garcia & Gutierrez, PLLC
8610 Broadway, Ste 440
San Antonio, TX 78217
amg@pmbglaw.com

Patrick Joost/ Gregory Brewer
Fidelity National Law Group
Legacy Town Center II
6900 Dallas Parkway, Suite 610
Plano, TX 75024
Patrick.Joost@fnf.com
Gregory.Brewer@fnf.com

## ECF SERVICE LIST

Lisa C. Fancher
Fritz, Byrne, Head & Gilstrap
221 W Sixth Street, Ste 960
Austin, TX 78701
lfancher@fbhg.law

Brenda A Likavec
Codilis & Moody, P.C.
400 N. Sam Houston Pkwy E. Ste 900a
Houston, TX 77060
brenda.likavec@il.cslegal.com

David C. Alford
Pakis, Giotes, Page & Burleson
400 Austin Ave., Ste. 400
P. O. Box 58
Waco, TX 76703-0058
alford@pakislaw.com

David N. Deaconson
Pakis, Giotes, Page & Burleson
P. O. Box 58
Waco, TX 76703-0058
deaconson@pakislaw.com

James Samuel Wilkins
James S. Wilkins, PC
1100 NW Loop 410, Suite 700 San
Antonio, TX 78213
jwilkins@stic.net

Mark W. Steirer
Law Office of Mark Steirer
10330 White Rock Place
Dallas, TX 75238
marksteirer@sbcglobal.net

Matthew Mark Cowart
Law Offices of Matthew M. Cowart
6609 Blanco Road, #235
San Antonio, TX 78216
mcowartlaw@yahoo.com

Raymond W. Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218
rbattaglialaw@outlook.com

United States Trustee –
SA12 US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539
USTPRegion07.SN.ECF@usdoj.gov

Stephen W. Sather
Barron &Newburger, P.C.
7320 N. MoPac Expwy., Ste 400
Austin, TX 78731
ssather@bn-lawyers.com

Abbey U. Dreher
Barrett Daffin Frappier Turner & Engel
4004 Belt Line Rd., Ste. 100
Addison, TX 75001
WDECF@BDFGROUP.COM

Julia W. Mann
Jackson Walker LLP
112 E Pecan St, Suite 2400
San Antonio, TX 78205
jmann@jw.com; laguilar@jw.com

William H. Oliver
Oliver Law Firm
7898 Broadway, Suite 120
San Antonio, TX 78209
wholiver@oliverlawfirmsa.com

J. Scott Rose
Jackson Walker, LLP
112 E Pecan St, Suite 2400
San Antonio, TX 78205
srose@jw.com; kgradney@jw.com

John F. Carroll
111 West Olmos Drive
San Antonio, TX 78212
jcarrollsatx@gmail.com

Eric Terry
Eric Terry Law, PLLC
3511 Broadway
San Antonio, TX 78209
eric@ericterrylaw.com

Aubrey L. Thomas
Office of the US Trustee, Region 7
615 E. Houston St., Suite 533
San Antonio, TX 78205
aubrey.thomas@usdoj.gov

Mercedes-Benz Financial Services USA
c/o Ed Gezel, Agent/ BK Servicing
P.O. Box 131265
Roseville, MN 55113-0011
notices@bkservicing.com

Jennifer Francine Wertz
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, TX 78701
kgradney@jw.com;
jwertz@jw.com;
dtrevino@jw.com

Brian Dennis
Lang Law Firm P.C.
10500 Heritage Blvd., Suite 200
San Antonio, TX 78216
brian@langfirm.com;
evangelina@langfirm.com

Vincent P. Slusher/ Kristen L. Perry
Faegre Drinker Biddle & Reath LLP
1717 Main Street, Suite 5400
Dallas, TX 75201
vince.slusher@faegredrinker.com
kristen.perry@faegredrinker.com

## ECF SERVICE LIST

Julie Parsons
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX 78680
jparsons@mvbalaw.com

Blake Rasner
Haley & Olson, PC
100 N. Ritchie Road, Suite 200
Waco, TX 76712
brasner@haleyolson.com

Joseph Little
The Little Law Firm PC
440 Louisiana Street, Suite 900
Houston, TX 77002
jrl@littlelawtexas.com

H. Anthony Hervol
Law Office of H. Anthony Hervol
4414 Centerview Drive, Suite 207
San Antonio, TX 78228
hervol@sbcglobal.net

Kathryn N. Dahlin
Codilis & Moody, P.C.
400 N. Sam Houston Pkwy E., Ste 900 A
Houston, TX 77060
TX.bkpleadingsWEST@tx.cslegal.com

Morris E. "Trey" White III
Villa & White, LLP
1100 NW Loop 410 #802
San Antonio, TX 78213
treywhite@villawhite.com

Guillermo A. Flores, Jr.
Law Offices of G.A. Flores, Jr.
630 Broadway
San Antonio, TX 78215
gafloreslaw@yahoo.com

Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428
austin.bankruptcy@lgbs.com

Michael J. Black
Burns & Black, PLLC
750 Rittiman Road
San Antonio, TX 78209-5500
mblack@burnsandblack.com

Charlie Shelton
Hayward PLLC
901 MoPac Expressway S., Bldg. 1, # 300
Austin, TX 78746
CShelton@HaywardFirm.com

Jay H. Ong
Munsch Hardt Kopf & Harr, P.C.
1717 West 6th Street, Suite 250
Austin, TX 78703
jong@munsch.com

Melissa S. Hayward
Hayward PLLC
10501 N. Central Expy, Ste. 106
Dallas, TX 75231
MHayward@HaywardFirm.com

Mark B. French
Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
mark@markfrenchlaw.com

Tara L. LeDay
Chamberlain, Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002
tara.leday@chamberlainlaw.com

David McQuade Liebowitz
Law Offices of David Leibowitz
517 Soledad Street
San Antonio, TX 78205
service@leibowitzlaw.com

Thomas M. Farrell
McGuireWoods LLP
845 Texas Avenue, Suite 2400
Houston, TX 77002
tfarrell@mcguirewoods.com

John Thomas Oldham
Okin Adams LLP
1113 Vine St, Suite 240
Houston, TX 77002
joldham@okinadams.com

Michael Flume
Flume Law Firm, LLP
1020 N.E. Loop 410, Suite 530
San Antonio, TX 78209
mflume@flumelaw.net

John W. Hodges, Jr.
Hendley and Hodges Law PLLC
29710 US Hwy 281 N, Ste 300
Bulverde, Texas 78163
john@hhtx.law

Steven E. Seward
Assistant U.S. Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
Steven.Seward@usdoj.gov

Ronald J. Smeberg
The Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, TX 78248
ron@smeberg.com

Trey A. Monsour
Fox Rothschild LLP
2501 N. Harwood Street, # 1800
Dallas, TX 75201-0889
tmonsour@foxrothschild.com

Kayla Britton/ Elizabeth Little
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Minneapolis, MN 55402
kayla.britton@faegredrinker.com
elizabeth.little@faegredrinker.com

Courtney J. Hull/ Asst Atty General
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
sherri.simpson@oag.texas.gov

Lawrence Morales II
The Morales Firm, P.C.
6243 W. Interstate 10, Suite 132
San Antonio, TX 78201
lawrence@themoralesfirm.com

Robert Barrows
Langley & Banack, Inc.
745 East Mulberry Ave., Suite 700
San Antonio, TX 78212
rbarrows@langleybanack.com

Mitchell Buchman
Barrett Daffin Frappier Turner & Engel
1900 St. James Place, Suite 500
Houston, TX 77056
sdecf@bdfgroup.com

# ECF SERVICE LIST

| | | |
|---|---|---|
| John F. Carroll | Jason Rudd & Scott Lawrence | Wells Fargo Bank, NA |
| 111 West Olmos Drive | Wick Phillips Gould & Martin, LLP | Jarrod D. Shaw |
| San Antonio, TX 78212 | 3131 McKinney Ave., Suite 500 | McGuireWoods, LLP |
| jcarrollsatx@gmail.com | Dallas, TX 75204 | Tower Two-Sixty |
| | Jason.rudd@wickphillips.com | 260 Forbes Avenue, Suite 1800 |
| | Scott.lawrence@wickphillips.com | Pittsburgh, PA 1522 |
| | | jshaw@mcguirewoods.com |